**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 21-cr-152-TSC** |
| **v.** | **:** | |
| | **:** | |
| **JOSHUA LOLLAR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

Upon consideration of the United States' motion to disclose items protected by Federal

Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by

Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to

the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above

to any co-defendants who may later be joined.


Date: _____              _____
                                                  U.S. DISTRICT JUDGE TANYA S. CHUTKAN