**LIST OF INDICTMENT RETURN**
**GRAND JURY SWORN IN JANUARY 08, 2021**
**GRAND JURY 21-1**
**NOVEMBER 10, 2021**

| USAO NO. | CCR NO. | PDID NO. | U.S. MAG. NO. | CRIMINAL CASE NO. | NAME AND ADDRESS OF DEFENDANT/DOB | VIOLATION & CODE SECTION | DATE OF ARREST | JUDGE ASSIGNED |
|---|---|---|---|---|---|---|---|---|
| 1. 2021-R-00222 | | N/A | 21-MJ-045 | 21-CR-152 | Joshua Lollar<br>DOB: 07/19/1981<br>6003 Craigway<br>Spring, TX<br>Atty:<br>Brian McDaniel<br>(District of Columbia)<br><br>SAUSA:<br>Mona Sedky<br>(202) 252-6734 | 18 U.S.C. § 111(a)(1)<br>(Assault, Resisting or Impeding Certain Officers)<br>18 U.S.C. § 231(a)(3)<br>(Civil Disorder)<br>18 U.S.C. §§ 1512(c)(2), 2<br>(Obstruction of an Official Proceeding, Aiding and Abetting)<br>18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining in a Restricted Building or Grounds)<br>18 U.S.C. § 1752(a)(2)<br>(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)<br>40 U.S.C. § 5104(e)(2)(D)<br>(Disorderly Conduct in a Capitol Building)<br>40 U.S.C. § 5104(e)(2)(G)<br>(Parading, Demonstrating, or Picketing in a Capitol Building) | 1/15/2021 | TSC |

Case No.1:21-cr-152
Assign to: Judge Tanya S. Chutkan
Date Assigned: 11/10/2021
Description: SUPERSEDING INDICTMENT (B)
Case Related to 21-cr-152 (TSC)

7 Counts