IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-00152 (TSC) |
| | : | The Honorable Tanya S. Chutkan |
| JOSHUA LOLLAR, | : | Sent. Date: March 14, 2023 |
| | : | |
| Defendant. | : | |
| | : | |

**CONSENT MOTION TO CONTINUE PLEA/SENTENCING HEARING**

Now comes the Defedant, JOSHUA LOLLAR, by and through his undersigned counsel, Brian K. McDaniel and the Cochran Firm CDCRS, requesting by consent of the government, the continuance of the presently scheduled Plea/Sentencing Hearing. In support of this requests, counsel proffers the following:

Mr. Lollar is presently scheduled for a plea and sentencing hearing in this matter on Tuesday March 14th at 10:00 am. It has come to Mr. Lollars attention that there is now pending a motion in the matter of *United States v. Dominic Pezzola* captioned "Defendant Pezzola's Motion For Dimissal With Prejudice; Or In the Alternative, Mistrial Regarding Recent Revalations On Tucker Carlson and Associated Testimony And the Discovery Of Massive Brady and Jencks Violations and Violations of Due Procees and the Sixth Amendment" [Doc. No 679 in Case No. 21-cr-175 (TJK)]. Mr. Lollar does not wish to unduly prolong the resolution of his case but does wish to see the ruling on this motion in what has been referred to as the "Proud Boys" trial to determine whether any additional information relevant to his case should have been previously been made available by the Governement.

Counsel has conferred with counsel for the government in this matter, AUSA Steven Ward, who represents that the government does not oppose the relief requested herein for a brief continuance of the sentencing.

**WHEREFORE**, counsel request a brief continuance of the presently scheduled Plea/Sentencing Hearing to a date which is convenient to the Court and to the parties.

Respectfully Submitted,

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.
The Cochran Firm CDCRS
1001 L. Street S.E.
Washington, D.C. 20003
Telephone (202) 331 – 0793
Counsel for Andrew Cooper

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 10th day of March, 2023, the foregoing Consent Motion to Continue Sentencing was served upon counsel for the Government by ECF Filing.

/s/Brian K.McDaniel
Brian K. McDaniel, Esq.