```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
                                   )
           Plaintiff,              )    CR No. 21-152
                                   )    Washington, D.C.
       vs.                         )    May 22, 2023
                                   )    2:13 p.m.
JOSHUA LOLLAR,                     )
                                   )
                                   )
           Defendant.              )
_____)


       TRANSCRIPT OF PLEA AND SENTENCING PROCEEDINGS
         BEFORE THE HONORABLE TANYA S. CHUTKAN
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Mona Sedky
                             U.S. DEPARTMENT OF JUSTICE
                             CCIPS/
                             DC USAO Cyber Crime Section
                             Poc McCoy, Marcus
                             1400 New York Ave
                             Room 7113
                             Washington, D.C. 20530
                             (202) 514-1138
                             Email: mona.sedky2@usdoj.gov


For the Defendant:           Brian Keith McDaniel
                             MCDANIEL LAW GROUP, PLLC
                             1001 L Street, SE
                             Washington, D.C. 20003
                             (202) 331-0793
                             Email: bkmassociates@aol.com
```

APPEARANCES CONTINUED:

Probation Officer:              Ami Landon

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                U.S. Courthouse
                                333 Constitution Avenue, NW
                                Room 6503
                                Washington, D.C. 20001
                                (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2      COURTROOM DEPUTY:  Your Honor, this is Criminal

3  Case 21-152, the United States of America versus

4  Joshua Lollar.  The defendant is present in the courtroom.

5      Would the parties please introduce themselves for

6  the record, starting with the government.

7      MS. SEDKY:  Thank you, Your Honor.  It's

8  Mona Sedky on behalf of the United States.

9      THE COURT:  Good afternoon, Ms. Sedky.

10     MR. McDANIEL:  Good afternoon, Your Honor.  May it

11  please the Court.  Brian McDaniel on behalf of Mr. Joshua

12  Lollar.  Mr. Lollar is present and seated to my right at

13  counsel table.

14     THE COURT:  I think this is the first time I've

15  seen you in person, Mr. Lollar.

16     And is that your father here?

17     THE DEFENDANT:  Yes, ma'am.

18     THE COURT:  I've seen you on the video screen as

19  well.  Good afternoon.  Thank you for being here.

20     I don't think I've seen Ms. Sedky in person since

21  our last judicial conference.

22     MS. SEDKY:  A long time, Your Honor.

23     THE COURT:  Yes.

24     MR. McDANIEL:  It's Mr. Grover Lollar, Your Honor,

25  his father, who's present.

```
1              THE COURT:  All right.  Thank you.
2              Okay.  So some housekeeping matters.  I assume you
3    all have seen the pretrial compliance report dated May 19th?
4              MR. McDANIEL:  I have, Your Honor.
5              THE COURT:  There have been some blips with regard
6    to Mr. Lollar's compliance, but overall he's been mostly
7    compliant.
8              Mr. McDaniel -- oh, and then the next thing is a
9    plea agreement.  There's -- on page 1 of the plea agreement,
10   stated -- originally stated your client agrees to plead
11   guilty to Count 3 in the indictment filed on February 24th,
12   2021.
13             We realized that there was an error because there
14   was a superseding indictment that was filed in -- is that
15   November there?  November 10th, and that's been -- we've
16   added -- written in "superseding" and scratched out
17   February 24th, written in "November 10th."
18             Are those your initials, Ms. Sedky?
19             MS. SEDKY:  Yes, they are, Your Honor.
20             THE COURT:  Mr. McDaniel.
21             MR. McDANIEL:  Yes, Your Honor.
22             THE COURT:  And Mr. Lollar.
23             THE DEFENDANT:  Yes, Your Honor.
24             THE COURT:  Okay.  And so that's agreeable to you
25   all to proceed by way of that.  All right.
```

1          So the plea agreement has been so amended to

2     reflect that there was a superseding indictment.  Thank you.

3          All right.  So this is a little unusual because

4     this is -- because of Mr. Lollar's -- the fact that he lives

5     in Texas, I suggested, and I think -- or I don't know if I

6     suggested it, but we all agreed to do a combined plea and

7     sentencing so that he would not have to travel to the

8     District of Columbia twice, and, therefore, I've -- in

9     preparation for this proceeding -- we have to do the plea

10    first.  It looks like I have scripts of both sentencings

11    though, not for the plea.

12          While we're waiting, Mr. Lollar, have you ever

13    pleaded guilty in any court before?

14          THE DEFENDANT:  Yes, Your Honor.

15          THE COURT:  Have you ever pleaded guilty in

16    federal court before?

17          THE DEFENDANT:  No, ma'am.

18          THE COURT:  So every court is different, and in

19    federal court, and even among judges on our court, we all

20    have different procedures.

21          I ask a lot of questions because it's not like on

22    TV where you can just come in and say, I plead guilty and

23    you're guilty.  I actually have to accept the guilty plea

24    before you can be found guilty.

25          And in order for me to accept the guilty plea,

1    I have to make certain findings.  I have to find that you're

2    competent, that is, you're of sound mind to make the plea.

3    I have to find that your plea is knowing, that is, you

4    understand the consequences of the plea.  And I have to find

5    that your plea is voluntarily, that is, you're doing it of

6    your own free will.

7              In order for me to make these findings, I have to

8    ask you a lot of questions.  And you have to answer them.

9    And so what I'm going to do, before we even begin, is

10   I'm going to place you under oath.  So if you could stand

11   and raise your right hand.

12             COURTROOM DEPUTY:  Please.

13             (Defendant is placed under oath.)

14             THE COURT:  All right.  Now, if you would like,

15   Mr. Lollar, it's going to take a while, you can sit at

16   counsel table but -- and answer the questions, just make

17   sure the microphone is on and that you're speaking directly

18   into it.

19             You also, Mr. McDaniel, although for allocution,

20   you can come on up.

21             MR. McDANIEL:  Thank you, Your Honor.

22             THE COURT:  All right.  Just -- now I have to

23   actually wait for my forms to come back.

24             Well, actually, I can do this.  So now that you're

25   under oath, I'm going to ask you a series of questions, as

1    I told you, to determine whether you understand what you're

2    doing by pleading guilty here today.

3              The thing that you need to -- the most important

4    thing you need to remember about this proceeding is that you

5    should just answer the questions truthfully.  You're under

6    oath, and so if you give a false answer to any of my

7    questions, you could be prosecuted for perjury or for making

8    a false statement.  And any statements you give here in this

9    proceeding could be used against you in prosecution for

10   those charges.  So answer the questions truthfully, as you

11   have agreed to do under oath, and you'll be fine.

12             The other thing is, this is not -- you know, it's

13   not a pro forma matter.  I don't want you to guess, to try

14   and get this over with, at what -- the answer you think I

15   want so you can get this done.  If you don't understand a

16   question, one of my questions -- and some of them are

17   complicated, if you don't understand, just say that.

18             THE DEFENDANT:  Okay.

19             THE COURT:  I'll either repeat it, I'll explain

20   it, or I'll let you speak to Mr. McDaniel in private, okay?

21   We're not -- as I said we're, not going to rush through

22   this.  So please don't guess at what you think the answer

23   should be.  If you don't understand the question, just say

24   you don't understand the question, and I'll go over it with

25   you at any point.

1          You also have to give verbal answers, yes or no.

2   You can't nod because the court reporter here cannot write

3   that down.

4          Now, what is your full name?

5          THE DEFENDANT:  Joshua Ryan Lollar.

6          THE COURT:  How old are you, sir?

7          THE DEFENDANT:  I'm 41.

8          THE COURT:  And how far did you go in school?

9          THE DEFENDANT:  I just did some college.

10          THE COURT:  All right.

11          And I ask this of every defendant in my courtroom

12   merely because of all the paperwork.  Can you read and write

13   okay?

14          THE DEFENDANT:  Yes, ma'am.

15          THE COURT:  All right.

16          Have you taken any alcohol or drugs in the last

17   48 hours, or any medicine, that could affect your ability to

18   understand what you're doing by pleading guilty.

19          THE DEFENDANT:  I did have alcohol yesterday.

20          THE COURT:  Okay.  What time?

21          THE DEFENDANT:  In the evening.

22          THE COURT:  And how much?

23          THE DEFENDANT:  It wasn't -- maybe -- no, I had

24   like four over the course of the evening.

25          THE COURT:  All right.  And what time did you have

1  your last drink?

2        THE DEFENDANT:  Maybe midnight.

3        THE COURT:  Okay.

4        I'm asking you that to just -- are you still

5  feeling the effects of that alcohol?

6        THE DEFENDANT:  Not at all.

7        THE COURT:  Is your head clear?

8        THE DEFENDANT:  Yes, ma'am.

9        THE COURT:  Okay.

10        Other than that, are you taking any medication

11  that might affect your ability to understand?

12        THE DEFENDANT:  No, ma'am.

13        THE COURT:  Okay.

14        And if you were, you shouldn't be having alcohol

15  with it anyway.

16        Have you received any treatment recently for any

17  type of mental illness or emotional disturbance or addiction

18  to narcotic drugs of any kind?

19        THE DEFENDANT:  No, ma'am.

20        THE COURT:  All right.

21        And are you completely satisfied with the services

22  of your lawyer, Mr. McDaniel, in this case?

23        THE DEFENDANT:  Yes, I am.

24        THE COURT:  Have you had enough time to talk with

25  Mr. McDaniel to discuss the charges against you and the

1    government's plea offer and whether or not you should

2    accept it?

3            THE DEFENDANT:  I'm sorry, can you repeat that?

4            THE COURT:  Have you had enough time to talk with

5    Mr. McDaniel about the case?

6            THE DEFENDANT:  Oh, yes.

7            THE COURT:  The government's plea offer?

8            THE DEFENDANT:  Yes, ma'am.

9            THE COURT:  Okay.

10           And have you received a copy at some point of the

11   superseding indictment against you, that is, the written

12   charges in this case?

13           THE DEFENDANT:  Yes, ma'am, I have.

14           THE COURT:  Okay.

15           Have you read the charges and fully discussed them

16   in the case in general with Mr. McDaniel?

17           THE DEFENDANT:  Yes, we have.

18           THE COURT:  Ms. Sedky and Mr. McDaniel, do either

19   of you have any question as to Mr. Lollar's competence to

20   plead at this time?

21           MS. SEDKY:  Nothing from the government,

22   thank you.

23           MR. McDANIEL:  No, Your Honor.

24           THE COURT:  Okay.

25           All right.  Based on the answers that have been

1  provided here in open court, as well as my observation of

2  Mr. Lollar today and at previous hearings, I find that he is

3  fully competent and capable of entering an informed plea.

4  So that's the first phase, the shortest one.

5          The second one is the longest one, which is I have

6  to make sure you understand the legal consequences of

7  pleading guilty.

8          So, again, let me know if there's anything you

9  don't understand.

10          Now, you have a right, as every defendant does, to

11  plead not guilty, and you have a right, as every defendant

12  charged with a felony does, to have a jury trial in this

13  case.  And that means that 12 citizens of the

14  District of Columbia would sit over there in that jury box

15  and determine your guilt or innocence based on evidence

16  presented in the courtroom.

17          Do you understand your right to a jury trial?

18          THE DEFENDANT:  Yes, Your Honor.

19          THE COURT:  Now, if you had a trial, you would

20  have a right to be represented by your lawyer at that trial

21  and at every other stage of the proceeding, and if

22  necessary, have the Court appoint counsel for you.

23          Do you understand?

24          THE DEFENDANT:  Yes, I do.

25          THE COURT:  Now, if you had a trial, you would

1    have the right, through your lawyer, to confront and

2    cross-examine any witnesses against you.

3              Do you understand that?

4              THE DEFENDANT:  Yes, I do.

5              THE COURT:  And if you had a trial, you would have

6    the right, if you wished, to present your own witnesses and

7    the right to subpoena them to require them to testify in

8    your defense, and you'd also have the right, again, if you

9    wished, to testify and to put on evidence on your behalf if

10   you wanted to.

11             Do you understand?

12             THE DEFENDANT:  Yes, ma'am.

13             THE COURT:  Now, you would not have to testify or

14   to put on any witnesses or any evidence at trial if you

15   didn't want to because it's not your job to prove yourself

16   innocent, it's the government's job to prove you guilty

17   beyond a reasonable doubt, and your decision -- and if you

18   decided not to put on any evidence or testify, that decision

19   could not be used against you.

20             Do you understand?

21             THE DEFENDANT:  Yes, ma'am.

22             THE COURT:  Now, unless and until I accept your

23   guilty plea, you are presumed by the law to be innocent

24   because, as I said, it's the government's job to prove you

25   guilty.

1          Do you understand that?

2          THE DEFENDANT:  Yes, ma'am.

3          THE COURT:  Okay.

4          Now, if you decided to go to trial and you were

5   convicted, you would have a right to appeal your conviction

6   to the Court of Appeals and to have a lawyer help you

7   prepare your appeal.

8          Do you understand?

9          THE DEFENDANT:  Yes, ma'am.

10          THE COURT:  And by pleading guilty, you are giving

11   up your right to appeal your conviction of guilt in this

12   case, with four exceptions that I'm going to go over with

13   you in a minute.

14          Do you understand that?

15          THE DEFENDANT:  Yes, ma'am.

16          THE COURT:  Okay.

17          Now, under the plea agreement that you've entered

18   into, you're also giving up your right to appeal the

19   sentence that I give you, with four exceptions.

20          Do you understand that?

21          THE DEFENDANT:  Yes, ma'am.

22          THE COURT:  Okay.

23          And by sentence, I don't just mean a term of

24   incarceration.  A sentence also -- the term "sentence" also

25   includes a fine, forfeiture, award of restitution, or a term

```
 1   of supervised release.

 2             Do you understand?

 3             THE DEFENDANT:  Yes, ma'am.

 4             THE COURT:  Okay.

 5             So here are the four exceptions.  The first is

 6   this.  You still have the right to appeal the sentence that

 7   I give you if I give you a sentence that is higher than the

 8   statutory maximum or the Guidelines Range.  That would be an

 9   illegal sentence.

10             So if the maximum sentence that you're looking

11   at -- and I've got to check it, I'm not even sure if that's

12   right.  But just say, for example, if the maximum sentence

13   under the statute is 20 years and I gave you 22 years, you

14   could appeal that because that would be an illegal sentence

15   above the statutory maximum.

16             Do you understand?

17             THE DEFENDANT:  Yes, ma'am.

18             THE COURT:  I've never given one, but you have the

19   right to appeal if I do.

20             The second is this.  You still have the right to

21   appeal the sentence that I give you if you claim that you

22   received ineffective assistance from your lawyer.

23             Do you understand that?

24             THE DEFENDANT:  Yes, Your Honor.

25             THE COURT:  Okay.
```

1            And the third, under the plea agreement, you're

2    giving up your right to challenge your sentence in what's

3    called -- sometimes called a collateral attack.  That's a

4    challenge you file at the end of your criminal case, often

5    by what we call a petition for habeas corpus, you may have

6    heard of that, or a motion under Civil Procedure Rule 60(b).

7            You're giving up your right to that collateral

8    attack, but you still have a right to challenge your

9    sentence if there is newly discovered evidence, that is,

10   evidence that is not known by your lawyer or the prosecutor

11   on the day you were sentenced.

12           So say I sentence you today, which I'm going to,

13   and three months from now there's newly discovered evidence

14   that neither Ms. Sedky and the government or your lawyer

15   knew about.  You could file a motion, you could file a

16   challenge to your sentence based on the newly discovered

17   evidence.

18           Do you understand?

19           THE DEFENDANT:  Yes, Your Honor.

20           THE COURT:  Okay.  That's the third.

21           And the fourth, under the plea agreement, you

22   still have a right to file a motion under 18 U.S.C.

23   Section 3582(c)(2), which simply means that if I sentence

24   you based on the U.S. Sentencing Guidelines which are in

25   existence right now, which is what I'm going to do, and

1    those guidelines are later changed, because sometimes they

2    do that, sometimes they change the Guidelines, and so if the

3    Guidelines are later changed to recommend a lower range for

4    your offense, then you have the right to file a motion to

5    say, Hey, Judge, the Guidelines Range has changed and it's

6    lower now, can you resentence me since they have been

7    lowered.  You still have that right.  Now, if I deny that

8    motion, you don't have a right to appeal it, though.

9            Do you understand that?

10           THE DEFENDANT:  Yes.

11           THE COURT:  So those are the four exceptions.  If

12   I give you an illegal sentence above the statutory maximum

13   or Guidelines Range, if you claim you received ineffective

14   assistance from your lawyer, if there's newly discovered

15   evidence, or if the Guidelines Range are lowered, those are

16   your four exceptions.  Other than that, you will not have a

17   right to withdraw your guilty plea.

18           Do you understand?

19           THE DEFENDANT:  Yes, Your Honor, I understand.

20           THE COURT:  And by -- and if I accept your guilty

21   plea, you're giving up all your rights to a trial and

22   appeal, and there will be no trial.

23           Do you understand?

24           THE DEFENDANT:  I do understand.

25           THE COURT:  Okay.

1          Now, there are consequences also to pleading

2   guilty, and depending on the state you're in, you may later

3   lose certain civil rights, such as the right to vote, the

4   right to hold public office, and in some states, I don't

5   know what it is in Texas, but you may lose the right to

6   serve on a jury, you may lose a right to possess a firearm.

7          Do you understand that?  At least maybe for a

8   period of time.

9          THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  Okay.

11          Now, I am not going to ask you -- well, I always

12   say that but now I'm realizing that in the Presentence

13   Report, sometimes -- hold on.

14          I used to say I'm not going to ask you where you

15   were born and tell you what the consequences could be if

16   you're not a U.S. citizen, but now I've been noticing that

17   the Presentence Report does give your citizenship as U.S.

18   So I don't need to warn you, if you're not a U.S. citizen,

19   you could be deported, you could lose your opportunity to be

20   a citizen, so I don't need to go through that.

21          So now that I've told you all the things -- the

22   right you may give up and the fact that you won't have a

23   trial or an appeal, do you still want to plead guilty?

24          THE DEFENDANT:  Yes, Your Honor.

25          THE COURT:  Now, your lawyer and the prosecutor

1   have given me a document called Statement of Offense.

2   That's important to me because every defendant is an

3   individual, and it tells me -- I didn't investigate the case

4   and I don't represent you, but it tells me what you did, and

5   it's important to me because when I -- because I'm looking

6   at it in determining what sentence to give with you.

7           Have you seen the Statement of Offense in this

8   case?

9           I'm looking at page 7, which appears to have your

10  signature dated March 28th.

11          THE DEFENDANT:  Yes, Your Honor.

12          THE COURT:  Okay.

13          Now, where you signed, it says that I fully -- I,

14  Joshua Lollar, have read the Statement of Offense and

15  discussed it with my attorney.  I fully understand the

16  Statement of Offense.  I agree and acknowledge by my

17  signature that this Statement of Offense is true and

18  accurate.

19          I do this voluntarily and of my own free will.  No

20  threats have been made to me, nor am I under the influence

21  of anything that could impede my ability to understand the

22  Statement of Offense fully.

23          And that's your signature, correct?

24          THE DEFENDANT:  Yes, Your Honor, it is.

25          THE COURT:  So by signing that, did you mean to

1    indicate that the Statement of Offense is true?

2                THE DEFENDANT:  Yes.

3                THE COURT:  Okay.  All of it?

4                THE DEFENDANT:  Yes, I do.

5                THE COURT:  All right.

6                And the reason I ask is this, because usually

7    you'd be coming back for sentencing in three or four months,

8    but we're going to do it today.  And when I start going over

9    what you did under the Statement of Offense, what you can't

10   do is say, Well, you know, I did what it says in

11   paragraph 13 but I didn't do paragraph 9.

12               By signing it, and in order to accept your plea,

13   you have to agree -- for me to accept your plea, you have to

14   let me know if the whole thing is true.

15               THE DEFENDANT:  Can I review it?

16               THE COURT:  Yes, yes.

17               Now, the first part is the -- generally about what

18   was going on in the Capitol.  Some of that you may not know,

19   but you've agreed that those are the facts of the case.

20               (Pause)

21               THE DEFENDANT:  I fully agree with it.

22               THE COURT:  All right.

23               So did you travel from Spring, Texas to

24   Washington, D.C., in January of 2021?

25               THE DEFENDANT:  Yes, I did.

1          THE COURT:  And when you came to Washington, D.C.,

2     or the area, did you bring a backpack, gloves, a gas mask,

3     body armor, vest, and an AR-15 semi-automatic rifle, along

4     with your concealed-carry permit?

5          THE DEFENDANT:  Yes, I did.

6          THE COURT:  Okay.

7          And did you attend the rally for

8     then-President Trump on The Ellipse on January 6th, 2021?

9          THE DEFENDANT:  Yes, I did.

10          THE COURT:  And after the rally, did you walk with

11     a group of other people to the U.S. Capitol Grounds?

12          THE DEFENDANT:  Yes, I did.

13          THE COURT:  Did you walk through the barricades

14     and into the Capitol building?

15          THE DEFENDANT:  I did go in the Capitol building,

16     but I didn't see any barricades.

17          THE COURT:  All right.

18          When you walked into the Capitol building, you

19     were aware that you were not supposed to be going in there,

20     though, correct?

21          THE DEFENDANT:  I was not aware, when I walked in,

22     that I wasn't supposed to be in there.

23          THE COURT:  Look at paragraph 12 of your Statement

24     of Offense.  It states, "Lollar knew at the time he entered

25     the U.S. Capitol Building that he did not have permission to

1   enter the building, and the defendant did so with the intent

2   to corruptly obstruct, influence, and impede an official

3   proceeding, that is, a proceeding before Congress,

4   specifically Congress's certification of the Electoral

5   College vote as set out in the 12th Amendment of the

6   Constitution of the United States.

7          You just told me that the Statement of Offense is

8   true.  Is that true?

9          And if you want to hold on, you want to talk to

10  your lawyer, why don't you talk to your lawyer for a couple

11  minutes.

12          COURTROOM DEPUTY:  All rise.

13          (Pause)

14          COURTROOM DEPUTY:  Please be seated and come to

15  order, everyone.

16          THE COURT:  Mr. McDaniel.

17          MR. McDANIEL:  Thank you, Your Honor, for that

18  opportunity.  I've spoken with Mr. Lollar.

19          THE COURT:  It happens frequently on that

20  particular fact.

21          MR. McDANIEL:  I understand, Your Honor.  Right.

22          And so what Mr. Lollar is prepared to acknowledge

23  and has acknowledged, Your Honor, is that when he was in the

24  Capitol, he came to realize that he wasn't supposed to be in

25  there.

1      And after he realized that, he still remained, he

2  still had some contact with law enforcement in that space,

3  and that that is the activity upon which he's relying in

4  making a determination that the plea is appropriate.

5          THE COURT:  Is that correct, Mr. Lollar?

6          THE DEFENDANT:  Yes, Your Honor.

7          THE COURT:  Ms. Sedky, is that sufficient for you?

8          MS. SEDKY:  Yes.  I think --

9          THE COURT:  Can you speak into the microphone.

10 You can stay at counsel table or come up.

11         MS. SEDKY:  I think "at or about," the government

12 would say, is equally sufficient for these purposes.

13         THE COURT:  All right.

14         So when you got inside that Capitol, at some point

15 while you were there, you realized you weren't supposed to

16 be there, right?

17         THE DEFENDANT:  Yes, Your Honor.

18         THE COURT:  Is that correct?

19         THE DEFENDANT:  That is correct.

20         THE COURT:  All right.

21         And despite realizing that you weren't supposed to

22 be there, you stayed there for some period of time after you

23 realized that; is that correct?

24         THE DEFENDANT:  Yes, Your Honor.

25         THE COURT:  Okay.

1          All right.  Before you went into the Rotunda,

2     did you put on your gloves, gas mask, and body armor vest?

3          THE DEFENDANT:  I don't believe so.

4          THE COURT:  While you were inside the Capitol, did

5     you have on those -- were you wearing those items?

6          THE DEFENDANT:  At some point, but I don't recall

7     when I put it on.  I'm not sure about the timing.

8          THE COURT:  Okay.

9          So you did have them on while you were inside?

10         THE DEFENDANT:  Yes, Your Honor.

11         THE COURT:  Okay.

12         And did you take photographs, videos, and audio

13    recordings while inside the Capitol?

14         THE DEFENDANT:  Yes, I did.

15         THE COURT:  Did you state, in an audio recording,

16    that "The patriots got inside and shut the vote down"?

17         THE DEFENDANT:  Yes, I did.

18         THE COURT:  Okay.

19         Ms. Sedky, do you wish to rely on your Statement

20    of Offense, or did you want to proffer additional evidence

21    that the government would be prepared to prove?

22         MS. SEDKY:  I think the government is prepared to

23    rely on the Statement of Offense.

24         THE COURT:  Okay.  The parties have -- and I've

25    mentioned it.  The parties have submitted a written letter

1  outlining the plea agreement, and that letter has been

2  amended today.

3          Mr. McDaniel, with regard to the offer, the

4  plea agreement, does the agreement reflect the only offer,

5  plea offer, that was made to Mr. Lollar in this case, or

6  were there other offers made previously?

7          MR. McDANIEL:  Your Honor, the plea offer that is

8  being accepted represents the most lenient plea offer that

9  Mr. Lollar has received.  This has been going on for quite a

10 long while.  There's been a great deal of communication

11 between the government and his counsel and the government.

12         THE COURT:  And I have to ask this.  In the terms

13 of the plea negotiations, every time a plea was offered,

14 before it was rejected, was Mr. Lollar informed of the plea?

15         MR. McDANIEL:  Yes, Your Honor.

16         THE COURT:  And was it his decision ultimately to

17 reject the plea and give a counter-offer or something?

18         MR. McDANIEL:  Yes, Your Honor.

19         THE COURT:  Okay.

20         Mr. Lollar; is that correct?

21         MR. McDANIEL:  Yes, Your Honor, that's correct.

22         THE COURT:  All right.

23         And, Mr. Lollar, do you have a copy of the

24 plea agreement in front of you, or have you seen it before?

25         MR. McDANIEL:  Yes, Your Honor, I have.

1          THE COURT:  And did you read it and go over it

2    with Mr. McDaniel?

3          MR. McDANIEL:  Yes, we went over with it.

4          THE COURT:  Did you understand it?

5          MR. McDANIEL:  I believe I do.

6          THE COURT:  And have you had enough time to talk

7    to Mr. McDaniel about it?

8          THE DEFENDANT:  Yes, ma'am.

9          THE COURT:  Okay.

10         Mr. McDaniel, can you summarize the salient terms

11   of the agreement as they apply to Mr. Lollar, please.  You

12   don't obviously have to go over all the boilerplate.

13         MR. McDANIEL:  Yes, Your Honor, thank you.

14         Your Honor, on today, Mr. Lollar intends to enter

15   a plea of guilty to Count 3 of the superseding indictment,

16   which charges him with obstruction of an official

17   proceeding, in violation of 18 U.S.C. Section 1512(c)(2)

18   and 2.

19         He understands that that section, Your Honor,

20   carries a maximum sentence of 20 years of imprisonment; a

21   fine of $250,000, or twice the pecuniary gain or loss of the

22   offense pursuant to 18 U.S.C. Section 3571(b)(3); a term of

23   supervised release of not more than three years; and an

24   obligation to pay any applicable interest or penalties or

25   fines thereto.

1            He is agreeing, Your Honor, to a restitution

2    amount of $2,000, which is also in the plea agreement.

3            He understands, Your Honor, we've discussed, that

4    by virtue of his entering a plea this one count, he will

5    also have a pay a special assessment of $100 per felony

6    conviction to the Clerk of the Court.

7            He understands, Your Honor, that by resolving his

8    case in this way, any additional or remaining charges in the

9    superseding indictment and any other indictment that has

10   been returned against him would be dismissed.

11           He and I have gone over the United States

12   Sentencing Guidelines applicable in this case, Your Honor,

13   and Mr. Lollar understands what the United States Sentencing

14   Guidelines are.  He understands that they are not mandatory,

15   Your Honor, but that this Court will refer to them in making

16   the determination of what the appropriate sentence is in

17   this case.

18           He understands, Your Honor, that the Base Offense

19   Level in connection with this offense is 14; that there is a

20   special assessment, pursuant to U.S.S.G. Section II J1.2B2,

21   of 3 points, for substantial interference with an

22   administrative process.  And, Your Honor, there is, as the

23   Court knows, some --

24           THE COURT:  There's a dispute with regard to an

25   additional eight-point enhancement that --

1          MR. McDANIEL:  -- regarding the eight points.

2          THE COURT:  I believe under the terms of the

3   plea agreement, you still have the right to argue that it

4   should not apply, and the government has a right to argue

5   that it should apply, if I'm correct.

6          MR. McDANIEL:  That's right, Your Honor.  And as a

7   result, there are two varying Guidelines Ranges which would

8   apply depending upon where the Court -- what the Court

9   determines with respect to that.

10         If the Court should agree with the government, he

11  understands that the Guidelines Range would be 46 to

12  57 months.  If the Court should agree with the defense, he

13  understands that the Guidelines Range would be 18 to

14  24 months.  But he does understand that that issue is before

15  the Court and that the Court will make a determination of

16  whether or not those eight levels would apply or not.

17         He understands, Your Honor that the Court is not

18  bound by this agreement.  This is not an 11(c)(1)(C)

19  agreement, and this Court reserves and maintains its full

20  discretion as it relates to the sentence in this matter.

21         He understands that the parties have reserved

22  allocution, meaning that both the government and his counsel

23  will have an opportunity to speak with the Court at the time

24  of sentencing regarding what the appropriate sentence

25  would be.

1          I've explained to him, Your Honor, that he would

2     also have a right of allocution, that he would have an

3     opportunity to speak to the Court and to give his own

4     position with respect to his sentencing.

5          He understands, Your Honor, that the

6     plea agreement requires that he waive any challenge to his

7     conviction under the statute of limitations, that if, at

8     some point in time later on down the line, there should be

9     some question about the plea agreement or the maintenance of

10    the plea agreement, that a challenge under the statute of

11    limitations would be waived by this agreement.

12         He understands, Your Honor, that he's also waiving

13    all of his trial rights.  We've talked about what a trial

14    would look like.  We've talked about the fact that if he

15    were to go to trial, that there would be 12 individuals

16    ultimately, maybe more, that would sit in the trial who

17    would be tasked with listening to the evidence produced by

18    the government and making a determination of whether or not

19    they believe that the government had proven its case beyond

20    a reasonable doubt.

21         He understands that by proceeding in this fashion,

22    he's also waiving his right to file any pretrial motions.

23         He understands, Your Honor, that by proceeding in

24    this fashion, he's also giving up his right to testify in

25    his own trial.  And if, in fact, he were to have chosen not

1   to testify, that this Court would have advised the jury that

2   they were not to presume anything as a result of his

3   decision not to testify.

4           This Court has already gone over the appeal rights

5   with him, and so he understands that.  And I've as stated

6   earlier, Your Honor, he has also agreed to the restitution

7   amount of $2,000, which is also outlined in the

8   plea agreement.

9           And he also has represented, Your Honor, that the

10  plea agreement letter dated October 31st, 2022 with the

11  modifications, is the full agreement that he's reached with

12  the government.

13          THE COURT:  Thank you, Mr. McDaniel.

14          Mr. Lollar, you heard Mr. McDaniel tell me what he

15  believes the plea agreement -- the understanding -- his

16  understanding of the plea agreement.  Is that what you

17  are -- understand it to be also?

18          THE DEFENDANT:  Yes, I understand.

19          THE COURT:  And so you understand that, as

20  Mr. McDaniel said, the Guidelines Range and the

21  recommend- -- your criminal history that -- your lawyer and

22  the government have come up with what they believe your

23  criminal history is, but I will make my own independent

24  determination of that.

25          Similarly, with the Guidelines Range, I will make

1    my own independent determination of what the Guideline Range

2    is, and then I will -- I am not bound by the range that they

3    have estimated, so I'll make my own determination.

4            And if it's higher, sometimes it's lower, you'd be

5    surprised, but if it's higher or lower, you're still bound

6    by your plea agreement.

7            Do you understand?

8            THE DEFENDANT:  Yes, I understand.

9            THE COURT:  Okay.

10            I accept that this plea agreement is of the type

11    authorized by Federal Rule of Criminal Procedure 11(c)(1)(B)

12    in that it specifies that Mr. Lollar will not be further

13    prosecuted criminally by the U.S. Attorney's Office for the

14    District of Columbia for the conduct set forth in the

15    Statement of Offense, and that he will not be charged with

16    any non-violent criminal offense in violation of federal or

17    D.C. law which he committed within the District of Columbia

18    before execution of the plea agreement and about which the

19    U.S. Attorney's Office was made aware before execution of

20    the plea agreement.

21            And so, Mr. Lollar, you've heard your lawyer talk

22    about the potential sentence, and I'm sure you've talked

23    about it with him.

24            Do you understand that if I accept your guilty

25    plea in this case, I could give you as much as 20 years of

1    imprisonment?

2              THE DEFENDANT:  I understand that.

3              THE COURT:  Okay.

4         Now, obviously as I told you, I couldn't give you

5    more than 20, and obviously I'm going to consider the

6    Guidelines Range, which call for a significantly lower

7    level, but that's what I'm working with.

8         You could also be subjected to a period of

9    supervised release following any term of imprisonment.  And

10   that means that if you're sent to prison, upon your release,

11   you'd be subject to the supervision of the Probation Office

12   and you'd have to follow their conditions and their rules,

13   and if you violate those conditions and rules, you could be

14   sent back to jail.

15             Do you understand?

16             THE DEFENDANT:  Yes, Your Honor, I do.

17             THE COURT:  Under the statute, the minimum --

18   excuse me, the maximum term of supervised release that I

19   could give you is three years, and the Sentencing Guidelines

20   recommend a term of one to three years.

21             And do you understand that the maximum fine that

22   I could give you by statute is $250,000, if I decided to

23   give you a fine?

24             THE DEFENDANT:  Yes, Your Honor.

25             THE COURT:  And as Mr. McDaniel said, you've

1    already agreed, as part of your plea agreement, to pay

2    $2,000 in restitution.  Is that correct?

3              THE DEFENDANT:  Yes, I have.

4              THE COURT:  And then there's a mandatory

5    assessment of $100 per felony conviction, which would be

6    $100 in your case, to the Clerk of the Court for the

7    U.S. District Court.

8              Do you understand?

9              THE DEFENDANT:  Yes, Your Honor, I do.

10             THE COURT:  Okay.

11             Now, you've heard -- you no doubt discussed and

12   heard Mr. McDaniel mention the Sentencing Guidelines.

13             I don't have to give a Sentencing Guidelines

14   sentence, but I have to consider them and calculate them in

15   every case.

16             Do you understand?

17             THE DEFENDANT:  Yes, I do.

18             THE COURT:  All right.

19             Now, I've also mentioned to you that even though

20   your lawyer and the prosecutor have estimated what the range

21   is, and the Probation Office has estimated what the range

22   is, and then actually, in this case, come up with different

23   ranges, the ultimate decision is going to be mine.

24             Do you understand?

25             THE DEFENDANT:  Yes, Your Honor.

1           THE COURT:  Okay.

2           Now -- well, I'm going to -- in determining what

3    sentence to give you, I also have to consider certain

4    factors under Section 3553(a) that I'm going to go over next

5    in sentencing you, so I don't think I need to repeat them

6    twice in the same hearing.

7           Now, in some limited circumstances, the government

8    may have the right to appeal the sentence that I give.

9           Do you understand that?

10          THE DEFENDANT:  Yes, I do.

11          THE COURT:  And also, unlike in state court, in

12   the federal system, parole has been abolished so that if I

13   sentence you to incarceration, you're going to do the time I

14   give you, minus 54 days per year of good-time --

15   institutional good-time credit.

16          Do you understand that?

17          THE DEFENDANT:  Yes, I do.

18          THE COURT:  Now, I inquired about this before and

19   I mentioned it, that I've asked your lawyer and Ms. Sedky

20   about the time that you were in the custody of the

21   government for purposes of transferring -- taking you to

22   have a mental health screening, so that will also factor

23   into my decision as well.

24          So I have to ask you some questions now for the

25   third section about whether this plea is voluntary.

1          Has anyone forced, threatened, or coerced you in

2    any way into entering this plea of guilty?

3          THE DEFENDANT:  No, Your Honor.

4          THE COURT:  Has anyone, including your lawyer, the

5    police, the prosecutor, or any other person that you've come

6    in contact with since your arrest, promised or suggested to

7    you that just because you're pleading guilty, I'm going to

8    give you a lighter sentence?

9          THE DEFENDANT:  No.

10          THE COURT:  Do you understand that -- as we

11    mentioned before, that the plea agreement in this case

12    resulted from negotiation between your lawyer and the

13    prosecutor?

14          THE DEFENDANT:  Yes.

15          THE COURT:  Has anyone made any promises to you in

16    connection with your guilty plea, other than the promises

17    stated in the agreement or in open court?

18          THE DEFENDANT:  No, Your Honor.

19          THE COURT:  And has anybody told you or promised

20    you or suggested to you what sentence I'm going to give you

21    if I accept your plea?

22          THE DEFENDANT:  No, Your Honor.

23          THE COURT:  Okay.

24          Are you entering this plea of guilty voluntarily

25    and of your own free will?

1          THE DEFENDANT:  Yes, I am.

2          THE COURT:  And are you entering it, at least in

3    part, because you are guilty?

4          THE DEFENDANT:  Yes, I am.

5          THE COURT:  Is there anything that you do not

6    understand about this proceeding or about your plea in this

7    case?  This is the time to say.

8          THE DEFENDANT:  No, Your Honor.

9          THE COURT:  All right.

10          Is there anything you want to ask me or

11   Mr. McDaniel before you enter your plea?

12          THE DEFENDANT:  No, ma'am.

13          THE COURT:  All right.

14          On the charge of obstruction of an official

15   proceeding and aiding and abetting, in violation of

16   18 U.S.C. Section 1512(c)(2) and 2, how do you plead, guilty

17   or not guilty?

18          THE DEFENDANT:  I plead guilty.

19          THE COURT:  All right.  I am satisfied that

20   Mr. Lollar is fully competent and capable of making a

21   decision today, that he understands the nature of the

22   charges and the consequences of the plea, that the plea of

23   guilty is knowing and voluntary, that he's acting of his own

24   free will in pleading guilty, and that there's an adequate

25   factual basis containing each of the essential elements of

1    the offense for his plea.

2           Therefore, I will accept the guilty plea, and

3    Mr. Lollar is now adjudged guilty of obstruction of an

4    official proceeding and aiding and abetting, in violation of

5    18 U.S.C. Section 1512(c)(2) and 2.

6           I'm going to sign and date the waiver of jury

7    trial form.

8           I have before me a one-page document, Mr. Lollar,

9    that says, "With the consent of the United States Attorney

10   and the approval of the Court, the defendant waives his

11   right to trial by jury."

12          Did you sign that?

13          THE DEFENDANT:  Yes, Your Honor, I did.

14          THE COURT:  And by signing it, did you mean to

15   give up your right to a jury trial in this case?

16          THE DEFENDANT:  Yes.

17          THE COURT:  All right.  I'm going to sign and date

18   that now.

19          All right.  Anything else you want to ask or say

20   or any question before we move on to sentencing?

21          THE DEFENDANT:  No, ma'am.

22          THE COURT:  Okay.

23          So, Mr. Lollar has just pleaded guilty to

24   obstruction of an official proceeding and aiding and

25   abetting.

1          In preparation for this sentencing, I have

2    received and reviewed the Presentence Report and the

3    sentencing recommendation from the Probation Department.

4          I've also reviewed the plea agreement that we've

5    just discussed, sentencing memorandum from the government,

6    and Exhibits A, B, and C attached thereto, and I've received

7    and reviewed the sentencing memorandum from Mr. Lollar's

8    counsel.

9          Am I missing something anything, or is that it?

10         MS. SEDKY:  Not from the government.

11         MR. McDANIEL:  No, Your Honor.

12         THE COURT:  I have to -- I'm a little concerned

13    because there seemed to be a lot of waivers and forms and

14    medical documents that were sought but were never received,

15    so I don't have them.  And we can address that at your

16    allocution, Mr. McDaniel.

17         But let's go through the Presentence Report.  The

18    final Presentence Report and sentencing recommendation were

19    filed on March 7th, 2023.

20         Ms. Sedky, is there any objection to any of the

21    factual determinations set forth in the Presentence Report?

22         MS. SEDKY:  No, Your Honor.

23         THE COURT:  Are you expecting any witnesses or any

24    evidence here today?

25         MS. SEDKY:  No, Your Honor.

1          THE COURT:  Okay.

2          Mr. Lollar, I asked you this before but I'm going

3  to ask you again.  Are you satisfied with the services of

4  Mr. McDaniel?

5          THE DEFENDANT:  Yes, I am.

6          THE COURT:  And have you had enough time to talk

7  with him about the Presentence Report and the papers that

8  were filed by the government in connection with your

9  sentencing?

10         THE DEFENDANT:  Yes, ma'am.

11         THE COURT:  Okay.

12         Mr. McDaniel, have you and Mr. Lollar read and

13  discussed the Presentence Report?

14         MR. McDANIEL:  Yes, Your Honor.

15         THE COURT:  Are there any -- I know you have,

16  obviously, an objection -- I mean an argument with regard to

17  the enhancement, but with regard to the factual

18  determinations, are there any disputed issues of fact?  That

19  is, does Mr. Lollar have any objection to any of the factual

20  statements set forth in the report?

21         MR. McDANIEL:  No, Your Honor.

22         THE COURT:  Okay.

23         Hearing no objection from either side, I will

24  accept the factual recitation set forth in the Presentence

25  Report regarding the circumstances of the offense, and,

1  therefore, the facts as stated in the report will be my

2  findings of fact for the purpose of this offense -- this

3  sentencing.

4  Now, going on to the Guidelines, the Presentence

5  Report lays out the Probation Office's calculation of the

6  advisory Guideline Range that applies in this case, and the

7  calculation was done using the 2021 Guidelines Manual, and

8  is as follows:

9  Beginning with the guidelines offense level, the

10  applicable Guideline in this case is Sentencing Guideline

11  Section 2J1.2(a), which has a Base Offense Level of 14.

12  Pursuant to Section 2J1.2(b)(2), Mr. Lollar

13  receives an additional 3 points because of a specific

14  offense characteristic, that is, substantial interference

15  with the administration of justice.

16  The government seeks an eight-level enhancement

17  pursuant to Sentencing Guidelines Section 2J1.2(b)(1)(B),

18  because the offense involved causing or threatening to cause

19  physical injury to a person or property damage in order to

20  obstruct the administration of justice.

21  The government represented that Mr. Lollar has

22  demonstrated acceptance of responsibility in a manner that

23  entitles him to a two-level reduction under

24  Section 3E1.1(a), and that Mr. Lollar assisted authorities

25  in the investigation and prosecution of this matter in a

1    manner that entitles him to an additional one-level

2    reduction under Section 3E1.1(b).

3            Therefore, before I consider any departures and

4    variances -- or variances, Mr. Lollar's total offense level

5    is estimated to be 22 if the enhancement -- the eight-level

6    enhancement applies, and if it is not applied, the total

7    offense level is 14.

8            Any objection to my calculation, Ms. Sedky?

9            MS. SEDKY:  No, Your Honor.

10            THE COURT:  Mr. McDaniel?

11            MR. McDANIEL:  No, Your Honor.

12            THE COURT:  Okay.

13            Now, turning to the Criminal History Category, the

14    Presentence -- the plea agreement estimated Mr. Lollar's

15    Criminal History Category as to have 2 Criminal History

16    points and, therefore, place him in Section II, Criminal

17    History Category II.

18            However, the Presentence Report has found that

19    Mr. Lollar has one previous conviction that receives

20    Criminal History points in the Guidelines Manual and that

21    this conviction gives him a criminal history point subtotal

22    of 1, which places him in Criminal History Category

23    Number 1.

24            Ms. Sedky, does the government have an objection

25    to that?

1           MS. SEDKY:  No, we don't, Your Honor.

2           THE COURT:  And I assume, Mr. McDaniel, you do

3   not.

4           MR. McDANIEL:  No, Your Honor.

5           THE COURT:  All right.

6           I do agree with that Criminal History calculation,

7   and I find that Mr. Lollar is in Category I, not

8   Category II.

9           So, therefore -- and I told you, Mr. Lollar, when

10  we were doing the plea, that sometimes my disagreement --

11  sometimes I come out with a different view, and sometimes it

12  means you're looking at a higher range and sometimes you're

13  looking at a lower range.  In your case, it went down.

14          You understand that?

15          THE DEFENDANT:  Yes, Your Honor.

16          THE COURT:  Okay.

17          So based on the offense level of 22 and

18  criminal -- if I apply the eight-level enhancement and the

19  Criminal History Category I, the Presentence Report will

20  calculate the Guidelines Sentencing Range to be 41 to

21  51 months of imprisonment, and I believe if I don't apply

22  the eight-level enhancement, it will be 18 to -- excuse me,

23  the offense level would be 14 with an attending Guideline

24  Range of 15 to 21 months.

25          Is that your understanding, Mr. McDaniel?

1          MR. McDANIEL:  Yes, Your Honor.

2          THE COURT:  And is that your understanding,

3   Ms. Sedky?

4          MS. SEDKY:  Yes, Your Honor.

5          THE COURT:  Okay.

6          Now, having determined the applicable ranges

7   depending on the enhancements, the next step if is for me to

8   consider departures.

9          The Presentence Report does not include any

10  departure grounds, and under the terms of the

11  plea agreement, both parties have agreed that there are no

12  grounds for imposing a sentence outside of the

13  Guidelines Range.  It is based on the policy statements in

14  the Guidelines Manual.

15         The defendant is obviously -- is going to

16  obviously make an argument that I should not apply the

17  eight-level increase and I should vary or at least -- not

18  vary, that I should give a sentence of home confinement;

19  is that correct, Mr. McDaniel?

20         MR. McDANIEL:  That is correct, Your Honor.

21         THE COURT:  All right.

22         But that's not a departure.

23         I will give the parties a chance to address this

24  argument later.

25         Now, Section 3553 requires me, Mr. Lollar -- in

1    every case, every criminal case that comes before me in

2    which the Sentencing Guidelines apply, I have to consider

3    certain factors, including the sentencing range the

4    Guidelines prescribe and also the applicable penal statutes.

5           I went over this in your plea.  As I just noted to

6    you, the maximum penalty for your charge, the charge to

7    which you're pleading guilty is 20 years.  A term -- maximum

8    term of supervised release under the statute is 3, and the

9    Guidelines Range is 1 to 3 years.

10          There's $100 mandatory Special Assessment, and

11   you've agreed to pay $2,000 in restitution.  If -- you face

12   a $250,000 fine under the statute if I decide to give a

13   fine, and between $15,000 and $150,000 fine under the

14   Sentencing Guidelines.

15          Do you understand?

16          THE DEFENDANT:  Yes, Your Honor, I do.

17          THE COURT:  Okay.

18          Counsel, have I stated accurately the statutory

19   guidelines framework?

20          MS. SEDKY:  Yes, Your Honor.

21          THE COURT:  Mr. McDaniel.

22          MR. McDANIEL:  Yes, Your Honor.

23          THE COURT:  All right.

24          And as you all know because you've been provided

25   this -- the sentencing recommendation in this case, the

1    Probation Office, based on all the information in the

2    record, has recommended a sentence of 46 months should the

3    Court impose the eight-level enhancement with -- that is,

4    3 years and 10 months, and they have not recommended a term

5    of supervised release.

6                Okay.  At this point, I want to give the parties a

7    chance to speak to the Court.

8                Ms. Sedky.

9                MS. SEDKY:  Can I just ask you a follow-up

10   question because I was puzzled by the supervised release

11   notation because elsewhere in the PSR, it seemed to discuss

12   terms of supervised release.

13               THE COURT:  I was under the impression, and I'll

14   ask Ms. Landon, I thought a term of supervised release was

15   required if there's a term of incarceration, so I'm a little

16   surprised by that myself.  I guess I should have thought

17   about it earlier and spoke to probation.

18               PROBATION OFFICER:  Your Honor, I apologize on

19   behalf of the --

20               THE COURT:  Can you state your full name for the

21   record?

22               PROBATION OFFICER:  Ami Landon, U.S. Probation.

23               THE COURT:  Thank you.

24               PROBATION OFFICER:  Your Honor, I apologize.

25   I believe the Court is bound by at least one year of a term

1    of supervised release if a sentence of this length is

2    imposed.

3              THE COURT:  That's my understanding as well.

4              PROBATION OFFICER:  So we would be recommending a

5    term of supervised release to follow.  I believe the reason

6    that it wasn't recommended in the beginning is just because

7    supervised release is for rehabilitative services, and any

8    services that Mr. Lollar would benefit from, he's already

9    getting.

10             THE COURT:  Getting.

11             PROBATION OFFICER:  So that's probably how it kind

12   of fell through the cracks with that recommendation.

13             THE COURT:  Can you correct the Presentence

14   Report, please?

15             PROBATION OFFICER:  I think the Presentence Report

16   is correct.

17             THE COURT:  Oh, it's correct.

18             PROBATION OFFICER:  I think it's just the

19   recommendation --

20             THE COURT:  Okay.  I understand.

21             And I should have caught that sooner.  Thank you,

22   Ms. Sedky.

23             Yeah, if I give you a firm of incarceration,

24   Mr. Lollar, I have to give you a term of supervised release

25   after.  Thank you.

1          All right.  So, Ms. Sedky, would you -- do you

2   wish to address the Court?

3          MS. SEDKY:  Yes, Your Honor.

4          THE COURT:  Let me ask you at the outset,

5   Ms. Sedky, does the government object to Mr. Lollar getting

6   credit for the time that he was in custody of the

7   Bureau of Prisons?

8          MS. SEDKY:  No, we don't object to that.

9          THE COURT:  Okay.

10          MS. SEDKY:  And our understanding, based on our

11   earlier conversations, is it's two months plus or minus

12   possibly two days.

13          THE COURT:  That's my understanding as well.

14          MS. SEDKY:  We would err on the side of giving him

15   the extra two days.

16          THE COURT:  Right, okay.

17          MS. SEDKY:  So if the government -- I'd love to be

18   heard first on the Guidelines, the plus 8 in particular, and

19   then move to the 3553 factors.

20          THE COURT:  Absolutely.

21          MS. SEDKY:  So, Your Honor, the government has --

22   agrees with probation that the plus 8 applies for the intent

23   to cause physical injury, and would note a few things.

24          First, the language of the specific offense

25   characteristic talks about an intent to cause physical

1    injury.  It doesn't say you have to, in fact, have caused

2    physical injury.  And it talks about physical injury writ

3    large, it does not specify a quantum or a type of physical

4    injury.  It does not have to be, for example, serious bodily

5    harm.

6              So it would cover shoving a law enforcement

7    officer with the intent that perhaps they fall down.

8              And here -- so I wanted to just start with the

9    actual language of plus 8.  We don't need to prove that

10   Mr. Lollar caused, in fact, physical injury, and we don't

11   need to prove that he caused a specific type of physical

12   injury, like a major, substantial physical injury.

13             And here, looking at Mr. Lollar's Statement of

14   Offense, what he agreed that he did in the Rotunda, and what

15   the Attachments A, B, and C clearly show he did in the

16   Rotunda, and the way he described his conduct after the fact

17   in the Rotunda, we would submit basically meets the

18   requirements for the plus 8.

19             And here, Mr. Lollar -- first of all, before he

20   even shows up for the day, he brings with him an AR-15 to

21   his hotel.  He brings with him from Houston -- he makes the

22   conscious choice to bring a gas mask, a bulletproof vest,

23   gloves, and this AR-15.

24             And he is a trained military man from -- he's a

25   veteran of the U.S. Army.  So he presumably knows how to use

1    these types of accouterments.

2            And that is very concerning and arguably

3    establishes at least the beginning parts of his intent when

4    he leaves Houston.

5            Then you look at his conduct after he gets in the

6    building and in the Rotunda in particular.  And at 3:00 in

7    the afternoon, by the time 3:00 rolls around on January 6th,

8    it is a scrum and a melee in the Rotunda.  This is not quiet

9    town.  There is a lot of conflict going on.

10           And if we look at what Mr. Lollar chose to do, he

11   walked straight to the front line and he positioned himself

12   at the front line of the conflict with the law enforcement

13   officers who were lined up wearing their masks, their

14   shields, holding their batons in a protective stance, and

15   basically trying to block the line and block the rioters

16   from passing through the line to exit through a hallway.

17           Mr. Lollar steadfastly walks to that front of the

18   line and stays there for the entire time he is in the

19   Rotunda.

20           And at 3:05, he is pepper sprayed in the face, and

21   he remains on the front line, and he puts his gas mask on to

22   remain in the front line.

23           And in some of his own sort of selfie videos, you

24   can see that he's tumbled and fallen, and his camera falls.

25   Each time, he's like, I don't even know if they make these

1   weeble wobble.  When my kids were little, these weeble

2   wobbles when they don't fall down, he just keeps coming up

3   and coming to the front line.  So Issue number one is where

4   he positions himself.

5              Issue number two is, we watched and rewatched and

6   rewatched the body-worn camera, the CCTV, and the other

7   extraneous videos from Townhall Media, and we counted

8   multiple instances where Mr. Lollar is actually making

9   affirmative movements towards the police.  We probably

10  wouldn't be asking for the plus 8, quite frankly, had he

11  just remained stationary on the line.

12             But that's not what he did.  And we were very

13  careful and judicious about seeing if he was resisting being

14  removed or if he was propelling forward.  And we saw him

15  three times.  One time he bats and pushes one of the law

16  enforcement officers, who's trying to grab his mask.

17             Even if you could decide that was a reflexive

18  push, let's give him -- let's put that one aside.

19  Three other times he pushes the shoulder of one of the law

20  enforcement officers, he pushes the arm of a law enforcement

21  officer, he pushes, with his gloved hand, the shield of a

22  law enforcement officer, advancing forward.  He's admitted

23  it in his Statement of Facts that he was pushing forward.

24             And then he uses his body, and he -- back in the

25  day, I mean, he was a very large man, very strong, military

1    trained, wearing his bulletproof vest, and he is

2    body-checking and shoving forward his stomach onto the

3    shield of the law enforcement officers, who are trying to

4    protect the line.

5            And so -- and then, so we've got what did he bring

6    with him, we've got what did he do then; and then we've got

7    what did he say about it afterward.  And the way he

8    described it -- and actually, I missed one point.

9            When he walks out of the Rotunda, the CCTV shows

10   him valiantly holding his gas mask in a victory sign, up

11   high.  And then after the fact, he talks about, to his

12   social media followers, how he fought with the cops and got

13   gassed.  So he is using the word "fight" with the cops, not

14   resist arrest, not got caught up in it.

15           And so we think that the plus 8 applies here, and

16   clearly, the second part of the plus 8 is we have to show

17   that the intent to cause injury was in order to obstruct.

18           And Mr. Lollar was very clear in his statements,

19   and it's in his Statement of Offense, that he was there to

20   help the patriots shut down the vote.

21           And so in the context of why he was there, what he

22   did beforehand, what he did while he was there, we believe

23   that the plus 8 is appropriate.

24           As the Court is aware, one of the initial charges

25   that we are dismissing is the 111, the felony 111(a)(1), and

1   that is indicative of his conduct -- although he is

2   admittedly not pleading guilty to that, that was -- that was

3   the thrust of what was happening in the Rotunda that day.

4   And so we believe that the plus 8 is appropriate.

5           And I'm happy to go into the 3553 factors now or

6   sit down if you want to rule on the Guidelines first, and

7   I can come back up.

8           THE COURT:  No, go ahead, keep going.

9           MS. SEDKY:  So we believe that the

10  Guidelines Range should be 41 to 51 months, and we are

11  seeking a mid-level range here.

12          And the reason that we're seeking a mid-level

13  range and not a low or a high, quite frankly, is because the

14  nature and circumstances of the offense.

15          It is now almost two and a half years post

16  January 6th, and I have to confess that even I -- and the

17  Court has handled way more of these cases than I have, but

18  I have fallen victim to forgetting that nightmarish day as

19  two and a half years have subsided.

20          THE COURT:  Yeah, unfortunately, the judges of

21  this Court do not get to because we are daily looking at

22  pictures and videotapes, but, yes.

23          MS. SEDKY:  Well, I'm glad.  I'm glad, because for

24  purposes of today, we have to take ourselves back to that

25  day.  It is critically important that we do not let the

1    passage of two and a half years in any way minimize the

2    horror story of that day.  And that was a day that was one

3    of the worst in our history, and Mr. Lollar's role in it was

4    significant.  He wasn't just an ordinary bystander staying

5    out of the fray.

6            And this day, January 6th, was disturbing, you

7    know, on sort of three fundamental levels.  I mean, the goal

8    of the day was truly to disrupt the transfer of power and

9    basically flout democracy.  So the goal was horrifying.

10           The methods used to try to achieve the goal was

11   horrifying.  This was not outdoor protest with signs and

12   yelling and chanting.  This was overthrow by force and

13   violence and destruction.

14           So the goal was terrifying, the methods used were

15   testifying, and the injuries caused were nightmarish.

16   I mean, we've heard about the physical injuries that these

17   100 plus law enforcement officers have suffered.

18           We hear less about the emotional injury, but I've

19   read many of the statements of some of the staff members who

20   were cowering under tables, and people were calling their

21   loved ones to say goodbye.  I mean, those emotional scars

22   will last forever for these men and women who were there

23   that day trying to protect democracy, trying to do their

24   jobs.

25           Not to mention the irreparable damage that was

1    done to some of the artifacts and artwork in the

2    U.S. Capitol Building, and just the challenge to our core

3    belief system as a country.

4          And, you know, Judge Moss -- I handled the first

5    felony sentencing way, way, way back when, and Judge Moss

6    said something, when he was handing down the sentence, that

7    really struck me.  I'm sorry that I didn't think of it

8    myself and put it in the sentencing memo at the time.

9          But he really pointed out what an international

10   debacle this could have been and how this has wreaked havoc

11   on our stance as a country and what we stand and to try to

12   be a beacon of democracy for other countries, and that's

13   chilling to me.

14         So the nature and circumstances of the offense

15   here are very extreme.  Mr. Lollar's participation was no

16   mere bystander.  He is not a just got caught up in the

17   moment, he came ready for bear.

18         And when we look at his characteristics, although

19   he does have only one criminal history point and it doesn't

20   go to his Criminal History Category II, he does have a

21   criminal history, and he has multiple arrests.  He has,

22   I believe, two convictions, and some of the arrests are for

23   things that are defying orders and confronting police.

24         And so that, to me, is quite disturbing in terms

25   of his -- his own personal characteristics.  He's got a

```
1    trend of recidivism.

2              I think that that also segues into the next 3553

3    factor, which is to promote his respect for the law, and

4    here I would submit that given his history of the nature of

5    the arrests that he's had, the fact that he has not been

6    abiding by the Court's orders to obtain mental health

7    treatment, the fact that I believe he was less than candid

8    with the Court about his obtaining past mental health

9    treatment, and the Court may recall, it's in some of our

10   papers, but even at the very beginning, I remember when

11   Mr. Lollar was arrested in Houston way, way back when.

12   I was the original AUSA on that case.

13             And he refused to tell the probation -- or

14   Pretrial Services, which they call probation in Houston, he

15   would not identify the types or location of the weapons in

16   his residence, which creates a major safety concern for

17   everybody in the household, not to mention anybody from

18   Pretrial Services who's going to try to check on him.

19             And his father ended up having to come forward to

20   agree to identify them and remove them to a secure,

21   unidentified location.

22             And so just given -- there are just these pockets

23   of concern that the government has that the defendant needs

24   a significant custodial sentence to get him on the right

25   track here and get him to understand the seriousness of his
```

1    conduct and promote his respect for the law.

2            And lastly, you know, deterrence, I think, is

3    always probably the most significant 3553 factor in these

4    January 6th cases, quite frankly.

5            Normally I'm here only talking about general

6    deterrence, but in this particular case, I actually think

7    there's a strong argument that Mr. Lollar needs some

8    significant, specific deterrence, just given his continual

9    brushes with the law and how he has accorded himself during

10   the course of supervision here.

11           And so I think that it goes without saying that if

12   somebody like Joshua Lollar can come into the Rotunda, spend

13   almost a half an hour in the Capitol Building that day

14   hooting and hollering and, you know, raising his fist in

15   victory after he comes out essentially assaulting federal

16   officers, if he gets home confinement, I would submit that

17   it would be open season and it would send a terrible

18   message, a very dangerous message to other would-be

19   insurrectionists out there.

20           And so I think that for those reasons, the

21   government believes that the 3553 factors weigh in favor of

22   a guidelines sentence.  I'm happy to address what a

23   disastrous suggestion I think home confinement would be if

24   you would like to hear from me on that.

25           THE COURT:  That's all right.

56

1          MS. SEDKY:  Okay.  I have nothing further,

2    Your Honor.

3          THE COURT:  Thank you, Ms. Sedky.

4          Mr. McDaniel.

5          If you could -- Mr. McDaniel, if you could speak

6    first on the eight-level enhancement and then as to your

7    general allocution, I'd appreciate it.

8          MR. McDANIEL:  Your Honor, as it relates to the

9    8-point enhancement, we don't believe that the eight points

10   is appropriate, given what the purpose of that enhancement

11   is, all right?

12         So the question for the Court, in making a

13   determination of whether or not that eight points is

14   appropriate is whether or not Mr. Lollar intended to cause

15   some physical harm to law enforcement who he encountered.

16         THE COURT:  Gas mask and body armor don't indicate

17   that?

18         MR. McDANIEL:  No.

19         The gas mask and the body armor indicate,

20   Your Honor, that an individual was traveling here to the

21   District of Columbia, that he was traveling here in support

22   of then-President Trump, and that the anticipation was that

23   as he was someone who was supportive of that position, that

24   he would then, as had been the case frequently when

25   individuals gathered in support of that president, that

```
1    there would be counterprotesters there who would represent
2    some level of possible engagement with those individuals.
3              THE COURT:  Come on, Mr. McDaniel.
4              MR. McDANIEL:  But let me -- let me --
5              THE COURT:  The people who protested against the
6    former President were generally the ones who were getting
7    tear-gassed, not his supporters.
8              MR. McDANIEL:  Well, no.  I agree with that,
9    Your Honor.
10             But then also, it does not require that someone
11   have come with the intent to go into the Capitol and with
12   the intent then to engage law enforcement, right?  Because
13   if it is the case that one comes based upon the call that
14   they received --
15             THE COURT:  But -- and let me stop you, and
16   I'm going to interrupt you, because by all accounts, if he
17   brought those materials for the rally, worried that, as a
18   supporter of the former President he'd somehow get gassed or
19   whatever, be assault -- he was not wearing it at the rally,
20   he's wearing it inside the Capitol.
21             MR. McDANIEL:  Absolutely.
22             THE COURT:  So how is that not intent.
23             MR. McDANIEL:  So he's going into the Capitol,
24   Your Honor, with these -- with these implements on --
25             THE COURT:  Fully aware that it's a riot.
```

1          MR. McDANIEL:  No, aware that -- Your Honor, he's

2     accepted responsibility for that.

3          THE COURT:  Right.  But --

4          MR. McDANIEL:  The question becomes, though, not

5     just whether or not he's going into someplace where there is

6     a -- which -- if you want to even call it a riot, a riot is

7     going on --

8          THE COURT:  It's a riot.

9          MR. McDANIEL:  He has to intend, though, to cause

10    physical injury to those officers.  And I submit to the

11    Court that even if I go into the Rotunda, even if I go into

12    the Capitol with my gas mask on, with body armor on, that

13    does not then mean that I intend to go and engage with the

14    officers.

15         And even let's say I did.  Let's say I went into

16    there intending to engage with the officers.  That I go in

17    there intending to engage with the officers does not then

18    take it to the next level of my intent to cause them

19    physical injury.

20         And I think that's supported by what it is that

21    the Court sees on the video.  I think it's interesting that

22    the government acknowledges that the one thing that

23    I thought might have been most problematic, they describe,

24    and I agree, as reflexive.

25         When the officer goes to pull up Mr. Lollar's

1    mask, he responds by -- in the most -- in the most -- what I

2    would call most clear example of physical contact with an

3    officer, he's responding to them trying to pull up his mask.

4         Even that, Your Honor, is not something where he

5    intends to cause injury to the officer.  What he's doing is

6    intending to keep the officer from pulling up his mask at

7    that time.

8         If I am in the Rotunda and I'm pressing up against

9    an officer's shield or I'm pushing back against an officer's

10   shield --

11        THE COURT:  That in itself, by the way, is enough

12   for the eight-level enhancement.

13        MR. McDANIEL:  I think, Your Honor, that,

14   though -- if the Court is taking that position, the Court is

15   saying that any physical contact --

16        THE COURT:  No, I'm not saying any physical

17   contact.

18        But I'm confining my assessment to the physical

19   contact that happened here.

20        But go on, I don't mean to interrupt you.

21        MR. McDANIEL:  But even with that physical

22   contact, I would submit to the Court that the Court then

23   would have to take the next step in finding my doing that is

24   my intent to actually cause the physical harm, because I can

25   come into contact with the Court, I can come into contact

60

1    with law enforcement, I can come into physical contact with

2    a law enforcement officer and then still not intend to cause

3    them physical harm.

4         It might be offensive.  There's a distinction

5    between something that's offensive and something where I

6    intend to cause that physical harm that I believe is

7    required by the enhancement.

8         If the requirement was offensive, that would be

9    the word that was used.  But the word that's used is "intent

10   to cause physical injury."  And I submit to the Court that

11   based upon what the Court actually sees on the video as it

12   relates to the actions of Mr. Lollar, that there's nothing

13   in the video, there's nothing in the video that suggests

14   that he intended to cause physical harm to the law

15   enforcement officers.

16        The government points to his having brought this

17   AR-15 that he was licensed to carry.  He did not bring that

18   to the rally.  He did not bring that to the Rotunda.

19        They point to the fact that during the interaction

20   with law enforcement, that he continues to go back towards

21   the front line.

22        Admittedly, Your Honor, but I submit to the Court

23   it's also important for -- the Court to really, I think,

24   determine whether or not this eight points is appropriate,

25   I think the Court should consider what he did not do, what

61

```
1    the distinction is.
2            So if Mr. Lollar is in there and he's confronting
3    these law enforcement officers and he's actively striking at
4    the officers or he actually strikes one even in the body
5    with a closed fist, no question.
6            If he pushes one down and continues to push them
7    down with the shield on his body, no question.  If he, you
8    know, elbows somebody or does anything that's clearly an
9    intent to cause physical injury, Your Honor, I would submit
10   to the Court that we wouldn't be making this argument.
11           I submit to the Court, yes, should he have been in
12   the front line, no.  Should he have been even pushing back
13   and forth with the officers, no.  Should he have been moving
14   the officers' face from his -- hand from his gas mask, no.
15   He shouldn't have been doing those things.  Those things
16   were likely offensive, but they were not something that
17   intended to cause those officers harm.
18           And the fact that he went back and back and back
19   and didn't do any of those things, Your Honor, that were
20   clearly in an attempt to cause an officer physical harm
21   I think is supportive of the contention that he did not
22   intend to cause physical harm to the officer, and -- the
23   officers, and that what he did might have been offensive,
24   but it wasn't anything that caused anyone or even intended
25   to cause anyone physical harm.
```

1          The government points to what it is that he did

2     afterwards or what it is that he said afterwards.  He said

3     that we -- I went in there and we fought with the police.

4          And what he also says behind that, Your Honor, is

5     that I didn't expect that to happen.  This is in his post on

6     Facebook.  And I think that speaks to what it is that he

7     intended to do when he went in there, which is be part of

8     this overall effort to support the President in this effort

9     to frustrate this effort, which is what he's taking

10    responsibility for.

11         And so, Your Honor, I would submit based upon a

12    review of the video, a review of what it is that he did not

13    do, and the actual nature of the interaction that he had

14    with law enforcement officers on that day, what actually

15    happened, that the eight points are not appropriate for

16    Mr. Lollar.

17         THE COURT:  Okay.

18         MR. McDANIEL:  So now turning to the 3553 factors,

19    Your Honor, and why it is we believe that the sentence we

20    suggested of home confinement is appropriate.

21         So a lot of -- and I've sat in on a couple of

22    these sentencings, Your Honor.  I've talked to other

23    attorneys who were responsible for other individuals who've

24    been charged in connection with this offense.

25         And the government rises, and I hear them rise all

1   the time, and they talk about why it's important for,

2   particularly, Mr. Lollar to be incarcerated, to send some

3   message both to Mr. Lollar and to the community.

4           And it's just -- it's confounding upon me,

5   Your Honor, because this is the same office, the United

6   States Attorney's Office, who has failed to charge one of

7   the people who were actually responsible.

8           THE COURT:  I --

9           MR. McDANIEL:  I know --

10          THE COURT:  I know where you're going, and I've

11  heard it before.  And, you know, there may be opinions

12  about -- there may be -- that's not before me.  That's not

13  before me.

14          MR. McDANIEL:  I get it, Your Honor.

15          THE COURT:  That's not before me.

16          MR. McDANIEL:  I get it, but if your office is

17  really all that concerned about that --

18          THE COURT:  Well, if there are grand jury

19  investigations going on --

20          MR. McDANIEL:  -- if -- maybe, I don't know.

21          THE COURT:  -- I don't know what's happening over

22  there.

23          MR. McDANIEL:  I know we're two years out.

24          THE COURT:  But I have Mr. Lollar in front of me.

25          MR. McDANIEL:  I understand, but what I'm saying

```
 1   to you, and I only offer that, Your Honor, so that the Court

 2   can place that argument in its proper context.

 3              THE COURT:  I am.

 4              MR. McDANIEL:  So if we're really concerned, if we

 5   really think that we need to do something, that people need

 6   to be incarcerated in order to send a message in order to

 7   avoid the possibility of a next January 6th happening,

 8   I think that that is undercut, at the very least, by the

 9   failure to hold those individuals who were truly responsible

10   for that event accountable or even at least to charge them,

11   right?

12              So it's okay for the government to rise.

13   So this is a young man who's from the military, he has

14   former military experience.  He's been discharged honorably.

15   He served the country.

16              And this is the individual, the very individual

17   who those individuals who made the call intended to

18   mobilize, an individual who cares about his country, who

19   served his country, who has some really indoctrination

20   towards answering the call for his country.

21              So there's a call to these people to come because

22   it's going to be wild, you know, you need to come here.

23   This is now the Commander-in-Chief, who's still the

24   President, who's the responsible individual for everybody

25   who's in the armed forces, calling on veterans, active-duty
```

1    persons, to come to that location because he wants their

2    support.

3            They then respond because they're operating in

4    this vacuum, Your Honor.  They're operating in this -- and

5    I'll let the Court know I know this about Mr. Lollar, he sat

6    there almost every day and watched Fox News, sat there and

7    watched all -- now, I'm guilty of the same because I don't

8    watch Fox News.  I watch MSNBC, so I understand how someone

9    can be -- can be influenced by with the media that they

10    choose.

11            But he chose that media.  And on that media, he

12    was told, day after day after day, that his -- that his vote

13    wasn't counted, that there was something nefarious about the

14    election, that there was an attack on the country.  And then

15    here's this call that he responds to.

16            Now, I get it, Your Honor, he's acknowledged that

17    now looking back on it, having the benefit of this time,

18    having the benefit of going through this process, that he

19    understands that what it is that happened on that day was

20    inappropriate, he was out of bounds.  He accepted

21    responsibility, when, for a long while, Your Honor -- I will

22    tell the Court, for a long while -- the Court knows this.

23    For a long while, Mr. Lollar was intending to go to trial.

24    His position with this counsel was that we're going to

25    trial.

1           But as time went on and he was then exposed to

2    more information and had an opportunity to reflect upon it

3    and had an opportunity to go through this process, he then

4    changed his mind.

5           He may not be all the way changed, Your Honor, but

6    he has certainly changed.  He's been transformed by this --

7    what, by this process, which speaks to why it is that the

8    home confinement sentence is appropriate.

9           He's already been changed, Your Honor.  He has not

10   spent -- he spent those two months incarcerated by virtue of

11   his agreement to go and to participate in assessment, but

12   I think that even speaks to where it is Mr. Lollar is.

13          Mr. Lollar agreed to be incarcerated for that

14   period of time.

15          Now, I don't think that he expected that the

16   experience was going to be such that it was, but at the same

17   time, he did agree, and then he, as a result, went through

18   that entire experience, and I think that that speaks to who

19   it is that Mr. Lollar is.

20          Who is he?  He's a father, he's a son.  He's been

21   under the care of his father, who's been with him every

22   step -- I don't think that I've had a conversation with

23   Joshua Lollar that his father hasn't participated in.

24          He has the support of family, Your Honor, and the

25   sentence that I'm asking for would allow this Court both to

1   punish -- continue to punish Mr. Lollar, while also giving

2   him an opportunity to continue the progress that he's making

3   by virtue of his having gone through the process.

4            I think sometimes, Your Honor, we lose sight of

5   the fact that just going through this process is punitive.

6   Just pending this day is troublesome for individuals.  They

7   don't know what's going to happen.

8            And so they spend -- I know Mr. Lollar spent

9   upwards of two years just concerned about what was going to

10  happen on today.  And his father, his entire family.

11           And so I don't think that a sentence requiring him

12  to go to jail, Your Honor, is the answer for this Court when

13  this Court's requirement is to give him a sentence which is

14  sufficient but not greater than necessary in order to make

15  these -- meet these 3553 factors.

16           As I've said, Your Honor, he's a veteran.  He

17  served this country.  Not only has he served this country,

18  he's received the Purple Heart.  He's received the Purple

19  Heart, Your Honor, because during his service in Iraq, he

20  was the subject of a number of different attacks.  I think

21  in our conversations, there was at least 12 different

22  attacks.  He was injured in many of them, which is why he

23  received the Purple Heart.

24           He, as a result of his service to the corrupt, has

25  a traumatic brain injury.

1          He has PTSD that he's still dealing with as a

2     result of his service to the country.

3          And that TBI diagnosis, that PTSD diagnosis was in

4     place at the time that the events giving rise to his

5     conviction in this case took place.

6          He is a responsible father, providing both

7     financial and emotional support to both of his children.

8          And, Your Honor, he has, during this matter,

9     during the pendency of this matter, been, as the Court has

10    said, largely in compliance with this pretrial release.

11         There is this issue of whether or not he's been in

12    full compliance by virtue of his participation in his mental

13    health treatment.  So I've spoken with him about that, and

14    I think there was a disconnect because at the VA, he was

15    told that he was to treat in the VA as needed and that he

16    should go to the VA if, in fact, he was experiencing some

17    emotional or mental health crisis that required him to go.

18         The time that he did have that problem, he did go,

19    Your Honor, and I had been in close communication with his

20    father at that time, which then led the Court to order the

21    assessment that he then submitted to.

22         And so leaving that aside, Your Honor, it appears

23    to me that Mr. Lollar has been in substantial, if not full

24    compliance with his pretrial release.

25         The government points to this interaction that

1    Mr. Lollar had with probation and Pretrial Services when he

2    was first arrested as it related to the firearms.  The

3    reason that there was that pushback then, Your Honor, is,

4    one, they didn't want their firearms taken.

5          And two, the firearms that were in question were

6    not his firearms, they were his father's firearms.  And so

7    it wasn't even his place to provide any information that

8    would result in those firearms being taken.  And because

9    those firearms belong to his father, his father then made

10   arrangements to take those firearms out of the house.

11         And at every turn, nearly every turn, there was an

12   effort to have Mr. Lollar incarcerated while this matter was

13   pending.  And at every turn, I, and Mr. -- Joshua Lollar and

14   his father would implore this Court -- and we are grateful

15   to this Court for giving him the opportunity to remain in

16   the community while this matter was pending.

17         And whatever it is that the government was

18   concerned about as it relates to him being some danger to

19   the community, he has evidence, Your Honor, about what it is

20   that he has not done while he was on release that he does

21   not represent that level of danger or that type of danger to

22   the community.

23         And in closing, Your Honor, I would submit to this

24   Court that the sentence that we are requesting is not a

25   probationary sentence.  I'm not asking the Court just to let

1    him go home and to return to the community.

2            I'm asking the Court to allow him to serve, in

3    essence, A, an incarcerative sentence at home under the care

4    of his father, the care of his family, so that he can

5    continue to provide support and be available to his children

6    while he's also serving his debt to the community.

7            And so I'm going to sit down, Your Honor, but I am

8    going to ask the Court to hear from his father briefly.

9            THE COURT:  I will.  I want to issue my ruling

10   with regard to the enhancement, and then I'll hear from

11   Mr. Lollar's father and Mr. Lollar if he wishes to be heard.

12           MR. McDANIEL:  Very well.

13           THE COURT:  Thank you.

14           I'll say at the outset that I am proud of the

15   prosecutors and defense lawyers who have come before me who

16   have chosen to take on these cases and litigated them and

17   worked very hard on them.  I think it speaks to the -- it

18   speaks to all the rights and privileges that you are

19   accorded under our Constitution that you tried to overthrow.

20           And Mr. McDaniel, who I know to be an experienced

21   lawyer, longstanding work in this court, has done a very

22   effective job of advocating for you.  Ms. Sedky, who's a

23   career prosecutor and whose also work I'm experienced with

24   has been zealous on behalf of the government but reasonable.

25           And so, Mr. Lollar, I want to state, before I even

1    go any further, that you've been afforded -- for the system

2    you tried to undermine and overthrow, you've been afforded

3    all the protections that this system awards you, and I for

4    one am pleased that we continue to do that in this country.

5         With regard to the eight-level enhancement, it is

6    a significant enhancement, and I'll talk, when I'm talking

7    about the sentence that I'm going to impose, to the fact

8    that I think it does take Mr. Lollar up to a pretty high

9    range that may cause me some trouble, but I have to be

10   intellectually honest here, and I'm not going to mess around

11   with the Guidelines to try and come to a result that I want.

12        I find, based on the record before me, that the

13   enhancement is warranted.  I think it would be disingenuous

14   of this Court not to apply it based on the facts that I have

15   been presented with.

16        The facts that I'm presented with are that

17   Mr. Lollar came to the Washington area with a weapon, a

18   legal weapon, granted, and a concealed carry permit, gas

19   mask and body armor and gloves, prepared for, by all -- in

20   all aspects, a riot.

21        You don't need a gas mask and body armor and

22   gloves to attend a rally, a peaceful rally.

23        And, Mr. McDaniel, I credit you, your vigorous

24   defense of your client, and you're doing your job and I

25   commend you for it, but I can't agree with you.

1          And the facts undermine that argument in that

2     Mr. Lollar was wearing those items at the rally, which he

3     had every right to participate in.

4          I am not punishing Mr. Lollar for his political

5     beliefs, then or now.  They are of no moment to this Court.

6     One of the -- I'm an immigrant, and one of the great things

7     I think about this country is you can believe what you want

8     to be, you can espouse the most hateful credos, you can

9     believe in flying spaghetti monsters as far as I'm

10    concerned.  That's not what you're being prosecuted for.

11         You're being prosecuted for what you did when you

12    went inside the -- when you went to the Capitol and when you

13    went inside those restricted areas.

14         And I understand your argument, Mr. McDaniel, with

15    regard to the person who he may have been here for, but that

16    does not go to the fact that by -- and I'm just addressing

17    the enhancement right now -- by those items, that

18    paraphernalia indicated that Mr. Lollar was gearing himself

19    up for physical battle with law enforcement, and that is

20    what happened.

21         The evidence that has been submitted to this Court

22    in terms of the videotape and the photographs show clearly

23    to this Court that Mr. Lollar was engaged in physical -- in

24    a physical altercation with the police.  He may not have

25    swung a punch, but he was pushing, he was shoving, he was

1    taking action to deflect efforts by law enforcement to take

2    the mask off, to get -- every time Mr. Lollar had an

3    opportunity to leave, he doubled-down on his efforts to push

4    against the police, who, it must be said, were outnumbered

5    and were operating under the most stressful of

6    circumstances.

7            I've heard from so many officers that night,

8    who -- I mean since that day, who really didn't know if they

9    were going to make it out of there alive, young officers who

10   were recently on the job, who didn't have riot gear, who

11   didn't know what weapons those people were bringing into the

12   building.  It was terrifying for them.

13           I've heard from a police officer who was assigned

14   to one of the most dangerous districts in the District of

15   Columbia, 7D, who retired after that day because of what he

16   saw and what he heard.  So two and a half years may have

17   gone by, but you shouldn't benefit from that because the

18   terror of what those law enforcement officers, to say

19   nothing of the people who worked in that building, were

20   feeling was real.

21           And so I have to admit that even though a punch

22   wasn't swung, Mr. Lollar's actions, his use of equipment,

23   and his movements that day, his actions, especially in

24   pushing, repeatedly pushing against the police and pushing

25   and keeping the police from clearing the building, and being

1    in the front lines of a group of individuals who were trying

2    to overcome the police and stop the transfer of power

3    warrants the application of the eight-level enhancement, so

4    I am going to apply it.

5           That being said, which takes our range now to --

6    which means that I find the applicable Guideline Range to be

7    41 to 51 months.

8           I will now hear -- let me hear first from

9    Mr. Lollar's father briefly, and then I'll hear, Mr. Lollar,

10   from you.

11          Now, because this is not a bifurcated -- we're

12   doing this plea right into sentencing, I'll tell you,

13   Mr. Lollar, you have an absolute right to speak at your

14   sentencing, total right to speak, but you have an absolute

15   right not to speak.  And the decision whether to speak or

16   not is totally yours, and I will not hold it against you if

17   you decide you don't want to speak, because that's your

18   right.  If you decide to speak, I'll listen to whatever it

19   is you have to say.

20          Could you come forward, sir, and state your name.

21          MR. G. LOLLAR:  Thank you, Your Honor.  My name is

22   Grover Lollar.

23          THE COURT:  Yes.

24          MR. G. LOLLAR:  I am the father of Joshua, the

25   defendant.

1          I want you to know that Joshua is a good man, and

2    I'm very proud of him.

3          Joshua served over six years in the United States

4    Army during operation Iraqi Freedom.  He served as a Bradley

5    fighting vehicle gunner and saw numerous battle engagements.

6          Joshua's vehicle came under multiple IED attacks,

7    missile attacks, and many gun battles.

8          He was part of a team that was selected to hunt

9    down and capture Saddam Hussein.

10          He's a patriot, Your Honor, and he loves this

11    country.

12          Joshua is a Wounded Warrior.  Joshua was wounded

13    on several occasions, and he received the Purple Heart, as

14    you've heard; three Army commendation metals, the Army

15    Achievement Medal, Valorous Unit Award and the National

16    Defense Medal.

17          The Purple Heart's awarded by the President of the

18    United States for wounds sustained in combat.

19          Upon his discharge from the Army, Joshua underwent

20    extensive evaluations at the Veterans Administration and

21    treatment for his wounds and his conditions.

22          He completed the Veteran Administration trauma

23    recovery program twice.

24          And he was diagnosed with medical issues,

25    including several -- severe PTSD, degenerative arthritis of

1    the spine, irritable colon, traumatic brain injury, and he

2    was wounded, or he was given 100 percent disability.

3           Since that time, he's had additional diagnosis,

4    and it's just gotten worse.  He's -- now has degenerative

5    lung disease, nonalcoholic liver disease, cognitive heart

6    problems and hernia and ulcers.

7           A lot of that is from the food he ate and the

8    insect bites and others things that he went through in Iraq

9    that's just disintegrating his body.

10           In 2019, Joshua was not doing well at all.  We

11    couldn't get ahold of him, we couldn't find him.  He was

12    living in an abandoned cabin in the Big Thicket National

13    Forest in Texas, all alone.  He was suffering with his PTSD,

14    and his health was deteriorating fast.

15           His mother and I sold our retirement home in

16    Florida and we moved to Texas in order to lease a place, a

17    house, and move him and his children in with us so that we

18    could nurture him back to health with the help of the

19    Veterans Administration, the hospital there.

20           By December 2020, Joshua was doing much better,

21    and we were getting him to the doctors.  He's on medicine.

22    He was doing a lot better at that time, and that's when, at

23    the time, President Trump had lost the election and he was

24    going to hold a rally of supporters.

25           Joshua decided he wanted to go to Washington and

1   stand in support of the President.  We actually thought this

2   was a good outing for Joshua.  At -- previous to this time,

3   he wouldn't leave the house, he couldn't be in a crowd, he

4   couldn't be around people.  So for him to want to go out and

5   be in public and be there, we thought it would be a good

6   thing for him.

7           Joshua decided -- or, I'm sorry, we thought

8   it would be a good outing.  We encouraged him to go.

9           No one in our family knew anything about plans to

10  protest at the U.S. Capitol.  We didn't know anything about

11  that.  And if we would have known, we wouldn't have let him

12  go.  We don't believe in that.

13          Because Joshua's medical conditions, I was the one

14  that encouraged him to take his vest and his gas mask and

15  his protective gear because at that time in our history, you

16  know there were lots of riots, fighting back and forth,

17  Antifa, President's people, all fighting and throwing rocks

18  and all of that stuff.  We didn't want him to get hurt

19  because he's got all of these injuries.  I was the one that

20  encouraged him to take it.

21          As you know, after the rally, the crowd went down

22  to the Capitol, and many broke into the building, and they

23  created havoc, and Joshua walked down into the Rotunda, and

24  he did go in.

25          If you look at the time in which Joshua arrived at

1    the Capitol, it was well after Congress had already closed

2    the session and a recess, and they were already gone from

3    the building.

4         Joshua did not go into -- or did go into the

5    Rotunda and was inside.  From what I've heard from the

6    prosecution, he was inside the Rotunda for 16 minutes.

7    That's all the time he was in there.

8         And don't forget, yes, he went to the front of the

9    thing, and there were 300 people standing right behind him,

10   everybody pushing forward.  It's pretty hard to turn around

11   and walk back through that crowd.

12        But when the officer went for his gas mask and he

13   got sprayed, he couldn't breathe.  And if you look at those

14   videos, you'll see that he starts coughing and spitting, and

15   he has to get out of there.  And people started yelling,

16   "Make a hole, make a hole, let this man out, he can't

17   breathe."  So he did turn.

18        The prosecution likes to focus on the first part

19   of that statement where he posted on Facebook, "I just

20   fought with the cops, I never thought that would happen."

21   They like to focus on that first part.  But I'd like you to

22   focus on the second part.  He never thought that was going

23   to happen.

24        I think he got caught up with it, with what was

25   going on, and he was in there.  He didn't try to hurt

1   anybody.  He never thought he was going to fight with the

2   cops, and when he had to, he turned around and left.

3          When the FBI came to the house and they arrested

4   Josh with the indictments, we were devastated.  We couldn't

5   believe this was happening.

6          Joshua has fully cooperated with the Court and the

7   parole office, and this question about him not going to

8   mental health, I really don't know where that's coming from,

9   because he knows them, they know him.  He talks to them on

10  the phone.  If he has issues, they say, Call us.  If he

11  doesn't have any issues, he doesn't need to go down there.

12         So they kept wanting him to go for mental health,

13  and we didn't know what they were talking about.  He was

14  working with the hospital and under his doctor's care.  We

15  were doing everything that they had asked us to do.

16         Your Honor, Joshua has had it tough ever since he

17  came home from that war.  PTSD, multiple medical issues, and

18  then just as he's starting to get better, this happens.

19         Joshua's incarcerated in Texas and again in

20  Kentucky.  The prisons in both locations refused his

21  medications and his medical equipment.  I expect his

22  treatment would be no different going forward.  He won't get

23  his medication or his medical devices.

24         I just want you to know, Your Honor, that we have

25  people in churches all over this country right now praying

```
 1   for this Court right now, praying for the -- Joshua, praying
 2   for this Court and praying for this decision.  We're asking
 3   you for leniency from the Court.
 4              His mother and I would like to ask you to put him
 5   on probation and send him back to us so that we can continue
 6   getting him well mentally and physically and give him back
 7   his life; that's what we've been trying to do.
 8              Thank you, Your Honor.
 9              THE COURT:  Thank you, Mr. Lollar.
10              Mr. Lollar, you now have the opportunity to speak
11   if you'd like to.  You've heard what --
12              THE DEFENDANT:  Yes, Your Honor, I would.
13              THE COURT:  All right.
14              THE DEFENDANT:  I just have a brief statement.
15              THE COURT:  Make sure if you're going to read it,
16   that you -- you can do it there or come on up, but whatever
17   you do, if you're reading, slow down because we tend to
18   speed up when we read and my court reporter has to take
19   everything down.
20              THE DEFENDANT:  Okay.
21              Your Honor, I take full responsibility for my
22   actions during the events of January 6th.  I'm pleading
23   guilty to Count 3 in the indictment of obstructing official
24   proceeding.  I was caught up in the emotions of the day and
25   should have never gone to the Capitol or near the police or
```

1    near the protesters at all.

2            I definitely know that my actions were wrong.

3    I'm sorry to my parents, to my kids, and my entire family.

4    This has brought nothing but embarrassment and hardship on

5    the ones that I love most.  They're the most important thing

6    in my life, and I selfishly put our time together in

7    jeopardy.

8            And I'm sorry to this Court, to my lawyer, and to

9    the government for taking up so much time and taxpayer

10   dollars.  After all this is done, I will definitely be

11   making better choices.

12           Thank you, Your Honor.

13           THE COURT:  Thank you, Mr. Lollar.

14           All right.  This is the hardest part for me and my

15   least favorite part of a job that I otherwise enjoy.

16   I don't enjoy sentencing people at all, and I am fully aware

17   that a day without liberty is a serious deprivation, so

18   I don't undertake this lightly.

19           And this is a difficult case, because time has

20   gone by, as Ms. Sedky said, and sometimes things don't seem

21   as frightening as the days after January 6th or on

22   January 6th for those of us who were here.

23           But I have to sentence individuals, not Sentencing

24   Guideline Ranges, not criminal history ranges, but people.

25   And as you all may know, I have given incarcerative

1    sentences ranging from 10 months to 63 months -- I mean,

2    10 days, excuse me, as little as 10 days to 63 months,

3    because I take -- I try very hard to take each defendant's

4    situation into consideration and sentence them as

5    individuals, and that's what I've tried to do here.

6            With all due respect to Mr. Lollar's father,

7    who's -- you're very lucky to have a family like this.

8    You're very lucky to have a father like this, who, when you

9    were en route to get your testing in the Bureau of Prisons,

10   was -- on every hearing, was trying to keep track of you.

11   I mean, a lot of people who come in front of me don't have

12   parents like this.  And it is to your credit that you have a

13   father who thinks this highly of you and has spoken to you.

14           That being said, with all due respect to your

15   father, whose assessment of who you are as a person and as a

16   son and as a community member I would -- do take into

17   consideration, the facts and circumstances of what you did

18   on January 6th are for me to decide, and I disagree quite a

19   bit with what your father's assessment of the situation was.

20           And I appreciate Mr. Lollar Senior's mentioning to

21   me that it was him who urged you to bring the equipment to

22   Washington, but I'd point out what I pointed out to

23   Mr. McDaniel, which is, you were wearing that equipment when

24   you were inside the Capitol, where you weren't supposed to

25   be engaging in fighting against law enforcement.

1          So it wasn't that you needed that equipment at the

2     protest at The Ellipse against possible counterprotesters,

3     who, by the way, there has been no evidence presented to

4     this Court that such people were at the Capitol on

5     January 6th.

6          What I'm struck by, Mr. Lollar, is -- your

7     father's right, you are a decorated military veteran, and I

8     hear Mr. McDaniel talking about, you know, the President

9     being the commander of the Armed Forces and you're answering

10    a call, but here's the thing.

11         You took an oath to defend the Constitution, not

12    to support one particular candidate, and that military

13    service that you engaged in, it cuts both ways, which is

14    that you knew better.  You're trained to support the law and

15    the Constitution, and as a military officer, someone who

16    served in the military for six years, you knew better.

17         You were held to -- I hold you to a higher

18    standard than going into that building and trying to stop

19    the transfer of -- the lawful transfer of power that has

20    continued since the founding of this country, basically to

21    try and overthrow the government, and then to brag about it

22    afterwards.  I hold you to a higher standard.  As a military

23    veteran, you should have known better.

24         On the other hand, I do take into consideration

25    the experiences and the things you have suffered both during

84

1    your service and after, your brain injury, your PTSD, your

2    physical deterioration as a result of your service, and I'm

3    going to factor that into any sentence I give you.  So it

4    cuts both ways, in this Court's estimation.

5             And I wonder what happened to this country to make

6    military veterans and law enforcement -- retired law

7    enforcement police officers attempt to overthrow this

8    government.  I think January 6th revealed a lot of very deep

9    and disturbing divisions in this country.

10            But I want to comment on something you didn't say

11   in your statement, Mr. Lollar.  You talked about your regret

12   for what your family has gone through and your children and

13   everything, but I don't hear any regret for what the people

14   in that building were going through.  And I mentioned it

15   before, those law enforcement officers doing their best,

16   those police officers -- we had metropolitan police officers

17   who were working in other parts of the city and they ran,

18   they ran to the Capitol to help.  And some of them have

19   committed suicide, some of them have died, some of them have

20   had to take early retirement.  And they answered the call

21   without hesitation to try and defend the Constitution of

22   this United States.

23            The people -- you talk about patriots to your

24   friends after January 6th.  The people inside that building

25   were patriots.  They're just doing their jobs, you know.

1    Even the politicians, they're doing their jobs.  They are

2    performing their duties under the Constitution.

3          They were hiding under their desks, calling their

4    children to say goodbye, not knowing if they were going to

5    ever see them again, officers slipping in their own blood.

6    Those were the patriots that day, and I don't think there's

7    enough remorse, frankly, not just among you but among most

8    of the defendants who come before me.

9          There's a whole lot of remorse to what has

10   happened to them and their families, but there's not enough

11   remorse, as far as I'm concerned, for the continued

12   nightmares that so many people, so many law enforcement

13   officers and Capitol workers and civil servants were -- are

14   still suffering because of what happened, because of what

15   you and your fellow rioters were doing.

16         You may have come in after Congress was evacuated,

17   but your presence absolutely helped to stop that transfer of

18   power, and frankly, we came very, very close, we came very,

19   very close to an unprecedented disruption to the Democratic

20   institutions of this country, and I have not forgotten it.

21         So I'm speaking extemporaneously here, but I am

22   also speaking to the 3553 factors that I have to consider,

23   and those are your characteristics as a defendant.  You've

24   had some run-ins with the law that cause me concern.  You

25   have some mental health issues that cause me concern.

1           You brought an AR-15 rifle to the District -- to

2     the DMV area.  You had a concealed-carry permit, but I do

3     wonder why you felt the need to bring an AR-15 rifle to our

4     jurisdiction and what your intentions were with that weapon.

5           I believe -- you know, I've talked about the --

6     the nature and circumstances of the offense.  I don't need

7     to harp on that anymore.

8           There are things about you, Mr. Lollar, that I was

9     gratified to see.  I was gratified that you voluntarily went

10    into custody to try and get some mental health treatment and

11    assessment, and it ended up being far more severe and

12    onerous than you planned, and I give you credit for that.

13    You know, I can't think of any other defendant who's

14    voluntarily surrendered to go into the Bureau of Prisons and

15    go through what you went through to get some mental health

16    assessment.

17          So I give you credit for that, both in terms of

18    the time you're going to serve, but also in terms of your

19    willingness to try and get some clarity into your situation.

20          You're obviously loved by your family and your

21    children.  You've served this country.  There's a lot in you

22    that is worthwhile there.  I don't believe you're the worse

23    thing you ever did.  There's much more to you than what you

24    did on January 6th.

25          And with regard to the need to avoid unwarranted

1    disparities, I've often said that the crime -- the offenses

2    on January 6th were sort of unlike most other offenses we've

3    had to deal with, but I've looked at other individuals who

4    have committed similar offenses with similar criminal

5    history, and I've taken that into account.

6          But in -- very important, as Ms. Sedky said, is

7    the need for deterrence.  There has to be both specific and

8    general deterrence here.  It is very, very important in this

9    case because lest you think this cannot happen again, I will

10   tell you, we see signs all the time that there are people

11   out there who just think they're going to make it work next

12   time.  It could absolutely happen again.  And my sentence

13   has to provide deterrence, not just for you but for anybody

14   else who's thinking this is something they might want to

15   try.

16         It cannot be, in this Court's opinion, that the

17   consequence for trying to overthrow the -- violently, this

18   government, should be to stay at home.  So I do not believe,

19   Mr. McDaniel, that the sentence of home detention is

20   warranted or a probationary sentence is warranted in this

21   case.

22         But I do not agree that a sentence of 46 months is

23   warranted either.  I understand why the government is making

24   it, and I think it's a principled and reasonable suggestion,

25   but I just disagree that that is warranted for Mr. Lollar,

1    and I actually -- having applied the -- this may sound a

2    little counterintuitive, but having applied the eight-level

3    enhancement, I do believe a variance down is warranted, and

4    I'll say why.

5            A variance down below the Guidelines Range is

6    warranted because of Mr. Lollar's service to the country,

7    his injuries during his military service, and especially his

8    traumatic brain injury and his medical and mental health

9    conditions, which indicate that he was a particularly

10   vulnerable individual at the time the run-up to January 6th

11   began and was particularly susceptible to calls to come to

12   the city from the leaders of this country, who ought to have

13   known better.

14           And, therefore, I do believe that given his

15   service, his military service and his military injury, his

16   injuries during that military service, both mentally and

17   physically, a variance downward is warranted, and I am going

18   to vary down.  Not to the level that Mr. McDaniel is hoping,

19   though.

20           It is a difficult sentence.  This is a difficult

21   one.  They're all difficult.  This is a particularly

22   difficult one because Mr. Lollar's actions were horrifying.

23   The entire time he's inside, he's engaging in the front

24   lines against law enforcement, who were trying to do their

25   job, and after it's over, he's proud of his behavior.  He's

1    used the word, "We fought with the cops."  And he doesn't

2    seem to get it.  I've had defendants before me who, right

3    afterwards, sort of were like, Oh, my goodness, what did I

4    do.

5              That's not the case here.  I don't think it was

6    really till Mr. Lollar realized he was in serious trouble

7    that an awareness of what he had done started to sink in.

8              So having considered all the 3553(a) factors, as I

9    must, including Mr. Lollar's background -- Mr. Lollar, will

10   you rise with your lawyer.

11             THE DEFENDANT:  Yes, Your Honor.

12             THE COURT:  It is the judgment of the Court that

13   you, Joshua Lollar, are hereby committed to the custody of

14   the Bureau of Prisons for a term of 30 months, that's

15   two years and six months, on Count 3.

16             You're further sentenced to serve one month --

17   excuse me, one year of supervised release, and to pay $100

18   special assessment.

19             The Court finds that you do not have the ability

20   to pay a fine and, therefore, waives imposition of a fine in

21   this case.

22             The special assessment -- and, Mr. Lollar, as part

23   of your plea agreement with the government, you've agreed to

24   pay $2,000 in restitution to help defray the cost of the

25   damage done to the Capitol as a result of the riots, and I

1    order that you pay that $2,000 in restitution.

2            The Special Assessment of $100 is immediately

3    payable to the Clerk of the Court for the U.S. District

4    Court of the District of Columbia.

5            Within 30 days of any change of address, you shall

6    notify the Clerk of the Court of the change until such time

7    as the financial obligation is paid in full.

8            While incarcerated, I do not believe you need a

9    parental program.  It appears that you're a good father.

10           I'm of two minds on drug abuse education program.

11   I don't think that's needed while you're incarcerated.

12   I think what is needed while you're incarcerated is mental

13   health treatment, because I heard your dad, and he was

14   talking about your not being able to get your proper medical

15   equipment and medication.

16           And I will make sure that you do get those things

17   while you're incarcerated, but most of all, you need

18   continued mental health treatment to deal with the trauma

19   that you suffered as a result of your military service.  So

20   I am going to recommend that you -- well, let me ask you,

21   Mr. McDaniel.  Do you have a recommendation you wish to make

22   regarding a facility?

23           MR. McDANIEL:  Yes, Your Honor, the Court's brief

24   indulgence.

25           THE COURT:  And actually, Mr. McDaniel, I do see

1    here, I am going to recommend that Mr. Lollar participate in

2    the Resolve program, which is a cognitive behavioral program

3    designed to address the trauma-related mental health needs

4    of inmates.  Specifically, the program seeks to decrease the

5    incidents of trauma-related psychological disorders and

6    improve inmate's level of functioning, and I believe it

7    would assist in Mr. Lollar's rehabilitation, so I'm going to

8    recommend that he participate in that program while

9    incarcerated.

10           Yes, Mr. McDaniel.

11           MR. McDANIEL:  Your Honor, there's an FCI in

12   Dallas that we're trying to find the specific name of.

13           THE COURT:  So I can recommend that he be -- that

14   he serve a sentence at the closest FCI, closest

15   Bureau of Prisons facility to Dallas, Texas.

16           MR. McDANIEL:  That would be our request,

17   Your Honor.

18           THE COURT:  All right.  I will make that

19   recommendation.

20           I don't control -- as you found out while you were

21   incarcerated before, I don't control the Bureau of Prisons,

22   I wish I did, but I'm going to make that recommendation.

23           While on supervised release, you must abide by the

24   following mandatory conditions:  You must not commit another

25   federal, state, or local crime.  You must not unlawfully

1   possess a controlled substance.  You must refrain from any

2   unlawful use of a controlled substance.  And you must submit

3   to one drug test within 15 days of your release on

4   supervised release.

5           You must pay the special assessment, you must pay

6   restitution, and you must notify the Court of any material

7   changes in your economic circumstances that might affect

8   your ability to pay restitution.

9           You must cooperate in the collection of DNA as

10  directed by the probation officer.

11          And you must participate in a mental health

12  treatment program and follow the rules and regulations of

13  that program.  The probation officer, in consultation with

14  the treatment provider, will supervise your participation in

15  the program.

16          You must take all mental health medications that

17  are prescribed by your treating physician.

18          And if the Probation Office determines that you

19  are in need of substance abuse treatment, you must

20  participate in an inpatient and/or outpatient substance

21  abuse program and follow the rules and regulations of that

22  program.

23          The Probation Office shall release a Presentence

24  Investigation Report to all appropriate agencies in order to

25  execute the sentence of the Court.

1          Treatment agencies shall return the Presentence

2   Report to the Probation Office upon Mr. Lollar's completion

3   or termination from treatment.

4          Mr. Lollar, pursuant to 18 U.S.C. Section 3742,

5   you have a right to appeal the sentence imposed by the Court

6   subject to certain rights of appeal that you waived as part

7   of your plea agreement in this case.

8          If you choose to appeal, you must file an appeal

9   within 14 days after I enter judgment.  If you are unable to

10  afford the cost of an appeal, you may request permission

11  from the Court to file an appeal without cost to you.

12         As set forth in the agreement, the government

13  pledged to move to dismiss the remaining counts in the

14  indictment against Mr. Lollar.

15         Ms. Sedky, do you wish to do so now?

16         MS. SEDKY:  Yes, Your Honor.  The government would

17  move to dismiss with prejudice Counts 1, 2, 4, 5, 6, and 7

18  of the superseding indictment.

19         THE COURT:  The motion will be granted.  Those

20  counts will be dismissed.

21         Ms. Sedky, I don't have -- I don't recall from the

22  plea agreement, does the government object to voluntary

23  surrender in this case?

24         MS. SEDKY:  We do not.

25         THE COURT:  All right.

1          Mr. Lollar, I told you -- I think I mentioned to

2     you before that it was important that you comply with your

3     pretrial conditions, and you seem to have complied with a

4     substantial portion of them.

5          It's sufficient to allow me -- I'm going to allow

6     you to voluntarily surrender.  I'm not going to order you to

7     be detained today.

8          THE DEFENDANT:  Thank you.

9          THE COURT:  I think you need some time to get your

10    affairs in order, and, therefore, I will allow you to

11    surrender voluntarily.  Your lawyer and the Probation Office

12    will coordinate that, and you need to vol- -- to surrender

13    when you are ordered to.

14         And I will tell you a few cautions about your

15    status now.

16         First of all, you have to surrender on the day

17    you're ordered to surrender unless you can move for an

18    extension.  Failure to do so will result in an additional

19    criminal charge, the penalty for which would be consecutive

20    to any penalty in this case.

21         In addition, should you commit any new crimes

22    while you're on release pending voluntary surrender, you

23    could be subject to enhanced penalties consecutive to the

24    penalties in this case.

25         Should you violate your conditions of release

1    while you're awaiting surrender, your conditions of release

2    could be revoked and you could be sent to jail to begin

3    serving your sentence immediately, as well as being subject

4    to possible contempt of court.

5             So basically, do whatever you're told while you're

6    on release, and surrender on the day and time that you're

7    ordered to surrender, all right?

8             THE DEFENDANT:  Yes, Your Honor.

9             THE COURT:  Okay.

10            Mr. Lollar, I realize that this sentence may not

11   be what you were hoping for, but I want to encourage you,

12   you're a relatively young person, at least from where I sit.

13   You have children who are -- who look up to you.  You have

14   family members who look up to you.  You have people praying

15   for you.  I believe what Bryan Stevenson said, which is, We

16   are not the worst thing you've ever done.

17            You've had a life of service.  You've had some

18   slip-ups, you've had some problems along the way.  What will

19   show your character going forward is not what you did on

20   January 6th as much as what you do after.  You have an

21   opportunity to make something of your life going forward.

22            You're going to be released, probably sooner than

23   later, you're going to still be a young person.  You have an

24   opportunity to show your children that everybody stumbles

25   and falls, but it's how you conduct your life after.  So I

1    really encourage you to continue on your path to being a

2    productive, law-abiding citizens and especially, Mr. Lollar,

3    to get help with your mental health issues.

4              I think people, especially men, especially people

5    in the military who have been, you know, trained as

6    warriors, don't want to admit vulnerability and don't want

7    to admit that they need help, but you need to get it.

8    Everybody needs it, and that is going to be integral to

9    moving forward with your life.

10             So good luck to you, sir.

11             Is there anything further?  Yes.

12             I am waiving interest on the restitution.

13             MR. McDANIEL:  So there was this period of time

14   that Mr. Lollar was, in essence, in custody.

15             THE COURT:  I am ordering that he be given credit

16   that period of time.

17             MR. McDANIEL:  The time that he was in Kentucky

18   during transport.

19             THE COURT:  Yes, from day one to the day he was

20   released.

21             MR. McDANIEL:  Thank you very much.

22             THE COURT:  Yes.

23             Ms. Landon, oh, supervised release.

24             Are you asking -- I will transfer the supervised

25   release to Mr. Lollar's home district.  That means,

1    Mr. Lollar, that while on supervised release, you will be

2    supervised by the Probation Office in your home district.

3    But jurisdiction of this case is going to remain with me.

4            What that means is if you violate your conditions

5    of release, you're going to come see me, and I don't want to

6    see you like that, okay?  And I assure you, you don't want

7    to see me like that.

8            So just make sure to comply for the one year of

9    supervised release.  I've given you only one year because

10   I think you don't need more than a year, and I hope that is

11   true.

12           THE DEFENDANT:  Thank you.

13           MS. SEDKY:  Thank you, Your Honor.

14           THE COURT:  Thank you, everyone.

15           COURTROOM DEPUTY:  All rise.  Court is now

16   adjourned.

17           (Proceedings concluded at 4:16 p.m.)

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:___September 13, 2023___      

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [5] 3/2 6/12
21/12 21/14 97/15
MR. G. LOLLAR: [2]
74/21 74/24
MR. McDANIEL: [52]
3/10 3/24 4/4 4/21 6/21
10/23 21/17 21/21 24/7
24/15 24/18 24/21
24/25 25/3 25/5 25/13
27/1 27/6 37/11 38/14
38/21 40/11 41/4 42/1
42/20 43/22 56/8 56/18
57/4 57/8 57/21 57/23
58/1 58/4 58/9 59/13
59/21 62/18 63/9 63/14
63/16 63/20 63/23
63/25 64/4 70/12 90/23
91/11 91/16 96/13
96/17 96/21
MS. SEDKY: [27] 3/7
3/22 4/19 10/21 22/8
22/11 23/22 37/10
37/22 37/25 40/9 41/1
42/4 43/20 44/9 46/3
46/8 46/10 46/14 46/17
46/21 51/9 51/23 56/1
93/16 93/24 97/13
PROBATION
OFFICER: [7] 44/18
44/22 44/24 45/4 45/11
45/15 45/18
THE COURT: [185]
THE DEFENDANT:
[98] 3/17 4/23 5/14
5/17 7/18 8/5 8/7 8/9
8/14 8/19 8/21 8/23 9/2
9/6 9/8 9/12 9/19 9/23
10/3 10/6 10/8 10/13
10/17 11/18 11/24 12/4
12/12 12/21 13/2 13/9
13/15 13/21 14/3 14/17
14/24 15/19 16/10
16/19 16/24 17/9 17/24
18/11 18/24 19/2 19/4
19/15 19/21 19/25 20/5
20/9 20/12 20/15 20/21
22/6 22/17 22/19 22/24
23/3 23/6 23/10 23/14
23/17 25/8 29/18 30/8
31/2 31/16 31/24 32/3
32/9 32/17 32/25 33/10
33/17 34/3 34/9 34/14
34/18 34/22 35/1 35/4
35/8 35/12 35/18 36/13
36/16 36/21 38/5 38/10
41/15 43/16 80/12
80/14 80/20 89/11 94/8
95/8 97/12

$
$100 [6] 26/5 32/5 32/6
43/10 89/17 90/2
$15,000 [1] 43/13
$150,000 [1] 43/13
$2,000 [6] 26/2 29/7
32/2 43/11 89/24 90/1

0
0793 [1] 1/20

1
10 [3] 44/4 82/1 82/2
10 days [1] 82/2
100 [1] 52/17
100 percent [1] 76/2
1001 [1] 1/19
10th [2] 4/15 4/17
11 [2] 27/18 30/11
111 [2] 50/25 50/25
1138 [1] 1/17
12 [4] 11/13 20/23
28/15 67/21
12th [1] 21/5
13 [2] 19/11 98/7
14 [5] 26/19 39/11 40/7
41/23 93/9
1400 [1] 1/15
15 [8] 20/3 41/24 47/20
47/23 60/17 86/1 86/3
92/3
1512 [3] 25/17 35/16
36/5
152 [2] 1/4 3/3
16 [1] 78/6
18 [2] 27/13 41/22
18 U.S.C [6] 15/22
25/17 25/22 35/16 36/5
93/4
19th [1] 4/3

2
20 [5] 14/13 25/20
30/25 31/5 43/7
20001 [1] 2/6
20003 [1] 1/20
2019 [1] 76/10
202 [3] 1/17 1/20 2/7
2020 [1] 76/20
2021 [4] 4/12 19/24
20/8 39/7
2022 [1] 29/10
2023 [3] 1/5 37/19 98/7
20530 [1] 1/18
21 [1] 41/24
21-152 [2] 1/4 3/3
22 [4] 1/5 14/13 40/5
41/17
24 months [1] 27/14
24th [2] 4/11 4/17
28th [1] 18/10
2:13 [1] 1/6
2J1.2 [3] 39/11 39/12
39/17

3
3 years [1] 44/4
30 [1] 89/14
30 days [1] 90/5
300 [1] 78/9
31st [1] 29/10
3249 [1] 2/7
331-0793 [1] 1/20
333 [1] 2/5

3553 [11] 33/4 42/25
46/19 51/5 54/2 55/3
55/21 62/18 67/15
85/22 89/8
3571 [1] 25/22
3582 [1] 15/23
3742 [1] 93/4
3:00 [2] 48/6 48/7
3:05 [1] 48/20
3E1.1 [2] 39/24 40/2

4
41 [4] 8/7 41/20 51/10
74/7
46 [3] 27/11 44/2 87/22
48 hours [1] 8/17
4:16 [1] 97/17

5
51 [2] 51/10 74/7
51 months [1] 41/21
514-1138 [1] 1/17
54 [1] 33/14
57 months [1] 27/12

6
60 [1] 15/6
63 [2] 82/1 82/2
6503 [1] 2/6
6th [17] 20/8 48/7
51/16 52/6 55/4 64/7
80/22 81/21 81/22
82/18 83/5 84/8 84/24
86/24 87/2 88/10 95/20

7
7113 [1] 1/16
7D [1] 73/15
7th [1] 37/19

8
8-point [1] 56/9

A
abandoned [1] 76/12
abetting [3] 35/15 36/4
36/25
abide [1] 91/23
abiding [2] 54/6 96/2
ability [5] 8/17 9/11
18/21 89/19 92/8
able [1] 90/14
abolished [1] 33/12
about [53] 7/4 10/5
15/15 19/17 22/11 23/7
25/7 28/9 28/13 28/14
30/18 30/22 30/23
33/18 33/20 33/25 35/6
35/6 38/7 44/17 46/25
47/2 49/13 50/7 50/11
52/16 52/18 54/8 55/5
63/1 63/12 63/17 64/18
65/5 65/13 67/9 68/13
69/18 69/19 71/7 72/7
77/9 77/10 79/7 79/13
83/8 83/21 84/11 84/23
86/5 86/8 90/14 94/14
above [3] 14/15 16/12

above-titled [1] 98/4
absolute [2] 74/13
74/14
absolutely [4] 46/20
57/21 85/17 87/12
abuse [3] 90/10 92/19
92/21
accept [12] 5/23 5/25
10/2 12/22 16/20 19/12
19/13 30/10 30/24
34/21 36/2 38/24
accept it [1] 10/2
acceptance [1] 39/22
accepted [3] 24/8 58/2
65/20
accorded [2] 55/9
70/19
account [1] 87/5
accountable [1] 64/10
accounts [1] 57/16
accouterments [1]
48/1
accurate [1] 18/18
accurately [1] 43/18
achieve [1] 52/10
Achievement [1] 75/15
acknowledge [2] 18/16
21/22
acknowledged [2]
21/23 65/16
acknowledges [1]
58/22
acting [1] 35/23
action [1] 73/1
actions [6] 60/12 73/22
73/23 80/22 81/2 88/22
active [1] 64/25
active-duty [1] 64/25
actively [1] 61/3
activity [1] 22/3
actual [2] 47/9 62/13
actually [15] 5/23 6/23
6/24 32/22 49/8 50/8
55/6 59/24 60/1 61/4
62/14 63/7 77/1 88/1
90/25
added [1] 4/16
addiction [1] 9/17
addition [1] 94/21
additional [7] 23/20
26/8 26/25 39/13 40/1
76/3 94/18
address [6] 37/15
42/23 46/2 55/22 90/5
91/3
addressing [1] 72/16
adequate [1] 35/24
adjourned [1] 97/16
adjudged [1] 36/3
administration [5]
39/15 39/20 75/20
75/22 76/19
administrative [1]
26/22
admit [3] 73/21 96/6
96/7
admitted [1] 49/22

admittedly [2] 51/2
60/22
advancing [1] 49/22
advised [1] 29/1
advisory [1] 39/6
advocating [1] 70/22
affairs [1] 94/10
affect [3] 8/17 9/11
92/7
affirmative [1] 49/9
afford [1] 93/10
afforded [2] 71/1 71/2
after [22] 20/10 22/1
22/22 45/25 47/16 48/5
50/11 55/15 65/12
65/12 73/15 77/21 78/1
81/10 81/21 84/1 84/24
85/16 88/25 93/9 95/20
95/25
after he [2] 48/5 55/15
afternoon [4] 3/9 3/10
3/19 48/7
afterward [1] 50/7
afterwards [4] 62/2
62/2 83/22 89/3
again [16] 11/8 12/8
38/3 79/19 85/5 87/9
87/12
against [16] 7/9 9/25
10/11 12/2 12/19 26/10
57/5 59/8 59/9 73/4
73/24 74/16 82/25 83/2
88/24 93/14
agencies [2] 92/24
93/1
agree [12] 18/16 19/13
19/21 27/10 27/12 41/6
54/20 57/8 58/24 66/17
71/25 87/22
agreeable [1] 4/24
agreed [10] 5/6 7/11
19/19 29/6 32/1 42/11
43/11 47/14 66/13
89/23
agreeing [1] 26/1
agreement [39] 4/9 4/9
5/1 13/17 15/1 15/21
24/1 24/4 24/4 24/24
25/11 26/2 27/3 27/18
27/19 28/6 28/9 28/10
28/11 29/8 29/10 29/11
29/15 29/16 30/6 30/10
30/18 30/20 32/1 34/11
34/17 37/4 40/14 42/11
66/11 89/23 93/7 93/12
93/22
agrees [2] 4/10 46/22
ahead [1] 51/8
ahold [1] 76/11
aided [1] 2/8
aiding [3] 35/15 36/4
36/24
alcohol [4] 8/16 8/19
9/5 9/14
alive [1] 73/9
all [79] 4/1 4/3 4/25
4/25 5/3 5/6 5/19 6/14
6/22 8/10 8/12 8/15

**A**

all... **[67]** 8/25 9/6 9/20 10/25 16/21 17/21 19/3 19/5 19/22 20/17 21/12 22/13 22/20 23/1 24/22 25/12 28/13 32/18 35/9 35/13 35/19 36/17 36/19 41/5 42/21 43/23 43/24 44/1 46/1 47/19 55/25 56/11 57/16 62/25 63/17 65/7 66/5 70/18 71/3 71/19 71/20 76/10 76/13 77/17 77/18 77/19 78/7 79/25 80/13 81/1 81/10 81/14 81/16 81/25 82/6 82/14 87/10 88/21 89/8 90/17 91/18 92/16 92/24 93/25 94/16 95/7 97/15
**all right [10]** 8/15 9/20 19/22 20/17 22/20 55/25 56/11 80/13 93/25 95/7
**allocution [5]** 6/19 27/22 28/2 37/16 56/7
**allow [5]** 66/25 70/2 94/5 94/5 94/10
**almost [3]** 51/15 55/13 65/6
**alone [1]** 76/13
**along [2]** 20/3 95/18
**already [6]** 29/4 32/1 45/8 66/9 78/1 78/2
**also [33]** 6/19 8/1 12/8 13/18 13/24 13/24 17/1 26/2 26/5 28/2 28/12 28/22 28/24 29/6 29/7 29/9 29/17 31/8 32/19 33/3 33/11 33/22 37/3 43/4 54/2 57/10 60/23 62/4 67/1 70/6 70/23 85/22 86/18
**altercation [1]** 72/24
**although [3]** 6/19 51/1 53/18
**always [2]** 17/11 55/3
**am [24]** 9/23 17/11 18/20 30/2 35/1 35/4 35/19 37/9 38/5 59/8 64/3 70/7 70/14 71/4 72/4 74/4 74/24 81/16 85/21 88/17 90/20 91/1 96/12 96/15
**am not [1]** 30/2
**amended [2]** 5/1 24/2
**Amendment [1]** 21/5
**AMERICA [2]** 1/3 3/3
**Ami [2]** 2/2 44/22
**among [3]** 5/19 85/7 85/7
**amount [2]** 26/2 29/7
**another [1]** 91/24
**answer [8]** 6/8 6/16 7/5 7/6 7/10 7/14 7/22 67/12
**answered [1]** 84/20
**answering [2]** 64/20 83/9

**answers [2]** 8/1 8/6
**anticipation [1]** 56/22
**Antifa [1]** 77/17
**any [54]** 5/13 7/6 7/8 7/25 8/16 8/17 9/10 9/16 9/16 9/18 10/19 12/2 12/14 12/14 12/18 20/16 25/24 26/8 26/9 28/6 28/22 30/16 31/9 34/2 34/5 34/15 36/20 37/20 37/20 37/23 37/23 38/15 38/18 38/19 40/3 40/8 42/9 45/7 52/1 59/15 59/16 61/19 69/7 71/1 79/11 84/3 84/13 86/13 90/5 92/1 92/6 94/20 94/21
**anybody [4]** 34/19 54/17 79/1 87/13
**anymore [1]** 86/7
**anyone [5]** 34/1 34/4 34/15 61/24 61/25
**anything [12]** 11/8 18/21 29/2 35/5 35/10 36/19 37/9 61/8 61/24 77/9 77/10 96/11
**anyway [1]** 9/15
**aol.com [1]** 1/21
**apologize [2]** 44/18 44/24
**appeal [19]** 13/5 13/7 13/11 13/18 14/6 14/14 14/19 14/21 16/8 16/22 17/23 29/4 33/8 93/5 93/6 93/8 93/8 93/10 93/11
**Appeals [1]** 13/6
**APPEARANCES [2]** 1/12 1/21
**appears [3]** 18/9 68/22 90/9
**applicable [6]** 25/24 26/12 39/10 42/6 43/4 74/6
**application [1]** 74/3
**applied [3]** 40/6 88/1 88/2
**applies [4]** 39/6 40/6 46/22 50/15
**apply [11]** 25/11 27/4 27/5 27/8 27/16 41/18 41/21 42/16 43/2 71/14 74/4
**appoint [1]** 11/22
**appreciate [2]** 56/7 82/20
**appropriate [12]** 22/4 26/16 27/24 50/23 51/4 56/10 56/14 60/24 62/15 62/20 66/8 92/24
**approval [1]** 36/10
**AR [6]** 20/3 47/20 47/23 60/17 86/1 86/3
**AR-15 [6]** 20/3 47/20 47/23 60/17 86/1 86/3
**are [61]** 4/18 4/19 7/16 8/6 9/4 9/10 9/21 12/23

16/3 16/11 16/15 16/15 17/1 19/19 26/14 26/14 27/7 29/17 34/24 35/2 35/3 37/23 38/3 38/15 38/18 42/11 50/3 50/25 51/10 51/21 53/15 53/22 53/23 54/22 62/15 63/18 69/14 69/24 70/18 71/16 72/5 82/15 82/18 83/7 85/1 85/13 85/23 86/8 87/10 89/13 92/17 92/19 93/9 94/13 95/13 95/16 96/24
**area [3]** 20/2 71/17 86/2
**areas [1]** 72/13
**arguably [1]** 48/2
**argue [2]** 27/3 27/4
**argument [8]** 38/16 42/16 42/24 55/7 61/10 64/2 72/1 72/14
**arm [1]** 49/20
**armed [2]** 64/25 83/9
**armor [7]** 20/3 23/2 56/16 56/19 58/12 71/19 71/21
**Army [5]** 47/25 75/4 75/14 75/14 75/19
**around [5]** 48/7 71/10 77/4 78/10 79/2
**arrangements [1]** 69/10
**arrest [1]** 34/6 50/14
**arrested [2]** 54/11 69/2 79/3
**arrests [3]** 53/21 53/22 54/5
**arrived [1]** 77/25
**arthritis [1]** 75/25
**artifacts [1]** 53/1
**artwork [1]** 53/1
**as [91]** 3/18 6/25 7/10 7/21 10/19 11/1 11/1 11/10 11/11 12/24 17/3 17/17 21/5 25/11 26/22 27/6 27/20 29/2 29/5 29/19 30/25 30/25 31/4 31/25 32/1 33/23 34/10 39/1 39/8 40/15 43/5 43/24 45/3 46/13 50/24 51/18 53/3 53/11 56/6 56/8 56/23 56/24 57/17 58/24 60/11 66/1 66/17 67/16 67/24 68/1 68/9 68/15 69/2 69/18 72/9 72/9 75/4 75/13 77/21 79/18 81/20 81/21 81/21 81/25 82/2 82/2 82/4 82/15 82/15 82/16 83/15 83/22 84/2 85/11 85/11 85/23 87/6 89/8 89/22 89/25 90/7 90/19 91/20 92/9 93/6 93/12 95/3 95/3 95/20 95/20 96/5
**aside [2]** 49/18 68/22

8/11 17/11 17/14 19/6 24/12 33/24 35/10 36/19 38/3 44/9 44/14 46/4 70/8 80/4 90/20
**asked [3]** 33/19 38/2 79/15
**asking [7]** 9/4 49/10 66/25 69/25 70/2 80/2 96/24
**aspects [1]** 71/20
**assault [1]** 57/19
**assaulting [1]** 55/15
**assessment [15]** 26/5 26/20 32/5 43/10 59/18 66/11 68/21 82/15 82/19 86/11 86/16 89/8 89/22 90/2 92/5
**assigned [1]** 73/13
**assist [1]** 91/7
**assistance [2]** 14/22 16/14
**assisted [1]** 39/24
**assume [2]** 4/2 41/2
**assure [1]** 97/6
**ate [1]** 76/7
**attached [1]** 37/6
**Attachments [1]** 47/15
**attack [3]** 15/3 15/8 65/14
**attacks [4]** 67/20 67/22 75/6 75/7
**attempt [2]** 61/20 84/7
**attend [2]** 20/7 71/22
**attending [1]** 41/23
**attorney [2]** 18/15 36/9
**Attorney's [3]** 30/13 30/19 63/6
**attorneys [1]** 62/23
**audio [2]** 23/12 23/15
**AUSA [1]** 54/12
**authorities [1]** 39/24
**authorized [1]** 30/11
**automatic [1]** 20/3
**available [1]** 70/5
**Ave [1]** 1/15
**Avenue [1]** 2/5
**avoid [2]** 64/7 86/25
**awaiting [1]** 95/1
**award [2]** 13/25 75/15
**awarded [1]** 75/17
**awards [1]** 71/3
**aware [7]** 20/19 20/21 30/19 50/24 57/25 58/1 81/16
**awareness [1]** 89/7

**B**

**back [20]** 6/23 19/7 31/14 49/24 51/7 51/24 53/5 54/11 59/9 60/20 61/12 61/18 61/18 61/18 65/7 76/18 77/16 78/11 80/5 80/6
**background [1]** 89/9
**backpack [1]** 20/2
**barricades [2]** 20/13 20/16

**base [2]** 26/18 39/11
**based [13]** 10/25 11/15 15/16 15/24 41/17 42/13 44/1 46/10 57/13 60/11 62/11 71/12 71/14
**basically [5]** 47/17 48/15 52/9 83/20 95/5
**basis [1]** 35/25
**batons [1]** 48/14
**bats [1]** 49/15
**battle [2]** 72/19 75/5
**battles [1]** 75/7
**be [106]**
**beacon [1]** 53/12
**bear [1]** 53/17
**because [55]** 4/13 5/3 5/4 5/21 8/2 8/12 12/15 12/24 14/14 16/1 18/2 18/5 18/5 19/6 34/7 35/3 37/13 39/13 39/18 43/24 44/10 44/11 45/6 51/13 51/21 51/23 57/12 57/16 59/24 63/5 64/21 65/1 65/3 65/7 67/19 68/14 69/8 73/15 73/17 74/11 74/17 77/13 77/15 77/19 79/9 80/17 81/19 82/3 85/14 85/14 87/9 88/6 88/22 90/13 97/9
**becomes [1]** 58/4
**been [42]** 4/5 4/6 4/15 5/1 10/25 16/6 17/16 18/20 24/1 24/9 24/10 26/10 33/12 43/24 53/10 54/5 56/24 58/23 61/11 61/12 61/13 61/15 61/23 62/24 64/14 66/6 66/9 66/20 66/21 68/9 68/11 68/19 68/23 70/24 71/1 71/2 71/15 72/15 72/21 80/7 83/3 96/5
**before [33]** 1/10 5/13 5/16 5/24 6/9 21/3 23/1 24/14 24/24 27/14 30/18 30/19 33/18 34/11 35/11 36/8 36/20 38/2 40/3 43/1 47/19 63/11 63/12 63/13 63/15 70/15 70/25 71/12 84/15 85/8 89/2 91/21 94/2
**beforehand [1]** 50/22
**began [1]** 88/11
**begin [2]** 6/9 95/2
**beginning [4]** 39/9 45/6 48/3 54/10
**behalf [5]** 3/8 3/11 12/9 44/19 70/24
**behavior [1]** 88/25
**behavioral [1]** 91/2
**behind [2]** 62/4 78/9
**being [15]** 3/19 24/8 49/13 69/8 69/18 72/10 72/11 73/25 74/5 82/14 83/9 86/11 90/14 95/5

**being...** [1] 96/1
**belief** [1] 53/3
**beliefs** [1] 72/5
**believe** [28] 23/3 25/5
27/2 28/19 29/22 41/21
44/25 45/5 50/22 51/4
51/9 53/22 54/7 56/9
60/6 62/19 72/7 72/9
77/12 79/5 86/5 86/22
87/18 88/3 88/14 90/8
91/6 95/15
**believes** [2] 29/15
55/21
**belong** [1] 69/9
**below** [1] 88/5
**benefit** [4] 45/8 65/17
65/18 73/17
**best** [1] 84/15
**better** [8] 76/20 76/22
79/18 79/11 83/14
83/16 83/23 88/13
**between** [4] 24/11
34/12 43/13 60/5
**beyond** [2] 12/17 28/19
**bifurcated** [1] 74/11
**Big** [1] 76/12
**bit** [1] 82/19
**bites** [1] 76/8
**bkmassociates** [1]
1/21
**blips** [1] 4/5
**block** [2] 48/15 48/15
**blood** [1] 85/5
**bodily** [1] 47/4
**body** [13] 20/3 23/2
49/6 49/24 50/2 56/16
56/19 58/12 61/4 61/7
71/9 71/21 76/9
**body-checking** [1]
50/2
**body-worn** [1] 49/6
**boilerplate** [1] 25/12
**born** [1] 17/15
**both** [14] 5/10 27/22
42/11 63/3 66/25 68/6
68/7 79/20 83/13 83/25
84/4 86/17 87/7 88/16
**bound** [4] 27/18 30/2
30/5 44/25
**bounds** [1] 65/20
**box** [1] 11/14
**Bradley** [1] 75/4
**brag** [1] 83/21
**brain** [4] 67/25 76/1
84/1 88/8
**breathe** [2] 78/13
78/17
**Brian** [2] 1/18 3/11
**brief** [2] 80/14 90/23
**briefly** [2] 70/8 74/9
**bring** [7] 20/2 47/22
50/5 60/17 60/18 82/21
86/3
**bringing** [1] 73/11
**brings** [2] 47/20 47/21
**broke** [1] 77/22
**brought** [4] 57/17

**brushes** [1] 55/9
**Bryan** [1] 95/15
**building** [16] 20/14
20/15 20/18 20/25 21/1
48/6 53/2 55/13 73/12
73/19 73/25 77/22 78/3
83/18 84/14 84/24
**bulletproof** [2] 47/22
50/1
**Bureau** [6] 46/7 82/9
86/14 89/14 91/15
91/21
**bystander** [2] 52/4
53/16

**C**
**cabin** [1] 76/12
**calculate** [2] 32/14
41/20
**calculation** [4] 39/5
39/7 40/8 41/6
**call** [13] 15/5 31/6
54/14 57/13 58/6 59/2
64/7 64/20 64/21
65/15 79/10 83/10
84/20
**called** [3] 15/3 15/3
18/1
**calling** [3] 52/20 64/25
85/3
**calls** [1] 88/11
**came** [9] 20/1 21/24
53/17 71/17 75/6 79/3
79/17 85/18 85/18
**camera** [2] 48/24 49/6
**can** [34] 5/22 5/24 6/15
6/20 6/24 7/15 8/12
10/3 16/6 19/15 22/9
22/10 25/10 37/15 44/9
44/20 45/13 48/24 51/7
55/12 59/24 59/25 60/1
64/2 65/9 65/9 70/4
72/7 72/8 72/8 80/5
80/16 91/13 94/17
**can't** [5] 8/2 19/9 71/25
78/16 86/13
**candid** [1] 54/7
**candidate** [1] 83/12
**cannot** [3] 8/2 87/9
87/16
**capable** [2] 11/3 35/20
**Capitol** [26] 19/18
20/11 20/14 20/15
20/18 20/25 21/24
22/14 23/4 23/13 53/2
55/13 57/11 57/20
57/23 58/12 72/12
77/10 77/22 78/1 80/25
82/24 83/4 84/18 85/13
89/25
**Capitol building** [4]
20/14 20/15 20/18
55/13
**capture** [1] 75/9
**care** [4] 66/21 70/3
70/4 79/14
**career** [1] 70/23

**cares** [1] 64/18
**carries** [1] 25/20
**carry** [4] 20/4 60/17
71/18 86/2
**case** [44] 3/3 9/22 10/5
10/12 10/16 11/13
13/12 15/4 18/3 18/8
19/19 24/5 26/8 26/12
26/17 28/19 30/25 32/6
32/15 32/22 34/11 35/7
36/15 39/6 39/10 41/13
43/1 43/1 43/25 54/12
55/6 56/24 57/13 68/5
81/19 87/9 87/21 89/5
89/21 93/7 93/23 94/20
94/24 97/3
**cases** [3] 51/17 55/4
70/16
**Category** [8] 40/13
40/15 40/17 40/22 41/7
41/8 41/19 53/20
**Category I** [2] 41/7
41/19
**Category II** [2] 40/17
41/8
**caught** [5] 45/21 50/14
53/16 78/24 80/24
**cause** [21] 39/18 46/23
46/25 50/17 56/14 58/9
58/18 59/5 59/24 60/2
60/6 60/10 60/14 61/9
61/17 61/20 61/22
61/25 71/9 85/24 85/25
**caused** [5] 47/1 47/10
47/11 52/15 61/24
**causing** [1] 39/18
**cautions** [1] 94/14
**CCIPS** [1] 1/14
**CCTV** [2] 49/6 50/9
**certain** [5] 6/1 17/3
33/3 43/3 93/6
**certainly** [1] 66/6
**certification** [1] 21/4
**Certified** [1] 2/4
**certify** [1] 98/2
**challenge** [7] 15/2 15/4
15/8 15/16 28/6 28/10
53/2
**chance** [2] 42/23 44/7
**change** [3] 16/2 90/5
90/6
**changed** [7] 16/1 16/3
16/5 66/4 66/5 66/6
66/9
**changes** [1] 92/7
**chanting** [1] 52/12
**character** [1] 95/19
**characteristic** [2]
39/14 46/25
**characteristics** [3]
53/18 53/25 85/23
**charge** [6] 35/14 43/6
43/6 63/6 64/10 94/19
**charged** [3] 11/12
30/15 62/24
**charges** [8] 7/10 9/25
10/12 10/15 25/16 26/8

**check** [2] 14/11 54/18
**checking** [1] 50/2
**Chief** [1] 64/23
**children** [8] 68/7 70/5
76/17 84/12 85/4 86/21
95/13 95/24
**chilling** [1] 53/13
**choice** [1] 47/22
**choices** [1] 81/11
**choose** [2] 65/10 93/8
**chose** [2] 48/10 65/11
**chosen** [2] 28/25 70/16
**churches** [1] 79/25
**CHUTKAN** [1] 1/10
**circumstances** [8]
33/7 38/25 51/14 53/14
73/6 82/17 86/6 92/7
**citizen** [3] 17/16 17/18
17/20
**citizens** [3] 11/13 96/2
**citizenship** [1] 17/17
**city** [2] 84/17 88/12
**civil** [3] 15/6 17/3
85/13
**claim** [2] 14/21 16/13
**clarity** [1] 86/19
**clear** [3] 9/7 50/18 59/2
**clearing** [1] 73/25
**clearly** [5] 47/15 50/16
61/8 61/20 72/22
**Clerk** [4] 26/6 32/6
90/3 90/6
**client** [2] 4/10 71/24
**close** [3] 68/19 85/18
85/19
**closed** [2] 61/5 78/1
**closest** [2] 91/14 91/14
**closing** [1] 69/23
**coerced** [1] 34/1
**cognitive** [2] 76/5 91/2
**collateral** [2] 15/3 15/7
**collection** [1] 92/9
**college** [2] 8/9 21/5
**colon** [1] 76/1
**COLUMBIA** [8] 1/1 5/8
11/14 30/14 30/17
56/21 73/15 90/4
**combat** [1] 75/18
**combined** [1] 5/6
**come** [29] 5/22 6/20
6/23 21/14 22/10 29/22
32/22 34/5 41/11 51/7
54/19 55/12 57/3 57/11
59/25 59/25 60/1 64/21
64/22 65/1 70/15 71/11
74/20 80/16 82/11 85/8
85/16 88/11 97/5
**comes** [3] 43/1 55/15
57/13
**coming** [4] 19/7 49/2
49/3 79/8
**commander** [2] 64/23
83/9
**commend** [1] 71/25
**commendation** [1]
75/14
**comment** [1] 84/10

**commit** [2] 91/24 94/21
**committed** [4] 30/17
84/19 87/4 89/13
**communication** [2]
24/10 68/19
**community** [7] 63/3
69/16 69/19 69/22 70/1
70/6 82/16
**competence** [1] 10/19
**competent** [3] 6/2 11/3
35/20
**completed** [1] 75/22
**completely** [1] 9/21
**completion** [1] 93/2
**compliance** [5] 4/3 4/6
68/10 68/12 68/24
**compliant** [1] 4/7
**complicated** [1] 77/1
**complied** [1] 94/3
**comply** [2] 94/2 97/8
**computer** [1] 2/8
**computer-aided** [1]
2/8
**concealed** [3] 20/4
71/18 86/2
**concealed-carry** [2]
20/4 86/2
**concern** [4] 54/16
54/23 85/24 85/25
**concerned** [7] 37/12
63/17 64/4 67/9 69/18
72/10 85/11
**concerning** [1] 48/2
**concluded** [1] 97/17
**conditions** [10] 31/12
31/13 75/21 77/13 88/9
91/24 94/3 94/25 95/1
97/4
**conduct** [6] 30/14
47/16 48/5 51/1 55/1
95/25
**conference** [1] 3/21
**confess** [1] 51/16
**confinement** [5] 42/18
55/16 55/23 62/20 66/8
**confining** [1] 59/18
**conflict** [2] 48/9 48/12
**confounding** [1] 63/4
**confront** [1] 12/1
**confronting** [2] 53/23
61/2
**Congress** [3] 21/3 78/1
85/16
**Congress's** [1] 21/4
**connection** [4] 26/19
34/16 38/8 62/24
**conscious** [1] 47/22
**consecutive** [2] 94/19
94/23
**consent** [1] 36/9
**consequence** [1]
87/17
**consequences** [5] 6/4
11/6 17/1 17/15 35/22
**consider** [8] 31/5
32/14 33/3 40/3 42/8
43/2 60/25 85/22
**consideration** [3] 82/4

**C**

consideration... [2] 82/17 83/24
considered [1] 89/8
Constitution [7] 2/5 21/6 70/19 83/11 83/15 84/21 85/2
consultation [1] 92/13
contact [10] 22/2 34/6 59/2 59/15 59/17 59/19 59/22 59/25 59/25 60/1
containing [1] 35/25
contempt [1] 95/4
contention [1] 61/21
context [2] 50/21 64/2
continual [1] 55/8
continue [6] 67/1 67/2 70/5 71/4 80/5 96/1
continued [4] 2/1 83/20 85/11 90/18
continues [2] 60/20 61/6
control [2] 91/20 91/21
controlled [2] 92/1 92/2
conversation [1] 66/22
conversations [2] 46/11 67/21
convicted [1] 13/5
conviction [8] 13/5 13/11 26/6 28/7 32/5 40/19 40/21 68/5
convictions [1] 53/22
cooperate [1] 92/9
cooperated [1] 79/6
coordinate [1] 94/12
cops [5] 50/12 50/13 78/20 79/2 89/1
copy [2] 10/10 24/23
core [1] 53/2
corpus [1] 15/5
correct [16] 18/23 20/20 22/5 22/18 22/19 22/23 24/20 24/21 27/5 32/2 42/19 42/20 45/13 45/16 45/17 98/3
corrupt [1] 67/24
corruptly [1] 21/2
cost [3] 89/24 93/10 93/11
coughing [1] 78/14
could [27] 6/10 7/7 7/9 8/17 12/19 14/14 15/15 15/15 17/15 17/19 17/19 18/21 30/25 31/8 31/13 31/19 31/22 49/17 53/10 56/5 56/5 74/20 76/18 87/12 94/23 95/2 95/2
couldn't [7] 31/4 76/11 76/11 77/3 77/4 78/13 79/4
counsel [9] 3/13 6/16 11/22 22/10 24/11 27/22 37/8 43/18 65/24
count [5] 4/11 25/15 26/4 80/23 89/15
Count 3 [4] 4/11 25/15

counted [2] 49/7 65/13
counter [1] 24/17
counter-offer [1] 24/17
counterintuitive [1] 88/2
counterprotesters [2] 57/1 83/2
countries [1] 53/12
country [21] 53/3 53/11 64/15 64/18 64/19 64/20 65/14 67/17 67/17 68/2 71/4 72/7 75/11 79/25 83/20 84/5 84/9 85/20 86/21 88/6 88/12
counts [3] 93/13 93/17 93/20
couple [2] 21/10 62/21
course [2] 8/24 55/10
court [94] 1/1 2/3 2/4 3/11 5/13 5/16 5/18 5/19 5/19 8/2 11/1 11/22 13/6 26/6 26/15 26/23 27/8 27/8 27/10 27/12 27/15 27/15 27/17 27/19 27/23 28/3 29/1 29/4 32/6 32/7 33/11 34/17 36/10 44/3 44/7 44/25 46/2 50/24 51/17 51/21 54/8 54/9 56/12 58/11 58/21 59/14 59/14 59/22 59/22 59/25 60/10 60/11 60/22 60/23 60/25 61/10 61/11 64/1 65/5 65/22 65/22 66/25 67/12 68/9 68/20 69/14 69/15 69/24 69/25 70/2 70/8 70/21 71/14 72/5 72/21 72/23 79/6 80/1 80/2 80/3 80/18 81/8 83/4 89/12 89/19 90/3 90/4 90/6 92/6 92/25 93/5 93/11 95/4 97/15
court reporter [1] 8/2
Court's [5] 54/6 67/13 84/4 87/16 90/23
Courthouse [1] 2/5
courtroom [3] 3/4 8/11 11/16
cover [1] 47/6
cowering [1] 52/20
CR [1] 1/4
cracks [1] 45/12
created [1] 77/23
creates [1] 54/16
credit [7] 33/15 46/6 71/23 82/12 86/12 86/17 96/15
credos [1] 72/8
crime [3] 1/14 87/1 91/25
crimes [1] 94/21
criminal [23] 3/2 15/4 29/21 29/23 30/11 30/16 40/13 40/15 40/15 40/16 40/20

41/19 43/1 53/19 53/20 53/21 81/24 87/4 94/19
criminally [1] 30/13
crisis [1] 68/17
critically [1] 51/25
cross [1] 12/2
cross-examine [1] 12/2
crowd [3] 77/3 77/21 78/11
CRR [2] 98/2 98/8
custodial [1] 54/24
custody [5] 33/20 46/6 86/10 89/13 96/14
cuts [2] 83/13 84/4
Cyber [1] 1/14

**D**

D.C [7] 1/5 1/16 1/20 2/6 19/24 20/1 30/17
dad [1] 90/13
daily [1] 51/21
Dallas [1] 91/12 91/15
damage [3] 39/19 52/25 89/25
danger [2] 69/18 69/21 69/21
dangerous [2] 55/18 73/14
date [3] 36/6 36/17 98/7
dated [3] 4/3 18/10 29/10
day [29] 15/11 47/20 49/25 51/3 51/18 51/25 52/2 52/2 52/6 52/8 52/23 55/13 62/14 65/6 65/12 65/12 65/12 65/19 67/6 73/8 73/15 73/23 80/24 81/17 85/6 94/16 95/6 96/19 96/19
days [9] 33/14 46/12 46/15 81/21 82/2 82/2 90/5 92/3 93/9
DC [1] 1/14
deal [3] 24/10 87/3 90/18
dealing [1] 68/1
debacle [1] 53/10
debt [1] 70/6
December [1] 76/20
decide [5] 43/12 49/17 74/17 74/18 82/18
decided [2] 12/18 13/4 31/22 76/25 77/7
decision [9] 12/17 12/18 24/16 29/3 32/23 33/23 35/21 74/15 80/2 decorated [1] 83/7
decrease [1] 91/4
deep [1] 84/8
defend [2] 83/11 84/21
defendant [15] 1/8 1/18 3/4 6/13 8/11 11/10 11/11 18/2 21/1 36/10 42/15 54/23 47/25 85/23 86/13

defendants [2] 85/8 89/2
defense [5] 12/8 27/12 70/15 71/24 75/16
definitely [1] 81/2 81/10
deflect [1] 73/1
defray [1] 89/24
defying [1] 53/23
degenerative [2] 75/25 76/4
democracy [1] 52/9 52/23 53/12
Democratic [1] 85/19
demonstrated [1] 39/22
deny [1] 16/7
DEPARTMENT [2] 1/13 37/3
departure [2] 42/10 42/22
departures [2] 40/3 42/8
depending [3] 17/2 27/8 42/7
deported [1] 17/19
deprivation [1] 81/17
describe [1] 58/23
described [2] 47/16 50/8
designed [1] 91/3
desks [1] 85/3
despite [1] 22/21
destruction [1] 52/13
detained [1] 94/7
detention [1] 87/19
deteriorating [1] 76/14
deterioration [1] 84/2
determination [8] 22/4 26/16 27/15 28/18 29/24 30/1 30/3 56/13 38/13
determinations [2] 37/21 38/18
determine [3] 7/1 11/15 60/24
determined [1] 42/6
determines [2] 27/9 92/18
determining [2] 18/6 33/2
deterrence [6] 55/2 55/6 55/8 87/7 87/8 87/13
devastated [1] 79/4
devices [1] 79/23
diagnosed [1] 75/24
diagnosis [3] 68/3 68/3 76/3
did [63] 8/8 8/9 8/19 8/25 18/4 18/25 19/9 19/10 19/23 19/25 20/2 20/5 20/7 20/9 20/10 20/12 20/13 20/15 20/25 21/1 23/2 23/4 23/9 23/12 23/14 23/15 23/17 23/20 25/1 25/4 36/12 36/13 36/14

did you [1] 18/25 19/23 20/2 20/7 20/10 20/13 23/2 23/12 23/15 25/1 36/12
didn't [16] 12/15 18/3 19/11 20/16 53/7 61/19 62/5 69/4 73/8 73/10 73/11 77/10 77/18 78/25 79/13 84/10
died [1] 84/19
different [7] 5/18 5/20 32/22 41/11 67/20 67/21 79/22
difficult [5] 81/19 88/20 88/20 88/21 88/22
directed [1] 92/10
directly [1] 6/17
disability [1] 76/2
disagree [2] 82/18 87/25
disagreement [1] 41/10
disastrous [1] 55/23
discharge [1] 75/19
discharged [1] 64/14
disconnect [1] 68/14
discovered [4] 15/9 15/13 15/16 16/14
discretion [1] 27/20
discuss [2] 9/25 44/11
discussed [6] 10/15 18/15 26/3 32/11 37/5 38/13
disease [2] 76/5 76/5
disingenuous [1] 71/13
disintegrating [1] 76/9
dismiss [2] 93/13 93/17
dismissed [2] 26/10 93/20
dismissing [1] 50/25
disorders [1] 91/5
disparities [1] 87/1
dispute [1] 26/24
disputed [1] 38/18
disrupt [1] 52/8
disruption [1] 85/19
distinction [2] 60/4 61/1
district [15] 1/1 1/1 1/11 5/8 11/14 30/14 30/17 32/7 56/21 73/14 86/1 90/3 90/4 96/25 97/2
districts [1] 73/14
disturbance [1] 9/17
disturbing [3] 52/6 53/24 84/9

**D**

divisions [1] 84/9
DMV [1] 86/2
DNA [1] 92/9
do [97] 5/6 5/9 6/9 6/24
7/11 10/18 11/17 11/23
11/24 12/3 12/4 12/11
12/20 13/1 13/8 13/14
13/20 14/2 14/16 14/19
14/23 15/18 15/25 16/2
16/9 16/18 16/23 16/24
17/7 17/23 18/19 19/4
19/8 19/10 19/11 23/19
24/23 25/5 30/7 30/24
31/15 31/16 31/21 32/8
32/9 32/16 32/17 32/24
33/9 33/10 33/13 33/16
33/17 34/10 35/5 35/16
41/2 41/6 43/15 43/16
46/1 48/10 50/6 51/21
51/25 52/23 60/25
61/19 62/7 62/13 64/5
71/4 79/15 80/7 80/16
80/17 82/5 82/16 83/24
86/2 87/18 87/22 88/3
88/14 88/24 89/4 89/19
90/8 90/16 90/21 90/25
93/15 93/15 93/24
94/18 95/5 95/20
do you [11] 12/3 13/20
16/9 17/7 17/23 31/21
33/9 34/10 35/16 46/1
93/15
do you have [2] 24/23
90/21
Do you understand [5]
14/2 14/16 15/18 32/8
32/24
doctor's [1] 79/14
doctors [1] 76/21
document [2] 18/1
36/8
documents [1] 37/14
does [21] 11/10 11/12
17/17 24/4 27/14 38/19
40/24 42/9 46/5 47/3
47/4 53/19 53/20 57/10
58/13 58/17 61/8 69/20
71/8 72/16 93/22
doesn't [5] 47/1 53/19
79/11 79/11 89/1
doing [17] 6/5 7/2 8/18
41/10 59/5 59/23 61/15
71/24 74/12 76/10
76/20 76/22 79/15
84/15 84/25 85/1 85/15
dollars [1] 81/10
don't [63] 3/20 5/5 7/13
7/15 7/17 7/22 7/23
7/24 11/9 13/23 16/8
17/4 17/18 17/20 18/4
21/10 23/3 23/6 25/12
32/13 33/5 37/15 41/1
41/21 46/8 47/9 47/10
48/25 49/2 56/9 56/16
59/20 63/20 63/21 65/7
66/15 66/22 67/7 67/11
71/21 74/17 77/12 78/8

82/11 84/13 85/6 86/6
86/22 89/5 90/11 91/20
91/21 93/21 93/21 96/6
96/6 97/5 97/6 97/10
done [9] 7/15 39/7 53/1
69/20 70/21 81/10 89/7
89/25 95/16
doubled [1] 73/3
doubled-down [1]
73/3
doubt [3] 12/17 28/20
32/11
down [22] 8/3 23/16
28/8 41/13 47/7 49/2
50/20 51/6 53/6 61/6
61/7 70/7 73/3 75/9
77/21 77/23 79/11
80/17 80/19 88/3 88/5
88/18
downward [1] 88/17
drink [1] 9/1
drug [2] 90/10 92/3
drugs [2] 8/16 9/18
during [11] 55/9 60/19
67/19 68/8 69/8 75/4
80/22 83/25 88/7 88/16
96/18
duties [1] 85/2
duty [1] 64/25

**E**

each [3] 35/25 48/25
82/3
earlier [3] 29/6 44/17
46/11
early [1] 84/20
economic [1] 92/7
education [1] 90/10
effective [1] 70/22
effects [1] 9/5
effort [4] 62/8 62/8
62/9 69/12
efforts [2] 73/1 73/3
eight [18] 26/25 27/1
27/16 39/16 40/5 41/18
41/22 42/17 44/3 56/6
56/9 56/13 59/12 60/24
62/15 71/5 74/3 88/2
eight-level [11] 39/16
40/5 41/18 41/22 42/17
44/3 56/6 59/12 71/5
74/3 88/2
eight-point [1] 26/25
either [4] 7/19 10/18
38/23 87/23
elbows [1] 61/8
election [2] 65/14
76/23
Electoral [1] 21/4
elements [1] 35/25
Ellipse [2] 20/8 83/2
else [2] 36/19 87/14
elsewhere [1] 44/11
Email [2] 1/17 1/21
embarrassment [1]
81/4

emotional [5] 9/7 77/25
52/18 52/21 68/7 68/17
emotions [1] 80/24
en [1] 82/9
encountered [1] 56/15
encourage [2] 95/11
96/1
encouraged [3] 77/8
77/14 77/20
end [1] 15/4
ended [2] 54/19 86/11
enforcement [26] 22/2
47/6 48/12 49/16 49/20
49/20 49/22 50/3 52/17
56/15 57/12 60/1 60/2
60/15 60/20 61/3 62/14
72/19 73/1 73/18 82/25
84/6 84/7 84/15 85/12
88/24
engage [4] 57/12 58/13
58/16 58/17
engaged [2] 72/23
83/13
engagement [1] 57/2
engagements [1] 75/5
engaging [2] 82/25
88/23
enhanced [1] 94/23
enhancement [20]
26/25 38/17 39/16 40/5
40/6 41/18 41/22 44/3
56/6 56/9 56/10 59/12
60/7 70/10 71/5 71/6
71/13 72/17 74/3 88/3
enhancements [1]
42/7
enjoy [2] 81/15 81/16
enough [7] 9/24 10/4
25/6 38/6 59/11 85/7
85/10
enter [4] 21/1 25/14
35/11 93/9
entered [2] 13/17
20/24
entering [5] 11/3 26/4
34/2 34/24 35/2
entire [5] 48/18 66/18
67/10 81/3 88/23
entitles [2] 39/23 40/1
equally [1] 22/12
equipment [6] 73/22
79/21 82/21 82/23 83/1
90/15
err [1] 46/14
error [1] 4/13
especially [2] 73/23
88/7 96/2 96/4 96/4
espouse [1] 72/8
essence [2] 70/3 96/14
essential [1] 35/25
essentially [1] 55/15
establishes [1] 48/3
estimated [5] 30/3
32/20 32/21 40/5 40/14
estimation [1] 84/4
evacuated [1] 85/16
evaluations [1] 75/20
even [24] 5/19 6/9

48/25 49/17 51/16
54/10 58/6 58/11 58/11
58/15 59/4 59/21 61/4
61/12 61/24 64/10
66/12 69/7 70/25 73/21
85/1
evening [2] 8/21 8/24
event [1] 64/10
events [2] 68/4 80/22
ever [6] 5/12 5/15
79/16 85/5 86/23 95/16
every [18] 5/18 8/11
11/10 11/11 11/21 18/2
24/13 32/15 43/1 43/1
65/6 66/21 69/11 69/11
69/13 72/3 73/2 82/10
everybody [5] 54/17
64/24 78/10 95/24 96/8
everyone [2] 21/15
97/14
everything [3] 79/15
80/19 84/13
evidence [15] 11/15
12/9 12/14 12/18 15/9
15/10 15/13 15/17
16/15 23/20 28/17
37/24 69/19 72/21 83/3
examine [1] 12/2
example [3] 14/12 47/4
59/2
exceptions [5] 13/12
13/19 14/5 16/11 16/16
excuse [4] 31/18 41/22
82/2 89/17
execute [1] 92/25
execution [2] 30/18
30/19
Exhibits [1] 37/6
existence [1] 15/25
exit [1] 48/16
expect [2] 62/5 79/21
expected [1] 66/15
expecting [1] 37/23
experience [3] 64/14
66/16 66/18
experienced [2] 70/20
70/23
experiences [1] 83/25
experiencing [1] 68/16
explain [1] 7/19
explained [1] 28/1
exposed [1] 66/1
extemporaneously [1]
85/21
extension [1] 94/18
extensive [1] 75/20
extra [1] 46/15
extraneous [1] 49/7
extreme [1] 53/15

**F**

face [3] 43/11 48/20
61/14
Facebook [2] 62/6
78/19
facility [2] 90/22 91/15
fact [19] 5/4 17/22

38/18 39/2 47/1 47/10
47/16 50/11 54/5 54/7
60/19 61/18 67/5 68/16
71/7 72/16
factor [4] 33/22 54/3
53/3 84/3
factors [9] 33/4 43/3
46/19 51/5 55/21 62/18
67/15 85/22 89/8
facts [7] 19/19 39/1
49/23 71/14 71/16 72/1
82/17
factual [5] 35/25 37/21
38/17 38/19 38/24
failed [1] 63/6
failure [2] 64/9 94/18
fall [2] 47/7 49/2
fallen [2] 48/24 51/18
falls [2] 48/24 95/25
false [2] 7/6 7/8
families [1] 85/10
family [9] 66/24 67/10
70/4 77/9 81/3 82/7
84/12 86/20 95/14
far [4] 8/8 72/9 85/11
86/11
fashion [1] 28/21 28/24
fast [1] 76/14
father [22] 3/16 3/25
54/19 66/20 66/21
66/23 67/10 68/6 68/20
69/9 69/9 69/14 70/4
70/8 70/11 74/9 74/24
82/6 82/8 82/13 82/15
90/9
father's [3] 69/6 82/19
83/7
favor [1] 55/21
favorite [1] 81/15
FBI [1] 79/3
FCI [2] 91/11 91/14
February [2] 4/11 4/17
February 24th [1] 4/17
federal [7] 5/16 5/19
30/11 30/16 33/12
55/15 91/25
feeling [2] 9/5 73/20
fell [1] 45/12
fellow [1] 85/15
felony [5] 11/12 26/5
32/5 50/25 53/5
felt [1] 86/3
few [2] 46/23 94/14
fight [2] 50/13 79/1
fighting [4] 75/5 77/16
77/17 82/25
file [8] 15/4 15/15
15/15 15/22 16/24 28/22
93/8 93/11
filed [4] 4/11 4/14
37/19 38/8
final [1] 37/18
financial [2] 68/7 90/7
find [9] 6/1 6/3 6/4 11/2
41/7 71/12 74/6 76/11
91/12
finding [1] 59/23

Case 1:21-cr-00046-FYP Document 60-25 Filed 02/23/24 Page 104 of 114

**F**

findings [3]  6/1 6/7
39/2
finds [1]  89/19
fine [10]  7/11 13/25
25/21 31/21 31/23
43/12 43/13 43/13
89/20 89/20
fines [1]  25/25
firearm [1]  17/6
firearms [8]  69/2 69/4
69/5 69/6 69/6 69/8
69/9 69/10
firm [1]  45/23
first [16]  3/14 5/10 11/4
14/5 19/17 46/18 46/24
47/19 51/6 53/4 56/6
69/2 74/8 78/18 78/21
94/16
fist [2]  55/14 61/5
Florida [1]  76/16
flout [1]  52/9
flying [1]  72/9
focus [3]  78/18 78/21
78/22
follow [5]  31/12 44/9
45/5 92/12 92/21
follow-up [1]  44/9
followers [1]  50/12
following [2]  31/9
91/24
follows [1]  39/8
food [1]  76/7
force [1]  52/12
forced [1]  34/1
forces [2]  64/25 83/9
foregoing [1]  98/3
Forest [1]  76/13
forever [1]  52/22
forfeiture [1]  13/25
forget [1]  78/8
forgetting [1]  51/18
forgotten [1]  85/20
form [1]  36/7
forma [1]  7/13
former [3]  57/6 57/18
64/14
forms [2]  6/23 37/13
forth [7]  30/14 37/21
38/20 38/24 61/13
77/16 93/12
forward [11]  49/14
49/22 49/23 50/2 54/19
74/20 78/10 79/22
95/19 95/21 96/9
fought [4]  50/12 62/3
78/20 89/1
found [3]  5/24 40/18
91/20
founding [1]  83/20
four [7]  8/24 13/12
13/19 14/5 16/11 16/16
19/7
fourth [1]  15/21
Fox [2]  65/6 65/8
Fox News [2]  65/6
65/8
framework [1]  43/19

family [5] 49/10 58/7
55/4 85/7 85/18
fray [1]  52/5
free [4]  6/6 18/19 34/25
35/24
Freedom [1]  75/4
frequently [2]  21/19
56/24
friends [1]  84/24
frightening [1]  81/21
front [14]  24/24 48/11
48/12 48/17 48/21
48/22 49/3 60/21 61/12
63/24 74/1 78/8 82/11
88/23
frustrate [1]  62/9
full [8]  8/4 27/19 29/11
44/20 68/12 68/23
80/21 90/7
fully [10]  10/15 11/3
18/13 18/15 18/22
19/21 35/20 57/25 79/6
81/16
functioning [1]  91/6
fundamental [1]  52/7
further [5]  30/12 56/1
71/1 89/16 96/11

**G**

gain [1]  25/21
gas [13]  20/2 23/2
47/22 48/21 50/10
56/16 56/19 58/12
61/14 71/18 71/21
77/14 78/12
gassed [3]  50/13 57/7
57/18
gathered [1]  56/25
gave [1]  14/13
gear [2]  73/10 77/15
gearing [1]  72/18
general [4]  10/16 55/5
56/7 87/8
generally [2]  19/17
57/6
get [25]  7/14 7/15
51/21 54/24 54/25
57/18 63/14 63/16
65/16 73/2 76/11 77/18
78/15 79/18 79/22 82/9
86/10 86/15 86/19 89/2
90/14 90/16 94/9 96/3
96/7
gets [2]  48/5 55/16
getting [6]  45/9 45/10
46/5 57/6 76/21 80/6
give [37]  7/6 7/8 8/1
13/19 14/7 14/7 14/21
16/12 17/17 17/22 18/6
24/17 28/3 30/25 31/4
31/19 31/22 31/23
32/13 33/3 33/8 33/14
34/8 34/20 36/15 42/18
42/23 43/12 44/6 45/23
45/24 49/18 67/13 80/6
84/3 86/12 86/17
given [11]  14/18 18/1
54/4 54/22 55/8 56/10

TSC 49/10 60/25 88/24
97/9
gives [1]  40/21
giving [12]  13/10 13/18
15/2 15/7 16/21 28/24
46/14 67/1 68/4 69/15
glad [1]  51/23 51/23
gloved [1]  49/21
gloves [5]  20/2 23/2
47/23 71/19 71/22
go [42]  7/24 8/8 13/4
13/12 17/20 20/15 25/1
25/12 28/15 33/4 37/17
51/5 51/8 53/20 57/11
58/11 58/11 58/13
58/16 59/20 60/20
65/23 66/3 66/11 67/12
68/16 68/17 68/18 70/1
71/1 72/16 76/25 77/4
77/8 77/12 77/24 78/4
78/4 79/11 79/12 86/14
86/15
go ahead [1]  51/8
goal [4]  52/7 52/9
52/10 52/14
goes [2]  55/11 58/25
going [76]  6/9 6/10
6/15 6/25 7/21 13/12
15/12 15/25 17/11
17/14 19/8 19/8 19/18
20/19 24/9 31/5 32/23
33/2 33/4 33/13 34/7
34/20 36/6 36/17 38/2
39/4 42/15 48/9 51/8
54/18 57/16 57/23 58/5
58/7 63/10 63/19 64/22
65/18 65/24 66/16 67/5
67/7 67/9 70/7 70/8
71/7 71/10 73/9 74/4
76/24 78/22 78/25 79/1
79/7 79/22 80/15 83/18
84/3 84/14 85/4 86/18
87/11 88/17 90/20 91/1
91/7 91/22 94/5 94/6
95/19 95/21 95/22
95/23 96/8 97/3 97/5
gone [8]  26/11 29/4
67/3 73/17 78/2 80/25
81/20 84/12
good [11]  3/9 3/10
3/19 33/14 33/15 75/1
77/2 77/5 77/8 90/9
96/10
good-time [2]  33/14
33/15
goodbye [2]  52/21
85/4
goodness [1]  89/3
got [13]  14/11 22/14
23/16 50/5 50/6 50/6
50/12 50/14 53/16
53/25 77/19 78/13
78/24
gotten [1]  76/4
government [46]  1/13
3/6 10/21 15/14 22/11
23/21 23/22 24/11
24/11 27/4 27/10 27/22

families [3] 49/10 56/12
29/22 33/7 33/21 37/5
37/10 38/8 39/16 39/21
40/24 46/5 46/17 46/21
54/23 55/21 58/22
60/16 62/1 62/25 64/12
68/25 69/17 70/24 81/9
83/21 84/8 87/18 87/23
89/23 93/12 93/16
93/22
government's [4]  10/1
10/7 12/16 12/24
grab [1]  69/18
grand [1]  63/18
granted [2]  71/18
93/19
grateful [1]  69/14
gratified [2]  86/9 86/9
great [2]  24/10 72/6
greater [1]  67/14
grounds [3]  20/11
42/10 42/12
group [3]  1/19 20/11
74/1
Grover [2]  3/24 74/22
guess [3]  7/13 7/22
44/16
Guideline [7]  30/1 39/6
39/10 39/10 41/23 74/6
81/24
Guideline Range [1]
39/6
guidelines [38]  14/8
15/24 16/1 16/2 16/3
16/5 16/13 16/15 26/12
26/14 27/7 27/11 27/13
29/20 29/25 31/6 31/19
32/12 32/13 39/4 39/7
39/9 39/17 40/20 41/20
42/13 42/14 43/2 43/4
43/9 43/14 43/19 46/18
51/6 51/10 55/22 71/11
88/5
Guidelines Range [8]
16/13 27/11 27/13
29/20 31/6 42/13 51/10
88/5
Guidelines Ranges [1]
27/7
guilt [2]  11/15 13/11
guilty [39]  4/11 5/13
5/15 5/22 5/23 5/23
5/24 5/25 7/2 8/18 11/7
11/11 12/16 12/23
12/25 13/10 16/17
16/20 17/12 17/23 25/15
30/24 34/2 34/7 34/16
34/24 35/3 35/16 35/17
35/18 35/23 35/24 36/2
36/3 36/23 43/7 51/2
65/7 80/23
gun [1]  75/7
gunner [1]  75/5

**H**

habeas [1]  15/5
had [37]  8/23 9/24 10/4
11/19 11/25 12/5 12/2

family 28/14 28/18 38/6 49/10
29/22 33/7 33/17 37/5
54/5 56/24 62/13 66/2
66/3 66/22 68/18 69/19
72/3 73/2 76/3 76/23
78/1 79/2 79/15 79/16
84/16 84/20 85/24 86/2
87/3 89/2 89/7 95/17
95/17 95/18
half [5]  51/15 51/19
52/1 55/13 73/16
hallway [1]  65/9
hand [4]  6/11 49/21
61/14 83/24
handing [1]  53/6
handled [2]  51/17 53/4
happen [7]  62/5 67/7
67/10 78/20 78/23 87/9
87/12
happened [7]  59/19
62/15 65/19 72/20 84/5
85/10 85/14
happening [4]  51/3
63/21 64/7 79/5
happens [2]  21/19
79/18
happy [2]  51/5 55/22
hard [3]  70/17 78/10
82/3
hardest [1]  81/14
hardship [1]  81/4
harm [10]  47/5 56/15
59/24 60/3 60/6 60/14
61/17 61/20 61/22
61/25
harp [1]  86/7
has [64]  5/1 16/5 21/23
24/1 24/9 24/9 26/9
27/4 29/4 29/6 29/9
32/21 33/12 34/1 34/4
34/15 34/19 36/23
39/11 39/21 40/18
40/19 44/2 46/21 51/17
53/10 53/21 53/21 54/5
54/23 55/9 58/9 63/6
64/13 64/19 66/6 66/9
66/24 67/17 67/24 68/1
68/8 68/9 68/23 69/19
69/20 70/21 70/24
72/21 76/4 78/15 79/6
79/10 79/16 80/18 81/4
81/19 82/13 83/3 83/19
84/12 85/9 87/7 87/13
hasn't [1]  66/23
hateful [1]  72/8
have [183]
having [10]  9/14 42/6
54/19 60/16 65/17
65/18 67/3 88/1 88/2
89/8
havoc [2]  53/10 77/23
he [247]
he said [2]  62/2 62/2
he'd [1]  57/18
he's [247]  4/6 22/3
28/12 28/22 28/24
29/11 35/23 45/8 47/24
48/24 48/25 49/22
53/25 54/5 57/20 57/23

**he's... [31]** 58/1 58/5 59/3 59/5 61/2 61/3 62/9 64/14 65/16 66/6 66/9 66/20 66/20 66/20 67/2 67/16 67/18 67/18 68/1 68/11 70/6 75/10 76/3 76/4 76/21 77/19 79/18 88/23 88/23 88/25 88/25
**head [1]** 9/7
**health [19]** 33/22 54/6 54/8 68/13 68/17 76/14 76/18 79/8 79/12 85/25 86/10 86/15 88/8 90/13 90/18 91/3 92/11 92/16 96/3
**hear [10]** 52/18 55/24 62/25 70/8 70/10 74/8 74/8 74/9 83/8 84/13
**heard [16]** 15/6 29/14 30/21 32/11 32/12 46/18 52/16 63/11 70/11 73/7 73/13 73/16 75/14 78/5 80/11 90/13
**hearing [3]** 33/6 38/23 82/10
**hearings [1]** 11/2
**heart [5]** 67/18 67/19 67/23 75/13 76/5
**Heart's [1]** 75/17
**held [1]** 83/17
**help [7]** 13/6 50/20 76/18 84/18 89/24 96/3 96/7
**helped [1]** 85/17
**here [30]** 3/16 3/19 7/2 7/8 8/2 11/1 14/5 37/24 47/8 47/13 47/19 50/15 51/11 53/15 54/4 54/25 55/5 55/10 56/20 56/21 59/19 64/22 71/10 72/15 81/22 82/5 85/21 87/8 89/5 91/1
**here's [2]** 65/15 83/10
**hereby [1]** 89/13
**hernia [1]** 76/6
**hesitation [1]** 84/21
**Hey [1]** 16/5
**hiding [1]** 85/3
**high [3]** 50/11 51/13 71/8
**higher [6]** 14/7 30/4 30/5 41/12 83/17 83/22
**highly [1]** 82/13
**him [53]** 25/16 26/10 28/1 29/5 30/23 38/7 39/23 40/1 40/16 40/21 40/22 46/14 47/20 47/21 49/14 49/18 50/6 50/10 54/18 54/24 54/25 66/21 67/2 67/11 67/13 68/13 68/17 69/15 69/18 70/1 70/2 75/2 76/11 76/11 76/17 76/18 76/21 77/4 77/6 77/8 77/11 77/14 77/18 77/20 78/9 79/7 79/9

**himself [4]** 48/11 49/4 55/9 72/18
**his [124]**
**history [19]** 29/21 29/23 40/13 40/15 40/15 40/17 40/20 40/21 40/22 41/6 41/19 52/3 53/19 53/20 53/21 54/4 77/15 81/24 87/5
**hold [8]** 17/4 17/13 21/9 64/9 74/16 76/24 83/17 83/22
**holding [2]** 48/14 50/10
**hole [2]** 78/16 78/16
**hollering [1]** 55/14
**home [13]** 42/18 55/16 55/23 62/20 66/8 70/1 70/3 76/15 79/17 87/18 87/19 96/25 97/2
**honest [1]** 71/10
**Honor [129]**
**HONORABLE [1]** 1/10
**honorably [1]** 64/14
**hooting [1]** 55/14
**hope [1]** 97/10
**hoping [2]** 88/18 95/11
**horrifying [3]** 52/9 52/11 88/22
**horror [1]** 52/2
**hospital [2]** 76/19 79/14
**hotel [1]** 47/21
**hour [1]** 55/13
**hours [1]** 8/17
**house [4]** 69/10 76/17 77/3 79/3
**household [1]** 54/17
**housekeeping [1]** 4/2
**Houston [4]** 47/21 48/4 54/11 54/14
**how [12]** 8/6 8/8 8/22 35/16 45/11 47/25 50/12 53/10 55/9 57/22 65/8 95/25
**However [1]** 40/18
**hunt [1]** 75/8
**hurt [2]** 77/18 78/25
**Hussein [1]** 75/9

**I**
**I am [14]** 17/11 59/8 64/3 70/7 70/14 72/4 74/4 81/16 85/21 88/17 90/20 91/1 96/12 96/15
**I assume [1]** 4/2
**I believe [11]** 25/5 27/2 41/21 44/25 45/5 53/22 54/7 60/6 86/5 91/6 95/15
**I can [5]** 51/7 59/24 59/25 60/1 91/13
**I can't [1]** 71/25
**I could [1]** 31/22
**I couldn't [1]** 31/4
**I did [6]** 8/19 19/10

**I didn't [3]** 18/3 19/11 62/5
**I didn't see [1]** 20/16
**I do [1]** 25/5
**I don't [21]** 3/20 13/23 17/20 18/4 23/3 33/5 48/25 65/7 66/15 66/22 67/11 81/6 81/18 84/13 85/6 86/6 86/22 89/5 90/11 91/20 91/21
**I don't have [2]** 32/13 37/15 93/21
**I don't recall [1]** 23/6
**I gave [1]** 14/13
**I guess [1]** 44/16
**I have [25]** 5/10 6/1 6/1 6/4 6/7 6/22 11/5 24/12 24/25 26/11 32/14 33/24 36/8 37/1 43/2 45/24 51/17 51/18 56/1 63/24 71/9 73/21 81/23 81/25 85/22
**I hope [1]** 97/10
**I just [4]** 8/9 43/5 78/19 79/24
**I know [5]** 38/15 63/9 65/5 67/8 70/20
**I mean [6]** 38/16 52/7 52/16 52/21 82/1 82/11
**I should [5]** 42/16 42/17 42/18 44/16 45/21
**I think [34]** 5/5 22/8 22/11 23/22 45/15 45/18 54/2 55/2 55/11 55/23 58/20 58/21 59/13 60/23 60/25 61/21 62/6 64/8 66/12 66/18 67/4 67/20 68/14 70/17 71/8 71/13 78/24 84/8 87/24 90/12 94/1 94/9 96/4 97/10
**I thought [2]** 44/14 58/23
**I told [4]** 7/1 31/4 41/9 94/1
**I understand [6]** 31/2 45/20 63/25 65/8 72/14 87/23
**I want [5]** 70/9 70/25 71/11 84/10 95/11
**I was [7]** 44/10 44/13 54/12 77/13 80/24 86/8 86/9
**I went [2]** 43/5 58/15
**I will [16]** 29/23 29/25 30/2 36/2 38/23 42/23 65/21 70/9 74/8 74/16 81/10 87/9 90/16 91/18 94/10 96/24
**I would [1]** 54/4
**I'd [4]** 46/17 56/7 78/21 82/22
**I'll [14]** 7/19 7/19 7/20 7/24 30/3 44/13 65/5 70/10 70/14 71/6 74/9 74/12 74/18 88/4

**I'm [67]** 6/10 9/20 11/4 44/15 45/23
**I'm going [13]** 6/10 13/12 15/12 15/25 33/4 36/6 36/17 57/16 70/7 71/7 91/7 91/22 94/5 94/6
**I'm not [5]** 14/11 17/14 69/25 71/10 94/6
**I'm not sure [1]** 23/7
**I'm sorry [5]** 10/3 53/7 77/7 81/3 81/6
**I've [33]** 3/14 3/18 3/20 5/8 14/11 14/18 17/16 17/21 21/18 23/24 28/1 29/5 32/19 33/19 37/4 37/6 52/18 62/21 62/22 63/10 66/22 67/16 68/13 73/7 73/13 78/5 82/5 86/5 87/1 87/3 87/5 89/2 97/9
**identify [2]** 54/15 54/20
**IED [1]** 75/6
**II [5]** 26/20 40/16 40/17 41/8 53/20
**illegal [3]** 14/9 14/14 16/12
**illness [1]** 9/17
**immediately [2]** 90/2 95/3
**immigrant [1]** 72/6
**impede [2]** 18/21 21/2
**implements [1]** 57/24
**implore [1]** 69/14
**important [10]** 7/3 18/2 18/5 51/25 60/23 63/1 81/5 87/6 87/8 94/2
**impose [2]** 44/3 71/7
**imposed [2]** 45/2 93/5
**imposing [1]** 42/12
**imposition [1]** 89/20
**impression [1]** 44/13
**imprisonment [4]** 25/20 31/1 31/9 41/21
**improve [1]** 91/6
**inappropriate [1]** 65/20
**incarcerated [12]** 63/2 64/6 66/10 66/13 69/12 79/19 90/8 90/11 90/12 90/17 91/9 91/21
**incarceration [4]** 13/24

**incarcerative [2]** 70/3 81/25
**incidents [1]** 91/5
**include [1]** 42/9
**includes [1]** 13/25
**including [4]** 34/4 43/3 75/25 89/9
**increase [1]** 42/17
**independent [2]** 29/23 30/1
**indicate [4]** 19/1 56/16 56/19 88/9
**indicated [1]** 72/18
**indicative [1]** 51/1
**indictment [10]** 4/11 4/14 5/2 10/11 25/15 26/9 26/9 80/23 93/14 93/18
**indictments [1]** 79/4
**individual [7]** 18/3 56/20 64/16 64/16 64/18 64/24 84 88/10
**individuals [11]** 28/15 56/25 57/2 62/23 64/9 64/17 67/6 74/1 81/23 82/5 87/3
**indoctrination [1]** 64/19
**indulgence [1]** 90/24
**ineffective [2]** 14/22 16/13
**influence [2]** 18/20 21/2
**influenced [1]** 65/9
**information [3]** 44/1 66/2 69/7
**informed [2]** 11/3 24/14
**initial [1]** 50/24
**initials [1]** 4/18
**injured [1]** 67/22
**injuries [5]** 52/15 52/16 77/19 88/7 88/16
**injury [21]** 39/19 46/23 47/1 47/2 47/2 47/4 47/10 47/12 47/12 50/17 52/18 58/10 58/19 59/5 60/10 61/9 67/25 76/1 84/1 88/8 88/15
**inmate's [1]** 91/6
**inmates [1]** 91/4
**innocence [1]** 11/15
**innocent [2]** 12/16 12/23
**inpatient [1]** 92/20
**inquired [1]** 33/18
**ins [1]** 85/24
**insect [1]** 76/8
**inside [13]** 22/14 23/4 23/9 23/13 23/16 57/20 72/12 72/13 78/5 78/6 82/24 84/24 88/23
**instances [1]** 49/8
**institutional [1]** 33/15
**institutions [1]** 85/20
**insurrectionists [1]**

105

**I**

insurrectionists... [1] 55/19
integral [1] 96/8
intellectually [1] 71/10
intend [5] 58/9 58/13 60/2 60/6 61/22
intended [6] 56/14 60/14 61/17 61/24 62/7 64/17
intending [4] 58/16 58/17 59/6 65/23
intends [2] 25/14 59/5
intent [13] 21/1 46/22 46/25 47/7 48/3 50/17 57/11 57/12 57/22 58/18 59/24 60/9 61/9
intentions [1] 86/4
interaction [2] 60/19 62/13 68/25
interest [2] 25/24 96/12
interesting [1] 58/21
interference [2] 26/21 39/14
international [1] 53/9
interrupt [2] 57/16 59/20
introduce [1] 3/5
investigate [1] 18/3
investigation [2] 39/25 92/24
investigations [1] 63/19
involved [1] 39/18
Iraq [2] 67/19 76/8
Iraqi [1] 75/4
irreparable [1] 52/25
irritable [1] 76/1
is [249]
is that correct [3] 22/23 24/20 42/19
Is there [2] 35/5 35/10
issue [5] 27/14 49/3 49/5 68/11 70/9
issues [7] 38/18 75/24 79/10 79/11 79/17 85/25 96/3
it [154]
it would be [4] 55/17 71/13 77/5 77/8
it's [33] 3/7 3/24 5/21 6/15 7/12 12/15 12/16 12/24 16/5 18/5 30/4 30/4 30/5 45/17 45/18 46/11 50/19 54/9 57/25 58/8 58/21 60/23 63/1 63/4 63/4 64/12 64/22 76/4 78/10 87/24 88/25 94/5 95/25
items [3] 23/5 72/2 72/17
its [3] 27/19 28/19 64/2
itself [1] 59/11

**J**

J1.2B2 [1] 26/20
jail [3] 31/14 67/12

**January [18]** 19/24 20/8 48/7 51/16 52/6 55/4 64/7 80/22 81/21 81/22 82/18 83/5 84/8 84/24 86/24 87/2 88/10 95/20
**January 6th [16]** 20/8 48/7 51/16 52/6 55/4 64/7 80/22 81/21 81/22 82/18 83/5 84/8 84/24 86/24 87/2 88/10
**jeopardy [1]** 81/7
**job [8]** 12/15 12/16 12/24 70/22 71/24 73/10 81/15 88/25
**jobs [3]** 52/24 84/25 85/1
**Josh [1]** 79/4
**JOSHUA [26]** 1/6 3/4 3/11 8/5 18/14 55/12 66/23 69/13 74/24 75/1 75/3 75/12 75/12 75/19 76/10 76/20 76/25 77/2 77/7 77/23 77/25 78/4 79/6 79/16 80/1 89/13
**Joshua Lollar [3]** 3/4 18/14 55/12
**Joshua's [2]** 75/6 77/13 79/19
**JUDGE [4]** 1/11 16/5 53/4 53/5
**Judge Moss [1]** 53/5
**judges [2]** 5/19 51/20
**judgment [2]** 89/12 93/9
**judicial [1]** 3/21
**judicious [1]** 49/13
**jurisdiction [2]** 86/4 97/3
**jury [9]** 11/12 11/14 11/17 17/6 29/1 36/6 36/11 36/15 63/18
**just [46]** 5/22 6/16 6/22 7/5 7/17 7/23 8/9 9/4 13/23 14/12 21/7 34/7 36/23 37/5 43/5 44/9 45/6 45/18 47/8 49/2 49/11 52/4 53/2 53/16 54/22 54/22 55/8 58/5 63/4 67/5 67/6 67/9 69/25 72/16 76/4 76/9 78/19 79/18 79/24 80/14 84/25 85/7 87/11 87/13 87/25 95/7 97/8
**justice [1]** 1/13 39/15 39/20

**K**

keep [3] 51/8 59/6 82/10
keeping [1] 73/25
keeps [1] 49/2
Keith [1] 1/18
Kentucky [2] 79/20 96/17
kept [1] 79/12
kids [2] 49/1 81/3

knew [5] 15/15 20/24 77/9 83/14 83/16
know [44] 5/5 7/12 11/8 17/5 19/10 19/14 19/18 38/15 43/24 48/25 52/7 53/4 55/2 55/14 61/8 63/9 63/10 63/11 63/20 63/21 63/23 64/22 65/5 65/5 67/7 67/8 70/20 73/8 73/11 75/1 77/10 77/16 77/21 79/8 79/9 79/13 79/24 81/2 81/25 83/8 84/25 86/5 86/13 96/5
knowing [3] 6/3 35/23 85/4
known [4] 15/10 77/11 83/23 88/13
knows [4] 26/23 47/25 65/22 79/9

**L**

Landon [4] 2/2 44/14 44/22 96/23
language [2] 46/24 47/9
large [2] 47/3 49/25
largely [1] 68/10
last [4] 3/21 8/16 9/1 52/22
lastly [1] 55/2
later [6] 16/1 16/3 17/2 28/8 42/24 95/23
law [35] 1/19 12/23 22/2 30/17 47/6 48/12 49/15 49/19 49/20 49/22 50/3 52/17 54/3 55/1 55/9 56/15 57/12 60/1 60/2 60/14 60/20 61/3 62/14 72/19 73/1 73/18 82/25 83/14 84/6 84/6 84/15 85/12 85/24 88/24 96/2
law-abiding [1] 96/2
lawful [1] 83/14
lawyer [21] 9/22 11/20 12/1 13/6 14/22 15/10 15/14 16/14 17/25 21/10 21/10 29/21 30/21 32/20 33/19 34/4 34/12 70/21 81/8 89/10 94/11
lawyers [1] 70/15
lays [1] 39/5
leaders [1] 88/12
lease [1] 76/16
least [10] 17/7 35/2 42/17 44/25 48/3 64/8 64/10 67/21 81/15 95/12
leave [2] 73/3 77/3
leaves [1] 48/4
leaving [1] 68/22
led [1] 68/20
left [1] 79/2
legal [2] 11/6 71/18
length [1] 45/1

lenient [1] 24/8
less [2] 52/18 54/7
lest [1] 87/9
let [14] 7/20 11/8 19/14 46/4 51/25 57/4 57/4 57/15 65/5 69/25 74/8 77/11 78/16 90/20
let's [5] 37/17 49/18 49/18 58/15 58/15
letter [3] 23/25 24/1 29/10
level [28] 26/19 31/7 39/9 39/11 39/16 39/23 40/1 40/4 40/5 40/7 41/17 41/18 41/22 41/23 42/17 44/3 51/11 51/12 56/6 57/2 58/18 59/12 69/21 71/5 74/3 88/2 88/18 91/6
levels [2] 27/16 52/7
liberty [1] 81/17
licensed [1] 60/17
life [6] 80/7 81/6 95/17 95/21 95/25 96/9
lighter [1] 34/8
lightly [1] 81/18
like [19] 5/10 5/21 6/14 8/24 28/14 47/12 48/25 55/12 55/24 78/21 78/21 80/4 80/11 82/7 82/8 82/12 89/3 97/7
likely [1] 61/16
likes [1] 78/18
limitations [2] 28/7 28/11
limited [1] 33/7
line [13] 28/8 48/11 48/12 48/15 48/16 48/18 48/21 48/22 49/3 49/11 50/4 60/21 61/12
lined [1] 48/13
lines [2] 74/1 88/24
listen [1] 74/18
listening [1] 28/17
litigated [1] 70/16
little [6] 5/3 37/12 44/15 49/1 82/2 88/2
liver [1] 76/5
lives [1] 5/4
living [1] 76/12
local [1] 91/25
location [3] 54/15 54/21 65/1
locations [1] 79/20
LOLLAR [104]
Lollar's [20] 4/6 5/4 10/19 37/7 40/4 40/14 47/13 52/3 53/15 58/25 70/11 73/22 74/9 82/6 88/6 88/22 89/9 91/7 93/2 96/25
long [5] 3/22 24/10 65/21 65/22 65/23
longest [1] 11/5
longstanding [1] 70/21
look [9] 20/23 28/14

tend [2] 9/15 11/10
tendency [1] 5/6
    L

48/10 53/18 77/25 78/13 95/13 95/14
looked [1] 87/3
looking [8] 14/10 18/5 18/9 41/12 41/13 47/13 51/21 65/17
looks [1] 5/10
lose [5] 17/3 17/5 17/6 17/19 67/4
loss [1] 25/21
lost [1] 76/23
lot [11] 5/21 6/8 37/13 48/9 62/21 76/7 76/22 82/11 84/8 85/9 86/21
lots [1] 77/16
love [2] 46/17 81/5
loved [2] 52/21 86/20
loves [1] 75/10
low [1] 51/13
lower [6] 16/3 16/6 30/4 30/5 31/6 41/13
lowered [2] 16/7 16/15
luck [1] 96/10
lucky [2] 82/7 82/8
lung [1] 76/5

**M**

ma'am [20] 3/17 5/17 8/14 9/8 9/12 9/19 10/8 10/13 12/12 12/21 13/2 13/9 13/15 13/21 14/3 14/17 25/8 35/12 36/21 38/10
made [7] 18/20 24/5 24/6 30/19 34/15 64/17 69/9
maintains [1] 27/19
maintenance [1] 28/9
major [2] 47/12 54/16
make [24] 6/1 6/2 6/7 6/16 11/6 27/15 29/23 29/25 30/3 42/16 48/25 67/14 73/9 78/16 78/16 80/15 84/5 87/11 90/16 90/21 91/18 91/22 95/21 97/8
makes [1] 47/21
making [11] 7/7 22/4 26/15 28/18 35/20 49/8 56/12 61/10 67/2 81/11 87/23
man [5] 47/24 49/25 64/13 75/1 78/16
mandatory [4] 26/14 32/4 43/10 91/24
manner [2] 39/22 40/1
Manual [3] 39/7 40/20 42/14
many [7] 52/19 67/22 73/7 75/7 77/22 85/12 85/12
March [2] 18/10 37/19
Marcus [1] 1/15
mask [5] 20/2 23/2 47/22 48/21 49/16 50/10 56/16 56/19 58/12 59/1 59/3 59/6 61/14 71/19 71/21 73/2

**M**

**mask... [2]** 77/14 78/12
**masks [1]** 48/13
**material [1]** 92/6
**materials [1]** 57/17
**matter [8]** 7/13 27/20
39/25 68/8 68/9 69/12
69/16 98/4
**matters [1]** 4/2
**maximum [10]** 14/8
14/10 14/12 14/15
16/12 25/20 31/18
31/21 43/6 43/7
**may [23]** 1/5 3/10 4/3
15/5 17/2 17/5 17/6
17/22 19/18 33/8 54/9
63/11 63/12 66/5 71/9
72/15 72/24 73/16
81/25 85/16 88/1 93/10
95/10
**maybe [5]** 8/23 9/2
17/7 28/16 63/20
**McCoy [1]** 1/15
**McDaniel [44]** 1/18
1/19 3/11 4/8 4/20 6/19
7/20 9/22 9/25 10/5
10/16 10/18 21/16 24/3
25/2 25/7 25/10 29/13
29/14 29/20 31/25
32/12 35/11 37/16 38/4
38/12 40/10 41/2 41/25
42/19 43/21 56/4 56/5
57/3 70/20 71/23 72/14
82/23 83/8 87/19 88/18
90/21 90/25 91/10
**me [54]** 5/25 6/7 11/8
16/6 18/1 18/2 18/3
18/4 18/5 18/20 19/13
19/14 21/7 29/14 31/18
35/10 36/8 41/22 42/7
42/25 43/1 46/4 53/7
53/13 53/24 55/24 57/4
57/4 57/15 63/4 63/12
63/13 63/15 63/24
68/23 70/15 71/9 71/12
74/8 81/14 82/2 82/11
82/18 82/21 85/8 85/24
85/25 89/2 89/17 90/20
94/5 97/3 97/5 97/7
**mean [13]** 13/23 18/25
36/14 38/16 49/25 52/7
52/16 52/21 58/13
59/20 73/8 82/1 82/11
**meaning [1]** 27/22
**means [7]** 11/13 15/23
31/10 41/12 74/6 96/25
97/4
**mechanical [1]** 2/8
**Medal [2]** 75/15 75/16
**media [5]** 49/7 50/12
65/9 65/11 65/11
**medical [8]** 37/14
75/24 77/13 79/17
79/21 79/23 88/8 90/14
**medication [3]** 9/10
79/23 90/15
**medications [2]** 79/21
92/16

**medicine [2]** 8/12
76/21
**meet [1]** 67/15
**meets [1]** 47/17
**melee [1]** 48/8
**member [1]** 82/16
**members [2]** 52/19
95/14
**memo [1]** 53/8
**memorandum [2]** 37/5
37/7
**men [2]** 52/22 96/4
**mental [18]** 9/17 33/22
54/6 54/8 68/12 68/17
79/8 79/12 85/25 86/10
86/15 88/8 90/12 90/18
91/3 92/11 92/16 96/3
**mentally [2]** 80/6 88/16
**mention [3]** 32/12
52/25 54/17
**mentioned [6]** 23/25
32/19 33/19 34/11
84/14 94/1
**mentioning [1]** 82/20
**mere [1]** 53/16
**merely [1]** 8/12
**Merit [1]** 2/3
**mess [1]** 71/10
**message [4]** 55/18
55/18 63/3 64/6
**metals [1]** 75/14
**methods [2]** 52/10
52/14
**metropolitan [1]** 84/16
**microphone [2]** 6/17
22/9
**mid [2]** 51/11 51/12
**mid-level [2]** 51/11
51/12
**midnight [1]** 9/2
**might [6]** 9/11 58/23
60/4 61/23 87/14 92/7
**military [16]** 47/24
49/25 64/13 64/14 83/7
83/12 83/15 83/16
83/22 84/6 88/7 88/15
88/15 88/16 90/19 96/5
**mind [2]** 6/2 66/4
**minds [1]** 90/10
**mine [1]** 32/23
**minimize [1]** 52/1
**minimum [1]** 31/17
**minus [2]** 33/14 46/11
**minute [1]** 13/13
**minutes [2]** 21/11 78/6
**missed [1]** 50/8
**missile [1]** 75/7
**missing [1]** 37/9
**mobilize [1]** 64/18
**modifications [1]**
29/11
**moment [2]** 53/17 72/5
**Mona [2]** 1/13 3/8
**Mona Sedky [1]** 3/8
**mona.sedky2 [1]** 1/14
**monsters [1]** 72/9
**month [1]** 89/16
**months [18]** 15/13

41/24 44/2 44/4 46/11
51/10 66/10 74/7 82/1
82/1 82/2 87/22 89/14
89/15
**more [8]** 25/23 28/16
31/5 51/17 66/2 86/11
86/23 97/10
**Moss [2]** 53/4 53/5
**most [15]** 7/3 24/8 55/3
58/23 59/1 59/1 59/2
72/8 73/5 73/14 81/5
81/5 85/7 87/2 90/17
**mostly [1]** 4/6
**mother [2]** 76/15 80/4
**motion [6]** 15/6 15/15
15/22 16/4 16/8 93/19
**motions [1]** 28/22
**move [6]** 36/20 46/19
76/17 93/13 93/17
94/17
**moved [1]** 76/16
**movements [2]** 49/9
73/23
**moving [2]** 61/13 96/9
**Mr [5]** 3/15 5/12 32/12
52/3 69/13
**Mr. [151]**
**Mr. Grover [1]** 3/24
**Mr. Joshua [1]** 3/11
**Mr. Lollar [90]** 3/12
4/22 6/15 11/2 21/18
21/22 22/5 24/5 24/9
24/14 24/20 24/23
25/11 25/14 26/13
29/14 30/12 30/21
35/20 36/3 36/8 36/23
38/2 38/12 38/19 39/12
39/21 39/24 40/19 41/7
41/9 42/25 45/8 45/24
46/5 47/10 47/19 48/10
48/17 49/8 50/18 54/11
55/7 56/14 60/12 61/2
62/16 63/2 63/3 63/24
65/5 65/23 66/12 66/13
66/19 67/1 67/8 68/23
69/1 69/12 70/11 70/25
71/8 71/17 72/2 72/4
72/18 72/23 73/2 74/9
74/13 80/9 80/10 81/13
82/20 83/6 84/11 86/8
87/25 89/6 89/9 89/22
91/1 93/4 93/14 94/1
95/10 96/2 96/14 97/1
**Mr. Lollar's [19]** 4/6
5/4 10/19 37/7 40/4
40/14 47/13 53/15
58/25 70/11 73/22 74/9
82/6 88/6 88/22 89/9
91/7 93/2 96/25
**Mr. McDaniel [40]** 4/8
4/20 6/19 7/20 9/22
9/25 10/5 10/16 10/18
21/16 24/3 25/2 25/7
25/10 29/13 29/14
29/20 31/25 35/11
37/16 38/4 38/12 40/10
41/2 41/25 42/19 43/21
56/4 56/5 57/3 70/20
71/23 72/14 82/23 83/8
87/19 88/18 90/21 90/25

91/10
**Ms. [24]** 3/9 3/20 4/18
10/18 15/14 22/7 23/19
33/19 37/20 40/8 40/24
42/3 44/8 44/14 45/22
46/1 46/5 56/3 70/22
81/20 87/6 93/15 93/21
96/23
**Ms. Landon [2]** 44/14
96/23
**Ms. Sedky [22]** 3/9
3/20 4/18 10/18 15/14
22/7 23/19 33/19 37/20
40/8 40/24 42/3 44/8
45/22 46/1 46/5 56/3
70/22 81/20 87/6 93/15
93/21
**MSNBC [1]** 65/8
**much [7]** 8/22 30/25
76/20 81/9 86/23 95/20
96/21
**multiple [4]** 49/8 53/21
75/6 79/17
**must [15]** 73/4 89/9
91/23 91/24 91/25 92/1
92/2 92/5 92/5 92/6
92/9 92/11 92/16 92/19
93/21
**my [38]** 3/12 6/23 7/6
7/16 8/11 11/1 18/15
18/16 18/19 18/21
19/23 30/1 30/3 33/23
39/1 40/8 41/10 45/3
46/13 49/1 52/13 58/18
59/18 59/23 59/24 70/9
74/21 80/18 80/21 81/2
81/3 81/3 81/3 81/6
81/8 81/14 87/12 89/3
**myself [2]** 44/16 53/8

**N**

**name [5]** 8/4 44/20
74/20 74/21 91/12
**narcotic [1]** 9/18
**National [2]** 75/15
76/12
**nature [6]** 35/21 51/14
53/14 54/4 62/13 86/6
**near [2]** 80/25 81/1
**nearly [1]** 69/11
**necessary [2]** 11/22
67/14
**need [24]** 7/3 7/4 17/18
17/20 33/5 47/9 47/11
64/5 64/5 64/22 71/21
79/11 86/3 86/6 86/25
87/7 90/8 90/17 92/19
94/9 94/12 96/7 96/7
97/10
**needed [4]** 68/15 83/1
90/11 90/12
**needs [4]** 54/23 55/7
91/3 96/8
**nefarious [1]** 65/13
**negotiation [1]** 34/12

**negotiations [1]** 24/13
**neither [1]** 15/14
**never [6]** 14/18 37/14
78/20 78/22 79/1 80/25
**new [2]** 1/15 94/21
**newly [4]** 15/9 15/13
15/16 16/14
**News [2]** 65/6 65/8
**next [8]** 4/8 33/4 42/7
54/2 58/18 59/23 64/7
87/11
**night [1]** 73/7
**nightmares [1]** 85/12
**nightmarish [2]** 51/18
52/15
**no [43]** 1/4 5/17 8/1
8/23 9/12 9/19 10/23
16/22 18/19 32/11 34/3
34/9 34/18 34/22 35/8
35/12 36/21 37/11
37/22 37/25 38/21
38/23 40/9 40/11 41/1
41/4 42/11 46/8 51/8
53/15 56/18 57/8 58/1
59/16 61/5 61/7 61/12
61/13 61/14 72/5 77/9
79/22 83/3
**nod [1]** 8/2
**non [1]** 30/16
**non-violent [1]** 30/16
**nonalcoholic [1]** 76/5
**Normally [1]** 55/5
**not [137]**
**notation [1]** 44/11
**note [1]** 46/23
**noted [1]** 43/5
**nothing [6]** 10/21 56/1
60/12 60/13 73/19 81/4
**noticing [1]** 17/16
**notify [2]** 90/6 92/6
**November [3]** 4/15
4/15 4/17
**now [56]** 6/14 6/22
6/24 8/4 11/0 11/19
11/25 12/13 12/22 13/4
13/17 15/13 15/25 16/6
16/7 17/1 17/11 17/12
17/16 17/21 17/25
18/13 19/17 31/4 32/11
32/19 33/2 33/7 33/18
33/24 36/3 36/18 39/4
40/13 42/6 42/25 51/5
51/15 62/18 64/23 65/7
65/16 65/17 66/15 72/5
72/17 74/5 74/8 74/11
76/4 79/25 80/1 80/10
93/15 94/15 97/15
**number [4]** 40/23 49/3
49/5 67/20
**Number 1 [1]** 40/23
**numerous [1]** 75/5
**nurture [1]** 76/18
**NW [1]** 2/5

**O**

**oath [6]** 6/10 6/13 6/25
7/6 7/11 83/11
**object [3]** 46/5 46/8

**O**

object... [1] 93/22
objection [6] 37/20 38/16 38/19 38/23 40/8 40/24
obligation [2] 25/24 90/7
observation [1] 11/1
obstruct [3] 21/2 39/20 50/17
obstructing [1] 80/23
obstruction [4] 21/16 35/14 36/3 36/24
obtain [1] 54/6
obtaining [1] 54/8
obviously [7] 25/12 31/4 31/5 38/16 42/15 42/16 86/20
occasions [1] 75/13
October [1] 29/10
off [1] 73/2
offense [36] 16/4 18/1 18/7 18/14 18/16 18/17 18/22 19/1 19/9 20/24 21/7 23/20 23/23 25/22 26/18 26/19 30/15 30/16 36/1 38/25 39/2 39/9 39/11 39/14 39/18 40/4 40/7 41/17 41/23 46/24 47/14 50/19 51/14 53/14 62/24 86/6
offenses [3] 87/1 87/2 87/4
offensive [5] 60/4 60/5 60/8 61/16 61/23
offer [9] 10/1 10/7 24/3 24/4 24/5 24/7 24/8 24/17 64/1
offered [2] 24/13
offers [1] 24/6
office [15] 17/4 30/13 30/19 31/11 32/21 44/1 63/5 63/6 63/16 79/7 92/18 92/23 93/2 94/11 97/2
Office's [1] 39/5
officer [16] 2/2 47/7 49/21 49/22 58/25 59/3 59/5 59/6 60/2 61/20 61/22 73/13 78/12 83/15 92/10 92/13
officer's [2] 59/9 59/9
officers [26] 48/13 49/16 49/20 50/3 52/17 55/16 58/10 58/14 58/16 58/17 60/15 61/3 61/4 61/13 61/17 61/23 62/14 73/7 73/9 73/18 84/7 84/15 84/16 84/16 85/5 85/13
officers' [1] 61/14
official [7] 2/4 21/2 25/16 35/14 36/4 36/24 80/23
often [2] 15/4 87/1
oh [5] 4/8 10/6 45/17 89/3 96/23
okay [53] 4/2 4/24 7/18

9/13 10/9 10/14 10/24 13/3 13/16 13/22 14/4 14/25 15/20 16/25 17/10 18/12 19/3 20/6 22/25 23/8 23/11 23/18 23/24 24/19 25/9 30/9 31/3 32/10 33/1 34/23 36/22 38/1 38/11 38/22 40/12 41/16 42/5 43/17 44/6 45/20 46/9 46/16 56/1 62/17 64/12 80/20 95/9 97/6
old [1] 8/6
one [42] 7/16 11/4 11/5 11/5 14/18 26/4 31/20 36/8 40/1 40/19 44/25 49/3 49/15 49/15 49/18 49/19 50/8 50/24 52/2 53/19 57/13 58/22 61/4 61/6 63/6 69/4 71/4 72/6 72/6 73/14 77/9 77/13 77/19 83/12 82/21 88/22 89/16 89/17 92/3 96/19 97/8 97/9
one-level [1] 40/1
one-page [1] 36/8
onerous [1] 86/12
ones [3] 52/21 57/6 81/5
only [6] 24/4 53/19 55/5 64/1 67/17 97/9
open [3] 11/1 34/17 55/17
operating [3] 65/3 65/4 73/5
operation [1] 75/4
opinion [1] 87/16
opinions [1] 63/11
opportunity [12] 17/19 21/18 27/23 28/3 66/2 66/3 67/2 69/15 73/3 80/10 95/21 95/24
order [15] 5/25 6/7 19/12 21/15 39/19 50/17 64/6 64/6 67/14 68/20 76/16 90/1 92/24 94/6 94/10
ordered [3] 94/13 94/17 95/7
ordering [1] 96/15
orders [2] 53/23 54/6
ordinary [1] 52/4
original [1] 54/12
originally [1] 4/10
other [20] 7/12 9/10 11/21 16/16 20/11 24/6 26/9 34/5 34/16 49/6 49/19 53/12 55/18 62/22 62/23 83/24 84/17 86/13 87/2 87/3
others [1] 76/8
otherwise [1] 81/15
ought [1] 88/12
our [17] 3/21 5/19 46/10 46/10 52/3 53/2 53/11 54/9 67/21 70/19

81/6 86/3 91/16
ourselves [1] 51/24
out [20] 4/16 21/5 39/5 41/11 50/9 52/5 53/9 55/15 55/19 63/23 65/20 69/10 73/9 77/4 78/15 78/16 82/22 82/22 87/1 91/20
outdoor [1] 52/11
outing [2] 77/2 77/8
outlined [1] 29/7
outlining [1] 24/1
outnumbered [1] 73/4
outpatient [1] 92/20
outset [2] 46/4 70/14
outside [1] 42/12
over [17] 7/14 7/24 8/24 11/14 13/12 19/8 25/1 25/3 25/12 26/11 29/4 33/4 43/5 63/21 75/3 79/25 88/25
overall [2] 4/6 62/8
overcome [1] 74/2
overthrow [6] 52/12 70/19 71/2 83/21 84/7 87/17
own [13] 6/6 12/6 18/19 28/3 28/25 29/23 30/1 30/3 34/25 35/23 48/23 53/25 85/5

**P**

p.m [2] 1/6 97/17
page [3] 4/9 18/9 36/8
page 1 [1] 4/9
page 7 [1] 18/9
paid [1] 90/7
papers [2] 38/7 54/10
paperwork [1] 8/12
paragraph [3] 19/11 19/11 20/23
paragraph 13 [1] 19/11
paraphernalia [1] 72/18
parental [1] 90/9
parents [1] 81/3 82/12
parole [2] 33/12 79/7
part [13] 19/17 32/1 35/3 50/16 62/7 75/8 78/18 78/21 78/22 81/14 81/15 89/22 93/6
participate [6] 66/11 72/3 91/1 91/8 92/11 92/20
participated [1] 66/23
participation [2] 53/15 68/12 92/14
particular [5] 21/20 46/18 48/6 55/6 83/12
particularly [4] 63/2 88/9 88/11 88/21
parties [7] 3/5 23/24 23/25 27/21 42/11 42/23 44/6
parts [2] 48/3 84/17
passage [1] 52/1
passing [1] 48/16

path [1] 96/1
patriot [1] 75/10
patriots [5] 23/16 50/20 84/23 84/25 85/6
Pause [2] 19/20 21/13
pay [11] 25/24 26/5 32/1 43/11 89/17 89/20 89/24 90/1 92/5 92/5 92/8
payable [1] 90/3
peaceful [1] 71/22
pecuniary [1] 25/21
penal [1] 43/4
penalties [3] 25/24 94/23 94/24
penalty [3] 43/6 94/19 94/20
pendency [1] 68/9
pending [4] 67/6 69/13 69/16 94/22
people [25] 20/11 52/20 57/5 63/7 64/5 64/21 73/11 73/19 77/4 77/17 78/9 78/15 79/25 81/16 81/24 82/11 83/4 84/13 84/23 84/24 85/12 87/10 95/14 96/4 96/4
pepper [1] 48/20
per [3] 26/5 32/5 33/14
percent [1] 76/2
performing [1] 85/2
perhaps [1] 47/7
period [6] 17/8 22/22 31/8 66/14 96/13 96/16
perjury [1] 7/7
permission [2] 20/25 93/10
permit [3] 20/4 71/18 86/2
person [8] 3/15 3/20 34/5 39/19 72/15 82/15 95/12 95/23
personal [1] 53/25
persons [1] 65/1
petition [1] 15/5
phase [1] 11/4
phone [1] 79/10
photographs [2] 23/12 72/22
physical [32] 39/19 46/23 46/25 47/2 47/2 47/3 47/10 47/11 47/12 52/16 56/15 58/10 58/19 59/2 59/15 59/16 59/18 59/21 59/24 60/1 60/3 60/6 60/10 60/14 61/9 61/20 61/22 61/25 72/19 72/23 72/24 84/2
physically [2] 80/6 88/17
physician [1] 92/17
pictures [1] 51/22
place [7] 6/10 40/16 64/2 68/4 68/5 69/7 76/16
placed [1] 6/13

places [1] 40/22
Plaintiff [1] 1/4
planned [1] 86/12
plans [1] 77/9
plea [73] 1/10 4/9 4/9 5/1 5/6 5/9 5/11 5/23 5/25 6/2 6/3 6/4 6/5 10/1 10/7 11/3 12/23 13/17 15/1 15/21 16/17 16/21 19/12 19/13 22/4 24/1 24/4 24/5 24/7 24/8 24/13 24/13 24/14 24/17 24/24 25/15 26/2 26/4 27/3 28/6 28/9 28/10 29/8 29/10 29/15 29/16 30/6 30/10 30/18 30/20 30/25 32/1 33/25 34/2 34/11 34/16 34/21 34/24 35/6 35/11 35/22 35/22 36/1 36/2 37/4 40/14 41/10 42/11 43/5 74/12 89/23 93/7 93/22
plea agreement [25] 4/9 4/9 5/1 13/17 15/21 24/1 24/4 24/24 26/2 27/3 28/6 28/9 28/10 29/8 29/10 29/15 30/6 30/20 34/11 37/4 40/14 42/11 89/23 93/7 93/22
plead [7] 4/10 5/22 10/20 11/11 17/23 35/16 35/18
pleaded [3] 5/13 5/15 36/23
pleading [10] 7/2 8/18 11/7 13/10 17/1 34/7 35/24 43/7 51/2 80/22
please [7] 3/5 3/11 6/12 7/22 21/14 25/11 45/14
pleased [1] 71/4
pledged [1] 93/13
PLLC [1] 1/19
plus [11] 46/11 46/18 46/22 47/9 47/18 49/10 50/15 50/16 50/23 51/4 52/17
plus 8 [7] 46/18 46/22 47/9 47/18 49/10 50/23 51/4
Poc [1] 1/15
pockets [1] 54/22
point [13] 7/25 10/10 22/14 23/6 26/25 28/8 40/21 44/6 50/8 53/19 56/9 60/19 82/22
pointed [2] 53/9 82/22
points [12] 26/21 27/1 39/13 40/16 40/20 56/9 56/13 60/16 60/24 62/1 62/15 68/25
police [14] 34/5 49/9 53/23 62/3 72/24 73/4 73/13 73/24 73/25 74/2 80/25 84/7 84/16 84/16
policy [1] 42/13
political [1] 72/4
politicians [1] 85/1

**P**

portion [1] 94/4
position [4] 28/4 56/23 59/14 65/24
positioned [1] 48/11
positions [1] 49/4
possess [2] 17/6 92/1
possibility [1] 64/7
possible [3] 57/2 83/2 95/4
possibly [1] 46/12
post [2] 51/15 62/5
posted [1] 78/19
potential [1] 30/22
power [4] 52/8 74/2 83/19 85/18
praying [5] 79/25 80/1 80/1 80/2 95/14
prejudice [1] 93/17
preparation [2] 5/9 37/1
prepare [1] 13/7
prepared [4] 21/22 23/21 23/22 71/19
prescribe [1] 43/4
prescribed [1] 92/17
presence [1] 85/17
present [4] 3/4 3/12 3/25 12/6
presented [4] 11/16 71/15 71/16 83/3
Presentence [18] 17/12 17/17 37/2 37/17 37/18 37/21 38/7 38/13 38/24 39/4 40/14 40/18 41/19 42/9 45/13 45/15 92/23 93/1
president [11] 20/8 56/22 56/25 57/6 57/18 62/8 64/24 75/17 76/23 77/1 83/8
President Trump [1] 76/23
President's [1] 77/17
pressing [1] 59/8
presumably [1] 47/25
presume [1] 29/2
presumed [1] 12/23
pretrial [8] 4/3 28/22 54/14 54/18 68/10 68/24 69/1 94/3
pretty [2] 71/8 78/10
previous [3] 11/2 40/19 77/2
previously [1] 24/6
principled [1] 87/24
prison [1] 31/10
prisons [7] 46/7 79/20 82/9 86/14 89/14 91/15 91/21
private [1] 7/20
privileges [1] 70/18
pro [1] 7/13
probably [4] 45/11 49/9 55/3 95/22
probation [20] 2/2 31/11 32/21 37/3 39/5 44/1 44/17 44/22 46/22

92/10 92/13 92/18 92/23 93/2 94/11 97/2
Probation Office [1] 31/11
probationary [2] 69/25 87/20
problem [1] 68/18
problematic [1] 58/23
problems [2] 76/6 95/18
Procedure [2] 15/6 30/11
procedures [1] 5/20
proceed [1] 4/25
proceeding [14] 5/9 7/4 7/9 11/21 21/3 21/3 25/17 28/21 28/23 35/6 35/15 36/4 36/24 80/24
proceedings [4] 1/10 2/8 97/17 98/4
process [6] 26/22 65/18 66/3 66/7 67/3 67/5
produced [2] 2/8 28/17
productive [1] 96/2
proffer [1] 23/20
program [12] 75/23 90/9 90/10 91/2 91/2 91/4 91/8 92/12 92/13 92/15 92/21 92/22
progress [1] 67/2
promised [2] 34/6 34/19
promises [2] 34/15 34/16
promote [2] 54/3 55/1
propelling [1] 49/14
proper [2] 64/2 90/14
property [1] 39/19
prosecuted [4] 7/7 30/13 72/10 72/11
prosecution [4] 7/9 39/25 78/6 78/18
prosecutor [6] 15/10 17/25 32/20 34/5 34/13 70/23
prosecutors [1] 70/15
protect [2] 50/4 52/23
protections [1] 71/3
protective [2] 48/14 77/15
protest [3] 52/11 77/10 83/2
protested [1] 57/5
protesters [1] 81/1
proud [3] 70/14 75/2 88/25
prove [6] 12/15 12/16 12/24 23/21 47/9 47/11
proven [1] 28/19
provide [3] 69/7 70/5 87/13
provided [2] 11/1 43/24
provider [1] 92/14
providing [1] 68/6
PSR [1] 44/11

PTSD [6] 68/1 68/3 75/25 76/13 79/17 84/1
public [2] 17/4 77/5
pull [2] 58/25 59/3
pulling [1] 59/6
punch [2] 72/25 73/21
punish [2] 67/1 67/1
punishing [1] 72/4
punitive [1] 67/5
Purple [5] 67/18 67/18 67/23 75/13 75/17
purpose [2] 39/2 56/10
purposes [3] 22/12 33/21 51/24
pursuant [5] 25/22 26/20 39/12 39/17 93/4
push [3] 49/18 61/6 73/3
pushback [1] 69/3
pushes [5] 49/15 49/19 49/20 49/21 61/6
pushing [8] 49/23 59/9 61/12 72/25 73/24 73/24 73/24 78/10
put [9] 12/9 12/14 12/18 23/2 23/7 49/18 53/8 80/4 81/6
puts [1] 48/21
puzzled [1] 44/10

**Q**

quantum [1] 47/3
question [13] 7/16 7/23 7/24 10/19 28/9 36/20 44/10 56/12 58/4 61/5 61/7 69/5 79/7
questions [9] 5/21 6/8 6/16 6/25 7/5 7/7 7/10 7/16 33/24
quiet [1] 48/8
quite [6] 24/9 49/10 51/13 53/24 55/4 82/18

**R**

raise [1] 6/11
raising [1] 55/14
rally [10] 20/7 20/10 57/17 57/19 60/18 61/21 72/2 72/2 72/6 76/24 77/21
ran [2] 84/17 84/18
range [29] 14/8 16/3 16/5 16/13 16/15 27/11 27/13 29/20 29/25 30/1 30/2 31/6 32/20 32/21 39/6 41/12 41/13 41/20 41/24 42/13 43/3 43/9 51/10 51/11 51/13 71/9 74/5 74/6 88/5
ranges [5] 27/7 32/23 42/6 81/24 81/24
ranging [1] 82/1
reached [1] 29/11
read [8] 8/12 10/15 18/14 25/1 38/12 52/19 80/15 80/18
reading [1] 80/17

real [1] 73/20
realize [2] 21/24 95/10
realized [5] 4/13 22/1 22/15 22/23 89/6
realizing [1] 17/12 22/21
really [1] 53/7 53/9 60/23 63/17 64/4 64/5 64/19 73/8 79/8 89/6 96/1
Realtime [1] 2/4
reason [4] 19/6 45/5 51/12 69/3
reasonable [4] 12/17 28/20 70/24 87/24
reasons [1] 55/20
recall [3] 23/6 54/9 93/21
received [13] 9/16 10/10 14/22 16/13 24/9 37/2 37/6 37/14 57/14 67/18 67/18 67/23 75/13
receives [2] 39/13 40/19
recently [2] 9/16 73/10
recess [1] 78/2
recidivism [1] 54/1
recitation [1] 38/24
recommend [7] 16/3 29/21 31/20 90/20 91/1 91/8 91/13
recommendation [8] 37/3 37/18 43/25 45/12 45/19 90/21 91/19 91/22
recommended [3] 44/2 44/4 45/6
recommending [1] 45/4
record [5] 3/6 44/2 44/21 71/12 98/3
recorded [1] 2/8
recording [1] 23/15
recordings [1] 23/13
recovery [1] 75/23
reduction [2] 39/23 40/2
refer [1] 26/15
reflect [3] 5/2 24/4 66/2
reflexive [1] 49/17 58/24
refrain [1] 92/1
refused [1] 54/13 79/20
regard [9] 4/5 24/3 26/24 38/16 38/17 70/10 71/5 72/15 86/25
regarding [4] 27/1 27/24 38/25 90/22
Registered [1] 2/3
regret [2] 84/11 84/13
regulations [2] 92/12 92/21
rehabilitation [1] 91/7
rehabilitative [1] 45/7
reject [1] 24/17

related [3] 69/2 91/3 91/5
relates [4] 27/20 56/8 60/12 69/18
relatively [1] 95/12
release [31] 14/1 25/23 31/9 31/10 31/18 43/8 44/5 44/10 44/12 44/14 45/1 45/5 45/7 45/24 68/10 68/24 69/20 89/17 91/23 92/3 92/4 92/23 94/22 94/25 95/1 95/6 96/23 96/25 97/1 97/5 97/9
released [2] 95/22 96/20
rely [2] 23/19 23/23
relying [1] 22/3
remain [3] 48/22 69/15 97/3
remained [2] 22/1 49/11
remaining [1] 26/8 93/13
remains [1] 48/21
remember [2] 7/4 54/10
remorse [3] 85/7 85/9 85/11
remove [1] 54/20
removed [1] 49/14
repeat [3] 7/19 10/3 33/5
repeatedly [1] 73/24
report [20] 4/3 17/13 17/17 37/2 37/17 37/18 38/25 39/1 39/5 40/18 41/19 42/9 45/14 45/15 92/24 93/2
reporter [6] 2/3 2/3 2/4 2/4 8/2 80/18
represent [3] 18/4 57/1 69/21
represented [3] 11/20 29/9 39/21
represents [1] 24/8
request [2] 91/16 93/10
requesting [1] 69/24
require [2] 12/7 57/10
required [3] 44/15 60/7 68/17
requirement [2] 60/8 67/13
requirements [1] 47/18
requires [2] 28/6 42/25
requiring [1] 67/11
resentence [1] 16/6
resentence [1] 27/21
reserves [1] 27/19
residence [1] 54/16
resist [1] 50/14
resisting [1] 49/13
Resolve [1] 91/2
resolving [1] 26/7
respect [6] 27/9 28/4

**R**

**respect... [4]** 54/3 55/1 82/6 82/14
**respond [1]** 65/3
**responding [1]** 59/3
**responds [2]** 59/1 65/15
**responsibility [5]** 39/22 58/2 62/10 65/21 80/21
**responsible [5]** 62/23 63/7 64/9 64/24 68/6
**restitution [10]** 13/25 26/1 29/6 32/2 43/11 89/24 90/1 92/6 92/8 96/12
**restricted [1]** 72/13
**result [11]** 27/7 29/2 66/17 67/24 68/2 69/8 71/11 84/2 89/25 90/19 94/18
**resulted [1]** 34/12
**retired [2]** 73/15 84/6
**retirement [2]** 76/15 84/20
**return [2]** 70/1 93/1
**returned [1]** 26/10
**revealed [1]** 84/8
**review [3]** 19/15 62/12 62/12
**reviewed [3]** 37/2 37/4 37/7
**revoked [1]** 95/2
**rewatched [2]** 49/5 49/6
**rifle [3]** 20/3 86/1 86/3
**right [94]** 3/12 4/1 4/25 5/3 6/11 6/14 6/22 8/10 8/15 8/25 9/20 10/25 11/10 11/11 11/17 11/20 12/1 12/6 12/7 12/8 13/5 13/11 13/18 14/6 14/12 14/19 14/20 15/2 15/7 15/8 15/22 15/25 16/4 16/7 16/8 16/17 17/3 17/4 17/5 17/6 17/22 19/5 19/22 20/17 21/21 22/13 22/16 22/20 23/1 24/22 27/3 27/4 27/6 28/2 28/22 28/24 32/18 33/8 35/9 35/13 35/19 36/11 36/15 36/17 36/19 41/5 42/21 43/23 46/1 46/16 54/24 55/25 56/11 57/12 58/3 64/11 72/3 72/17 74/12 74/13 74/14 74/15 74/18 78/9 79/25 80/1 80/13 81/14 83/7 89/2 91/18 93/5 93/25 95/7
**rights [6]** 16/21 17/3 28/13 29/4 70/18 93/6
**riot [6]** 57/25 58/6 58/6 58/8 71/20 73/10
**rioters [2]** 48/15 85/15
**riots [2]** 77/16 89/25
**rise [6]** 21/12 62/25

**rises [1]** 62/25
**RMR [2]** 98/2 98/8
**rocks [1]** 77/17
**role [1]** 52/3
**rolls [1]** 48/7
**Room [2]** 1/16 2/6
**Rotunda [16]** 23/1 47/14 47/16 47/17 48/6 48/8 48/19 50/9 51/3 55/12 58/11 59/8 60/18 77/23 78/5 78/6
**route [1]** 82/9
**rule [3]** 15/6 30/11 51/6
**rules [4]** 31/12 31/13 92/12 92/21
**ruling [1]** 70/9
**run [2]** 85/24 88/10
**run-ins [1]** 85/24
**run-up [1]** 88/10
**rush [1]** 7/21
**Ryan [1]** 8/5

**S**

**Saddam [1]** 75/9
**safety [1]** 54/16
**said [16]** 7/21 12/24 29/20 31/25 53/6 62/2 62/2 67/16 68/10 73/4 74/5 81/20 82/14 87/1 87/6 95/15
**salient [1]** 25/10
**same [4]** 33/6 63/5 65/7 66/16
**sat [3]** 62/21 65/5 65/6
**satisfied [3]** 9/21 35/19 38/3
**saw [3]** 49/14 73/16 75/5
**say [24]** 5/22 7/17 7/23 14/12 15/12 16/5 17/12 17/14 19/10 22/12 35/7 36/19 47/1 50/7 52/21 58/15 58/15 70/14 73/18 74/19 79/10 84/10 85/4 88/4
**saying [4]** 55/11 59/15 59/16 63/25
**says [4]** 18/13 19/10 36/9 62/4
**scars [1]** 52/21
**school [1]** 8/8
**scratched [1]** 4/16
**screen [1]** 3/18
**screening [1]** 33/22
**scripts [1]** 5/10
**scrum [1]** 48/8
**SE [1]** 1/19
**season [1]** 55/17
**seated [2]** 3/12 21/14
**second [4]** 11/5 14/20 50/16 78/22
**section [18]** 1/14 15/23 25/17 25/19 25/22 26/20 33/4 33/25 35/16 36/5 39/11 39/12 39/17 39/24 40/2 40/16 42/25 93/4

42/25
**Section 3582 [1]** 75/9
**Section 3E1.1 [2]** 39/24 40/2
**secure [1]** 54/20
**Sedky [24]** 1/13 3/8 3/9 3/20 4/18 10/18 15/14 22/7 23/19 33/19 37/20 40/8 40/24 42/3 44/8 45/22 46/1 46/5 56/3 70/22 81/20 87/6 93/15 93/21
**see [10]** 20/16 48/24 78/14 85/5 86/9 87/10 90/25 97/5 97/6 97/7
**seeing [1]** 49/13
**seeking [2]** 51/11 51/12
**seeks [2]** 39/16 91/4
**seem [2]** 81/20 89/2 94/3
**seemed [2]** 37/13 44/11
**seen [6]** 3/15 3/18 3/20 4/3 18/7 24/24
**sees [2]** 58/21 60/11
**segues [1]** 54/2
**selected [1]** 75/8
**selfie [1]** 48/23
**selfishly [1]** 81/6
**semi [1]** 20/3
**semi-automatic [1]** 20/3
**send [4]** 55/17 63/2 64/6 80/5
**Senior's [1]** 82/20
**sent [3]** 31/10 31/14 95/2
**sentence [58]** 13/19 13/23 13/24 13/24 14/6 14/7 14/9 14/10 14/12 14/14 14/21 15/2 15/9 15/12 15/16 15/23 16/12 18/6 25/20 26/16 27/20 27/24 30/22 32/14 33/3 33/8 33/13 34/8 34/20 42/12 42/18 44/2 45/1 53/6 54/24 55/22 62/19 66/8 66/25 67/11 67/13 69/24 69/25 70/3 71/7 81/23 82/4 84/3 87/12 87/19 87/20 87/22 88/20 91/14 92/25 93/5 95/3 95/10
**sentenced [2]** 15/11 89/16
**sentences [1]** 82/1
**sentencing [33]** 1/10 5/7 15/24 19/7 26/12 26/13 27/24 28/4 31/19 32/12 32/13 33/5 36/20 37/1 37/3 37/5 37/7 37/18 38/9 39/3 39/10 39/17 41/20 43/2 43/3 43/14 43/25 53/5 53/8 74/12 74/14 81/16

**sentencings [2]** 5/10 62/22
**September [1]** 98/7
**series [1]** 6/25
**serious [3]** 47/4 81/17 89/6
**seriousness [1]** 54/25
**servants [1]** 85/13
**serve [5]** 17/6 70/2 86/18 89/16 91/14
**served [8]** 64/15 64/19 67/17 67/17 75/3 75/4 83/16 86/21
**service [13]** 67/19 67/24 68/22 83/13 84/1 84/2 88/6 88/7 88/15 88/15 88/16 90/19 95/17
**services [7]** 9/21 38/3 45/7 45/8 54/14 54/18 69/1
**serving [2]** 70/6 95/3
**session [1]** 78/2
**set [6]** 21/5 30/14 37/21 38/20 38/24 93/12
**several [2]** 75/13 75/25
**severe [2]** 75/25 86/11
**shall [3]** 90/5 92/23 93/1
**shield [5]** 49/21 50/3 59/9 59/10 61/7
**shields [1]** 48/14
**shortest [1]** 11/4
**should [25]** 7/5 7/23 10/1 27/4 27/5 27/10 27/12 28/8 42/16 42/17 42/18 44/2 44/16 45/21 51/10 60/25 61/11 61/12 61/13 68/16 80/25 83/23 87/18 94/21 94/25
**shoulder [1]** 49/19
**shouldn't [3]** 9/14 61/15 73/17
**shoving [3]** 47/6 50/2 72/25
**show [5]** 47/15 50/16 72/22 95/19 95/24
**shows [2]** 47/20 50/9
**shut [2]** 23/16 50/20
**side [2]** 38/23 46/14
**sight [1]** 67/4
**sign [4]** 36/6 36/12 36/17 50/10
**signature [3]** 18/10 18/17 18/23
**signed [1]** 18/13
**significant [5]** 52/4 54/24 55/3 55/8 71/6
**significantly [1]** 31/6
**signing [1]** 18/25 19/12 36/14
**signs [2]** 52/11 87/10
**similar [2]** 87/4 87/4
**Similarly [1]** 29/25
**simply [1]** 15/23

**since [7]** 3/20 16/6 34/6 73/8 76/3 79/16 83/20
**sink [1]** 89/7
**sir [3]** 8/6 74/20 96/10
**sit [6]** 6/15 11/14 28/16 51/6 70/7 95/12
**situation [3]** 82/4 82/19 86/19
**six [3]** 75/3 83/16 93/25
**slip [1]** 95/18
**slip-ups [1]** 95/18
**slipping [1]** 85/5
**slow [1]** 80/17
**so [17]**
**so I think [1]** 55/20
**So it's [1]** 64/12
**So this is [2]** 5/3 64/13
**social [1]** 50/12
**sold [1]** 76/15
**some [40]** 4/2 4/5 7/16 8/9 10/10 17/4 19/18 22/2 22/14 22/22 23/6 26/23 28/8 28/9 33/7 33/24 48/23 52/19 53/1 53/22 54/9 55/7 56/15 57/2 63/2 64/19 68/16 69/18 71/9 84/18 84/19 84/19 85/24 85/25 86/10 86/15 86/19 94/9 95/17 95/18
**somebody [2]** 55/12 61/8
**somehow [1]** 57/18
**someone [4]** 56/23 57/10 65/8 83/15
**someplace [1]** 58/5
**something [12]** 24/17 37/9 53/6 59/4 60/5 60/5 61/16 64/5 65/13 84/10 87/14 95/21
**sometimes [11]** 15/3 16/1 16/12 17/13 30/4 41/10 41/11 41/11 41/12 67/4 81/20
**son [2]** 66/20 82/16
**sooner [2]** 45/21 95/22
**sorry [5]** 10/3 53/7 77/7 81/3 81/8
**sort [4]** 48/23 52/7 87/2 89/3
**sought [1]** 37/14
**sound [2]** 6/2 88/1
**space [1]** 22/2
**spaghetti [1]** 72/9
**speak [13]** 7/20 22/9 27/23 28/3 44/7 56/5 74/13 74/14 74/15 74/15 74/17 74/18 80/10
**speaking [3]** 6/17 85/21 85/22
**speaks [6]** 62/6 66/7 66/12 66/18 70/17 70/18
**special [7]** 26/5 26/20 43/10 89/18 89/22 90/2

special... [1] 92/5
specific [6] 39/13
46/24 47/11 55/8 87/7
91/12
specifically [2] 21/4
91/4
specifies [1] 30/12
specify [1] 47/3
speed [1] 80/18
spend [2] 55/12 67/8
spent [3] 66/10 66/10
67/8
spine [1] 76/1
spitting [1] 78/14
spoke [1] 44/17
spoken [3] 21/18 68/13
82/13
sprayed [2] 48/20
78/13
Spring [1] 19/23
staff [1] 52/19
stage [1] 11/21
stance [2] 48/14 53/11
stand [3] 6/10 53/11
77/1
standard [2] 83/18
83/22
standing [1] 78/9
start [2] 19/8 47/8
started [2] 78/15 89/7
starting [2] 3/6 79/18
starts [1] 78/14
state [7] 17/2 23/15
33/11 44/20 70/25
74/20 91/25
stated [6] 4/10 4/10
29/5 34/17 39/1 43/18
statement [20] 7/8
18/1 18/7 18/14 18/16
18/17 18/22 19/1 19/9
20/23 21/7 23/19 23/23
30/15 47/13 49/23
50/19 78/19 80/14
84/11
statements [5] 7/8
38/20 42/13 50/18
52/19
states [15] 1/1 1/3 1/11
3/3 3/8 17/4 20/24 21/6
26/11 26/13 36/9 63/6
75/3 75/18 84/22
stationary [1] 49/11
status [1] 94/15
statute [7] 14/13 28/7
28/10 31/17 31/22 43/8
43/12
statutes [1] 43/4
statutory [4] 14/8
14/15 16/12 43/18
stay [2] 22/10 87/18
stayed [1] 22/22
staying [1] 52/4
stays [1] 48/18
steadfastly [1] 48/17
stenography [1] 2/8
step [3] 42/7 59/23
66/22

still [16] 9/4 14/6 14/20
15/8 15/22 16/7 17/23
22/1 22/2 27/3 30/5
60/2 64/23 68/1 85/14
95/23
stomach [1] 50/2
stop [4] 57/15 74/2
83/18 85/17
story [1] 52/2
straight [1] 48/11
Street [1] 1/19
stressful [1] 73/5
strikes [1] 61/4
striking [1] 61/3
strong [2] 49/25 55/7
struck [2] 53/7 83/6
stuff [1] 77/18
stumbles [1] 95/24
subject [5] 31/11 67/20
93/6 94/23 95/3
subjected [1] 31/8
submit [12] 47/17 54/4
55/16 58/10 59/22
60/10 60/22 61/9 61/11
62/11 69/23 92/2
submitted [3] 23/25
68/21 72/21
subpoena [1] 12/7
subsided [1] 51/19
substance [4] 92/1
92/2 92/19 92/20
substantial [5] 26/21
39/14 47/12 68/23 94/4
subtotal [1] 40/21
such [4] 17/3 66/16
83/4 90/6
suffered [3] 52/17
83/25 90/19
suffering [2] 76/13
85/14
sufficient [4] 22/7
22/12 67/14 94/5
suggested [5] 5/5 5/6
34/6 34/20 62/20
suggestion [2] 55/23
87/24
suggests [1] 60/13
suicide [1] 84/19
summarize [1] 25/10
superseding [7] 4/14
4/16 5/2 10/11 25/15
26/9 93/18
supervise [1] 92/14
supervised [21] 14/1
25/23 31/9 31/18 43/8
44/5 44/10 44/12 44/14
45/1 45/5 45/7 45/24
89/17 91/23 92/4 96/23
96/24 97/1 97/2 97/9
supervision [2] 31/11
55/10
support [10] 56/21
56/25 62/8 65/2 66/24
68/7 70/5 77/1 83/12
83/14
supplement [1] 58/20
supporter [1] 57/18

supportive [2] 56/23
61/21
supposed [6] 20/19
20/22 21/24 22/15
22/21 82/24
sure [8] 6/17 11/6
14/11 23/7 30/22 80/15
90/16 97/8
surprised [2] 30/5
44/16
surrender [10] 93/23
94/6 94/11 94/12 94/16
94/17 94/22 95/1 95/6
95/7
surrendered [1] 86/14
susceptible [1] 88/11
sustained [1] 75/18
swung [2] 72/25 73/22
system [4] 33/12 53/3
71/1 71/3

T
table [3] 3/13 6/16
22/10
tables [1] 52/20
take [19] 6/15 23/12
51/24 58/18 59/23
69/10 70/16 71/8 73/1
77/14 77/20 80/18
80/21 82/3 82/3 82/16
83/24 84/20 92/16
taken [4] 8/16 69/4
69/8 87/5
takes [1] 74/5
taking [6] 9/10 33/21
59/14 62/9 73/1 81/9
talk [10] 9/24 10/4 21/9
21/10 25/6 30/21 38/6
63/1 71/6 84/23
talked [6] 28/13 28/14
30/22 62/22 84/11 86/5
talking [5] 55/5 71/6
79/13 83/8 90/14
talks [4] 46/25 47/2
50/11 79/9
TANYA [1] 1/10
tasked [1] 28/17
taxpayer [1] 81/9
TBI [1] 68/3
team [1] 75/8
tear [1] 57/7
tear-gassed [1] 57/7
tell [7] 17/15 29/14
54/13 65/22 74/12
87/10 94/14
tells [2] 18/3 18/4
tend [1] 80/17
term [16] 13/23 13/24
13/25 25/22 31/9 31/18
31/20 43/7 43/8 44/4
44/14 44/15 44/25 45/5
45/24 89/14
termination [1] 93/3
terms [9] 24/12 25/10
27/2 42/10 44/12 53/24
72/22 76/17 86/18

terrifying [2] 52/14
73/12
terror [1] 73/18
test [1] 92/3
testify [7] 12/7 12/9
12/13 12/18 28/24 29/1
29/3
testifying [1] 52/15
testing [1] 82/9
Texas [7] 5/5 17/5
19/23 76/13 76/16
79/19 91/15
than [14] 9/10 14/7
16/16 25/23 31/5 34/16
51/17 54/7 67/14 83/18
86/12 86/23 95/22
97/10
thank [24] 3/7 3/19 4/1
5/2 6/21 10/22 21/17
25/13 29/13 44/23
45/21 45/25 56/3 70/13
74/21 80/8 80/9 81/12
81/13 94/8 96/21 97/12
97/13 97/14
thank you [20] 3/7
3/19 4/1 5/2 6/21 10/22
21/17 25/13 29/13
45/21 45/25 56/3 70/13
74/21 80/8 80/9 81/12
81/13 97/12 97/13
Thank you very much
[1] 96/21
that [558]
that's [36] 4/15 4/24
11/4 14/11 15/3 15/20
18/2 18/23 24/21 27/6
31/7 42/22 45/3 45/11
46/13 49/12 53/12
55/25 58/20 60/5 60/9
61/8 63/12 63/12 63/15
72/10 74/17 76/9 76/22
78/7 79/8 80/7 82/5
89/5 89/14 90/11
their [18] 31/12 31/12
48/13 48/13 48/14
52/20 52/23 65/1 69/4
84/15 84/25 85/1 85/2
85/3 85/3 85/5 85/10
88/24
them [22] 6/8 7/16
10/15 12/7 12/7 23/9
26/15 32/14 32/14 33/5
37/15 54/20 54/20
58/18 59/3 60/3 61/6
62/25 64/10 67/22
70/16 70/17 73/12 79/9
79/9 82/4 84/18 84/19
84/19 85/5 85/10 94/4
themselves [1] 3/5
then [36] 4/8 16/4 20/8
30/2 32/4 32/22 46/19
48/5 49/24 50/5 50/6
50/6 50/11 56/6 56/22
56/24 57/10 57/12
58/13 58/17 59/22 60/2
65/3 65/14 66/1 66/3
67/12 68/20 68/21 69/3

then-President Trump
[2] 20/8 56/22
there [76] 4/5 4/13 4/13
4/15 5/2 11/14 15/9
16/22 17/1 20/19 20/22
21/25 22/15 22/16
22/22 22/22 24/6 26/19
35/5 35/10 37/13 37/20
38/15 38/18 42/11 48/9
48/18 50/19 50/21
50/22 52/22 54/22
55/19 57/1 57/1 58/5
58/16 58/17 61/2 62/3
62/7 63/11 63/12 63/18
63/22 65/6 65/6 65/13
65/14 67/21 68/11
68/14 69/3 69/11 73/9
76/19 77/5 77/16 78/7
78/9 78/15 78/25 79/11
80/16 83/3 86/8 86/22
87/7 87/10 87/11 96/11
96/13
there's [21] 4/9 11/8
15/13 16/14 24/10
26/24 32/4 35/24 43/10
44/15 55/7 60/4 60/12
60/13 64/21 85/6 85/9
85/10 86/21 86/23
91/11
therefore [9] 5/8 36/2
39/1 40/3 40/16 41/9
88/14 89/20 94/10
thereto [2] 25/25 37/6
these [19] 6/7 22/12
48/1 48/25 49/1 51/17
52/16 52/22 54/22 55/3
57/24 57/24 61/3 62/22
64/21 67/15 67/15
70/16 77/19
they [45] 4/19 16/1
16/2 16/6 25/11 26/14
28/19 29/2 29/22 30/2
44/4 47/7 48/25 49/2
54/14 57/14 58/23
60/19 61/16 63/1 65/3
65/9 67/6 67/8 69/4
69/6 72/5 73/8 77/22
78/2 78/21 79/3 79/9
79/10 79/12 79/13
79/15 84/17 84/18
84/20 85/1 85/3 85/4
87/14 96/7
they're [7] 65/3 65/4
81/5 84/25 85/7 87/11
88/21
Thicket [1] 76/12
thing [12] 4/8 7/3 7/4
7/12 19/14 58/22 77/6
78/9 81/5 83/10 86/23
95/16
things [12] 17/21 46/23
53/23 61/15 61/15
61/19 72/6 76/8 81/20
83/25 86/8 90/16
think [54] 3/14 3/20 5/5

# T

**think... [51]** 7/14 7/22 22/8 22/11 23/22 33/5 45/15 45/18 50/15 53/7 54/2 55/2 55/6 55/11 55/20 55/23 58/20 58/21 59/13 60/23 60/25 61/21 62/6 64/5 64/8 66/12 66/15 66/18 66/22 67/4 67/11 67/20 68/14 70/17 71/8 71/13 72/7 78/24 84/8 85/6 86/13 87/9 87/11 87/24 89/5 90/11 90/12 94/1 94/9 96/4 97/10
**thinking [1]** 87/14
**thinks [1]** 82/13
**third [3]** 15/1 15/20 33/25
**this [176]**
**those [38]** 4/18 7/10 16/1 16/11 16/15 19/19 23/5 23/5 27/16 31/13 52/21 55/20 57/2 57/17 58/10 61/15 61/15 66/10 69/8 69/9 69/10 72/2 72/13 72/17 73/11 73/18 78/13 81/22 84/15 84/16 85/6 85/23 90/16 93/19
**though [9]** 5/11 16/8 20/20 32/19 58/4 58/9 59/14 73/21 88/19
**thought [9]** 44/14 44/16 58/23 77/1 77/5 77/7 78/20 78/22 79/1
**threatened [1]** 34/1
**threatening [1]** 39/18
**threats [1]** 18/20
**three [9]** 15/13 19/7 25/23 31/19 31/20 49/15 49/19 52/7 75/14
**Three other [1]** 49/19
**through [19]** 7/21 12/1 17/20 20/13 37/17 45/12 48/16 48/16 65/18 66/3 66/17 67/3 67/5 76/8 78/11 84/12 84/14 86/15 86/15
**throwing [1]** 77/17
**thrust [1]** 51/3
**till [1]** 89/6
**time [57]** 3/14 3/22 8/20 8/25 9/24 10/4 10/20 17/8 20/24 22/22 24/13 25/6 27/23 28/8 33/13 33/14 33/15 33/20 35/7 38/6 46/6 48/7 48/18 48/25 49/15 53/8 59/7 63/1 65/17 66/1 66/14 66/17 68/4 68/18 68/20 73/2 76/3 77/25 78/7 81/6 81/9 81/19 86/18 87/10 87/12 88/10 88/23 90/6 94/9 95/6 96/13 96/16

**times [2]** 49/15 49/19
**timing [1]** 23/7
**titled [1]** 98/4
**today [11]** 7/2 11/2 15/12 19/8 24/2 25/14 35/21 37/24 51/24 67/10 94/7
**together [1]** 81/6
**told [10]** 7/1 17/21 21/7 31/4 34/19 41/9 65/12 68/15 94/1 95/5
**took [2]** 68/5 83/11
**total [3]** 40/4 40/6 74/14
**totally [1]** 74/16
**tough [1]** 79/16
**towards [3]** 49/9 60/20 64/20
**town [1]** 48/9
**Townhall [1]** 49/7
**track [2]** 54/25 82/10
**trained [4]** 47/24 50/1 83/14 96/5
**transcript [3]** 1/10 2/8 98/3
**transcription [1]** 2/8
**transfer [6]** 52/8 74/2 83/19 83/19 85/17 96/24
**transferring [1]** 33/21
**transformed [1]** 66/6
**transport [1]** 96/18
**trauma [4]** 75/22 90/18 91/3 91/5
**trauma-related [2]** 91/3 91/5
**traumatic [3]** 67/25 76/1 88/8
**travel [2]** 5/7 19/23
**traveling [2]** 56/20 56/21
**treat [1]** 68/15
**treating [1]** 92/17
**treatment [14]** 9/16 54/7 54/9 68/13 75/21 79/22 86/10 90/13 90/18 92/12 92/14 92/19 93/1 93/3
**trend [1]** 54/1
**trial [21]** 11/12 11/17 11/19 11/20 11/25 12/5 12/14 13/4 16/21 16/22 17/23 28/13 28/13 28/15 28/16 28/25 36/7 36/11 36/15 65/23 65/25
**tried [3]** 70/19 71/2 82/5
**trouble [2]** 71/9 89/6
**troublesome [1]** 67/6
**true [6]** 18/17 19/1 19/14 21/8 21/8 97/11
**truly [2]** 52/8 64/9
**Trump [3]** 20/8 56/22 76/23
**truthfully [2]** 7/5 7/10
**try [12]** 7/13 52/10

78/25 82/3 83/21 84/21 86/10 86/19 87/15
**trying [13]** 48/15 49/16 50/3 52/23 52/23 59/3 74/1 80/7 82/10 83/18 87/17 88/24 91/12
**tumbled [1]** 48/24
**turn [5]** 69/11 69/11 69/13 78/10 78/17
**turned [1]** 79/2
**turning [2]** 40/13 62/18
**TV [1]** 5/22
**twice [4]** 5/8 25/21 33/6 75/23
**two [17]** 27/7 39/23 46/11 46/12 46/15 49/5 51/15 51/19 52/1 53/22 63/23 66/10 67/9 69/5 73/16 89/15 90/10
**two years [1]** 89/15
**two-level [1]** 39/23
**type [5]** 9/17 30/10 47/3 47/11 69/21
**types [2]** 48/1 54/15

# U

**U.S [9]** 1/13 2/5 15/24 17/17 20/25 44/22 47/25 77/10 90/3
**U.S. [7]** 17/16 17/18 20/11 30/13 30/19 32/7 53/2
**U.S. Attorney's Office [2]** 30/13 30/19
**U.S. Capitol [2]** 20/11 53/2
**U.S. citizen [2]** 17/16 17/18
**U.S. District [1]** 32/7
**U.S.C [6]** 15/22 25/17 25/22 35/16 36/5 93/4
**U.S.S.G [1]** 26/20
**ulcers [1]** 76/6
**ultimate [1]** 32/23
**ultimately [2]** 24/16 28/16
**unable [1]** 93/9
**under [34]** 6/10 6/13 6/25 7/5 7/11 13/17 14/13 15/1 15/6 15/21 15/22 18/20 19/9 27/2 28/7 28/10 31/17 33/4 39/23 40/2 42/10 43/8 43/12 43/13 44/13 52/20 66/21 70/3 70/19 73/5 75/6 79/14 85/2 85/3
**undercut [1]** 64/8
**undermine [2]** 71/2 72/1
**understand [58]** 6/4 7/1 7/15 7/17 7/23 7/24 8/18 9/11 11/6 11/9 11/17 11/23 12/3 12/11 12/20 13/1 13/8 13/14 13/20 14/2 14/16 14/23 15/18 16/9 16/18 16/19

18/21 21/21 25/4 27/14 29/17 29/18 29/19 30/7 30/8 30/24 31/2 31/15 31/21 32/8 32/16 32/24 33/9 33/16 34/10 35/6 41/14 43/15 45/20 54/25 63/25 65/8 72/14 87/23
**understanding [7]** 29/15 29/16 41/25 42/2 45/3 46/10 46/13
**understands [17]** 25/19 26/3 26/7 26/13 26/14 26/18 27/11 27/13 27/17 27/21 28/5 28/12 28/21 28/23 29/5 35/21 65/19
**undertake [1]** 81/18
**underwent [1]** 75/19
**unfortunately [1]** 51/20
**unidentified [1]** 54/21
**Unit [1]** 75/15
**UNITED [13]** 1/1 1/3 1/11 3/3 3/8 21/6 26/11 26/13 36/9 63/5 75/3 75/18 84/22
**United States [6]** 21/6 26/11 26/13 36/9 75/3 84/22
**United States of [1]** 3/3
**unlawful [1]** 92/2
**unlawfully [1]** 91/25
**unless [2]** 12/22 94/17
**unlike [2]** 33/11 87/2
**unprecedented [1]** 85/19
**until [2]** 12/22 90/6
**unusual [1]** 5/3
**unwarranted [1]** 86/25
**up [36]** 6/20 13/11 13/18 15/2 15/7 16/21 17/22 22/10 28/24 29/22 32/22 36/15 44/9 47/20 48/13 49/2 50/10 50/14 51/7 53/16 54/19 58/25 59/3 59/6 59/8 71/8 72/19 78/24 80/16 80/18 80/24 81/9 86/11 88/10 95/13 95/14
**upon [10]** 22/3 27/8 31/10 57/13 60/11 62/11 63/4 66/2 75/19 93/2
**ups [1]** 95/18
**upwards [1]** 67/9
**urged [2]** 82/21
**us [5]** 76/17 79/10 79/15 80/5 81/22
**USAO [1]** 1/14
**usdoj.gov [1]** 1/17
**use [3]** 47/25 73/22 92/2
**used [8]** 7/9 12/19 17/14 52/10 52/14 60/9 60/9 89/1

using [2] 39/7 50/13
**usually [1]** 19/6

# V

**VA [3]** 68/14 68/15 68/16
**vacuum [1]** 65/4
**valiantly [1]** 50/10
**Valorous [1]** 75/15
**variance [3]** 88/3 88/5 88/17
**variances [2]** 40/4 40/4
**vary [3]** 42/17 42/18 88/18
**varying [1]** 27/7
**vehicle [2]** 75/5 75/6
**verbal [1]** 8/1
**versus [1]** 3/3
**very [26]** 48/2 49/12 49/25 49/25 50/18 53/15 54/10 55/18 64/8 64/16 70/12 70/17 70/21 75/2 82/3 82/7 82/8 84/8 85/18 85/18 85/18 85/19 87/6 87/8 87/8 96/21
**vest [5]** 20/3 23/2 47/22 50/1 77/14
**veteran [5]** 47/25 67/16 75/22 83/7 83/23
**veterans [4]** 64/25 75/20 76/19 84/6
**victim [1]** 51/18
**victory [2]** 50/10 55/15
**video [6]** 3/18 58/21 60/11 60/13 60/13 62/12
**videos [4]** 23/12 48/23 49/7 78/14
**videotape [1]** 72/22
**videotapes [1]** 51/22
**view [1]** 41/11
**vigorous [1]** 71/23
**violate [3]** 31/13 94/25 97/4
**violation [4]** 25/17 30/16 35/15 36/4
**violence [1]** 52/13
**violent [1]** 30/16
**violently [1]** 87/17
**virtue [4]** 26/4 66/10 67/3 68/12
**vol [1]** 94/12
**voluntarily [7]** 6/5 18/19 34/24 86/9 86/14 94/6 94/11
**voluntary [4]** 33/25 35/23 93/22 94/22
**vote [5]** 17/3 21/5 23/16 50/20 65/12
**vs [1]** 1/5
**vulnerability [1]** 96/6
**vulnerable [1]** 88/10

# W

**wait [1]** 6/23
**waiting [1]** 5/12

**waive [1]** 28/6
**waived [2]** 28/11 93/6
**waiver [1]** 36/6
**waivers [1]** 37/13
**waives [2]** 36/10 89/20
**waiving [3]** 28/12
28/22 96/12
**walk [3]** 20/10 20/13
78/11
**walked [4]** 20/18 20/21
48/11 77/23
**walks [2]** 48/17 50/9
**want [29]** 7/13 7/15
12/15 17/23 21/9 21/9
23/20 35/10 36/19 44/6
51/6 58/6 69/4 70/9
70/25 71/11 72/7 74/17
75/1 77/4 77/18 79/24
84/10 87/14 95/11 96/6
96/6 97/5 97/6
**wanted [3]** 12/10 47/8
76/25
**wanting [1]** 79/12
**wants [1]** 65/1
**war [1]** 79/17
**warn [1]** 17/18
**warranted [8]** 71/13
87/20 87/20 87/23
87/25 88/3 88/6 88/17
**warrants [1]** 74/3
**Warrior [1]** 75/12
**warriors [1]** 96/6
**was [135]**
**Washington [9]** 1/5
1/16 1/20 2/6 19/24
20/1 71/17 76/25 82/22
**wasn't [10]** 8/23 20/22
21/24 45/6 52/4 61/24
65/13 69/7 73/22 83/1
**watch [2]** 65/8 65/8
**watched [3]** 49/5 65/6
65/7
**way [16]** 4/25 26/8
34/2 47/16 50/7 51/17
52/1 53/5 53/5 53/5
54/11 54/11 59/11 66/5
83/3 95/18
**ways [2]** 83/13 84/4
**we [79]** 4/13 5/6 5/9
5/19 6/9 10/17 15/5
25/3 34/10 36/20 37/15
41/1 41/10 45/4 46/8
48/10 49/5 49/7 49/9
49/12 49/14 50/15
50/16 50/22 50/25 51/4
51/9 51/10 51/21 51/24
51/25 52/18 53/11
53/18 56/9 61/10 62/3
62/3 62/19 62/19 64/4
64/5 67/4 69/14 69/24
71/4 76/10 76/11 76/16
76/17 76/21 77/1 77/5
77/7 77/8 77/10 77/11
77/11 77/12 77/18 79/4
79/4 79/13 79/14 79/24
80/5 80/17 80/18 84/16

93/24 95/15
**we believe [4]** 50/22
51/4 51/9 62/19
**we're [11]** 5/12 7/21
7/21 19/8 51/12 63/23
64/4 65/24 74/11 80/2
91/12
**we've [11]** 4/15 26/3
28/13 28/14 37/4 50/5
50/6 50/6 52/16 80/7
87/2
**weapon [3]** 71/17
71/18 86/4
**weapons [2]** 54/15
73/11
**wearing [7]** 23/5 48/13
50/1 57/19 57/20 72/2
82/23
**weeble [2]** 49/1 49/1
**weigh [1]** 55/21
**well [18]** 3/19 6/24
11/1 17/11 19/10 33/2
33/23 45/3 46/13 51/23
57/8 63/18 70/12 76/10
78/1 80/6 90/20 95/3
**went [19]** 23/1 25/3
41/13 43/5 58/15 61/18
62/3 62/7 66/1 66/17
72/12 72/12 72/13 76/8
77/21 78/8 78/12 86/9
86/15
**were [75]** 9/14 13/4
15/11 17/15 20/19
20/19 22/15 23/4 23/5
23/9 24/6 28/15 28/25
29/2 33/20 37/14 37/14
37/18 38/8 41/10 48/13
49/1 49/12 52/14 52/15
52/20 52/20 52/22 57/6
57/6 61/16 61/16 61/19
62/23 63/7 64/9 69/5
69/5 69/6 73/4 73/5
73/9 73/10 73/11 73/19
74/1 76/21 77/16 78/2
78/9 79/4 79/13 79/15
81/2 81/22 82/9 82/23
82/24 83/4 83/17 84/14
84/17 84/25 85/3 85/4
85/6 85/13 85/15 86/4
87/2 88/22 88/24 89/3
91/20 95/11
**weren't [3]** 22/15 22/21
82/24
**what [102]**
**what's [3]** 15/2 63/21
67/7
**whatever [5]** 57/19
69/17 74/18 80/16 95/5
**when [36]** 18/5 19/8
20/1 20/18 20/21 21/23
22/14 23/7 41/9 48/3
49/1 49/2 50/9 53/5
53/6 53/18 54/10 54/11
56/24 58/25 62/7 65/21
67/12 69/1 71/6 72/11
72/12 72/12 76/22
78/12 79/2 79/3 80/18

**where [15]** 5/22 17/14
18/13 27/8 49/3 49/8
58/5 59/4 60/5 63/10
66/12 78/19 79/8 82/24
95/12
**whether [11]** 7/1 10/1
27/16 28/18 33/25
56/13 56/14 58/5 60/24
68/11 74/15
**which [39]** 11/5 15/12
15/23 15/24 15/25 18/9
22/3 25/16 26/2 27/7
29/7 30/17 30/18 31/6
32/5 39/11 40/22 43/2
43/7 54/3 54/14 54/16
58/6 62/7 62/9 66/7
67/13 67/22 68/20 72/2
74/5 74/6 77/25 82/23
83/13 88/9 91/2 94/19
95/15
**while [27]** 5/12 6/15
22/15 23/4 23/9 23/13
24/10 50/22 65/21
65/22 65/23 67/1 69/12
69/16 69/20 70/6 90/8
90/11 90/12 90/17 91/8
91/20 91/23 94/22 95/1
95/5 97/1
**who [54]** 28/16 48/13
50/3 52/19 52/22 56/15
56/23 57/1 57/5 57/6
62/23 63/6 63/7 64/9
64/17 64/17 64/18
64/18 64/19 66/18
66/20 70/15 70/15
70/20 72/15 73/4 73/8
73/8 73/9 73/10 73/10
73/13 73/15 73/19 74/1
81/22 82/8 82/11 82/13
82/15 82/21 83/3 83/15
84/17 85/8 87/3 87/11
88/12 88/24 89/2 95/13
95/13 95/14 96/5
**who's [12]** 3/25 49/16
54/18 64/13 64/23
64/24 64/25 66/21
70/22 82/7 86/13 87/14
**who've [1]** 62/23
**whole [2]** 19/14 85/9
**whose [2]** 70/23 82/15
**why [9]** 21/10 50/21
62/19 63/1 66/7 67/22
86/3 87/23 88/4
**wild [1]** 64/22
**will [42]** 6/6 16/16
16/22 18/19 26/4 26/15
27/15 27/23 29/23
29/25 30/2 30/12 30/15
33/22 34/25 35/24 36/2
38/23 39/1 41/19 41/22
42/23 52/22 65/21 70/9
74/8 74/16 81/10 87/9
89/9 90/16 91/18 92/14
93/19 93/20 94/10
94/12 94/14 94/18
95/18 96/24 97/1
**William [3]** 2/3 98/2

**willingness [1]** 86/19
**wish [5]** 23/19 46/2
90/21 91/22 93/15
**wished [2]** 12/6 12/9
**wishes [1]** 70/11
**withdraw [1]** 16/17
**within [4]** 30/17 90/5
92/3 93/9
**without [4]** 55/11
81/17 84/21 93/11
**witnesses [4]** 12/2
12/6 12/14 37/23
**wobble [1]** 49/1
**wobbles [1]** 49/2
**women [1]** 52/22
**won't [2]** 17/22 79/22
**wonder [2]** 84/5 86/3
**word [4]** 50/13 60/9
60/9 89/1
**work [5]** 70/21 70/23
87/11
**worked [2]** 70/17 73/19
**workers [1]** 85/13
**working [3]** 31/7 79/14
84/17
**worn [1]** 49/6
**worried [1]** 57/17
**worse [2]** 76/4 86/22
**worst [2]** 52/3 95/16
**worthwhile [1]** 86/22
**would [70]** 3/5 5/7 6/14
11/14 11/19 11/25 12/5
12/13 13/5 14/8 14/14
22/12 23/21 26/10 27/7
27/11 27/13 27/16
27/25 28/1 28/2 28/11
28/14 28/15 28/16
28/17 29/1 32/5 41/23
45/4 45/8 46/1 46/14
46/23 47/6 47/17 54/4
54/15 55/16 55/17
55/17 55/18 55/23
55/24 56/24 57/1 57/1
59/2 59/22 59/23 60/8
61/9 62/11 66/25 69/8
69/14 69/23 71/13 77/5
77/8 77/11 78/20 79/22
80/4 80/12 82/16 91/7
91/16 93/16 94/19
**would be [1]** 27/25
**would-be [1]** 55/18
**wouldn't [4]** 49/10
61/10 77/3 77/11
**wounded [3]** 75/12
75/12 76/2
**wounds [2]** 75/18
75/21
**wreaked [1]** 53/10
**writ [1]** 47/2
**write [2]** 8/2 8/12
**written [4]** 4/16 4/17
10/11 23/25
**wrong [1]** 81/2

**Y**

**Yeah [2]** 45/23 51/20
**year [6]** 33/14 44/25

**years [19]** 14/13 14/13
25/20 25/23 20/25
31/19 31/20 43/7 43/9
44/4 51/15 51/19 52/1
63/23 67/9 73/16 75/3
83/16 89/15
**yelling [2]** 52/12 78/15
**yes [93]** 3/17 3/23 4/19
4/21 4/23 5/14 8/1 8/14
9/8 9/23 10/6 10/8
10/13 10/17 11/18
11/24 12/4 12/12 12/21
13/2 13/9 13/15 13/21
14/3 14/17 14/24 15/19
16/10 16/19 17/9 17/24
18/11 18/24 19/2 19/4
19/16 19/16 19/25 20/5
20/9 20/12 22/6 22/8
22/17 22/24 23/10
23/14 23/17 24/15
24/18 24/21 24/25 25/3
25/8 25/13 29/18 30/8
31/16 31/24 32/3 32/9
32/17 32/25 33/10
33/17 34/14 35/1 35/4
36/13 36/16 38/5 38/10
38/14 41/15 42/1 42/4
43/16 43/20 43/22 46/3
51/22 61/11 74/23 78/8
80/12 89/11 90/23
91/10 93/16 95/8 96/11
96/19 96/22
**yesterday [1]** 8/19
**York [1]** 1/15
**you [490]**
**you know [1]** 55/2
**you understand [3]**
11/6 29/19 41/14
**you'd [6]** 12/8 19/7
30/4 31/11 31/12 80/11
**you'll [2]** 7/11 78/14
**you're [52]** 5/23 6/1 6/2
6/5 6/17 6/24 7/1 7/5
8/18 13/18 14/10 15/1
15/7 16/21 17/2 17/16
17/18 30/5 31/10 33/13
34/7 41/12 41/12 43/7
63/10 71/24 72/10
72/11 80/15 80/17 82/7
82/8 83/9 83/14 86/18
86/20 86/22 89/16 90/9
90/11 90/12 90/17
94/17 94/22 95/1 95/5
95/5 95/6 95/12 95/22
95/23 97/5
**you've [20]** 13/17
19/19 30/21 30/22
31/25 32/11 34/5 43/11
43/24 71/1 71/2 75/14
80/11 85/23 86/21
89/23 95/16 95/17
95/17 95/18
**young [4]** 64/13 73/9
95/12 95/23
**your [273]**
**Your Honor [124]**
**yours [1]** 74/16

**Y**

**yourself [1]** 12/15

**Z**

**Zaremba [3]** 2/3 98/2
98/8
**zealous [1]** 70/24